LAW OFFICES OF

# TEMROWSKI AND TEMROWSKI

ATTORNEYS AND COUNSELORS AT LAW

45109 VAN DYKE AVENUE

UTICA, MICHIGAN 48317-5579

LEE ROY H. TEMROWSKI
LEE ROY H. TEMROWSKI, JR.

TELEPHONE (586) 254-5566
FAX (586) 254-9071

August 25, 2011



FILED
AUG 29 2011
CLERK'S OFFICE
DETROIT

Clerk of the Court
U.S. District Court
Eastern District of Michigan
600 Church Street - Room 132
Flint, MI 48502

RE: Jaroslaw Waskowski v State Farm Mutual Automobile Insurance Company
Macomb County Circuit Court Case No. 11-1438-NF
US District Court Case No. 11-CV-13036

Dear Clerk:

I have received an Order to Show Cause **requiring me to appear personally before the court on Wednesday, August 31, 2011 at 1:30 p.m. to show cause why the court should impose sanctions for non-compliance with the electronic filing court rule.**

I am respectfully asking the court to please dismiss this Show Cause hearing and not require me to appear in court on August 31, 2011 at 1:30 p.m. because I have now complied with the electronic filing court rule.

My "non-compliance" was neither deliberate nor intentional and please remember it was the defendant - - not me - - that wrongfully removed this case to federal court to begin with and I have not had a federal court case since 2006.

I will now explain what happened. I received a telephone call on August 17th from Judge Goldsmith's clerk stating that I did not have an email address set up through my account and I need to set one up to receive uploaded documents from the court. On that date my secretary was on the phone with the federal court clerk's office for over an hour with issues regarding or account settings, etc. My email address is now updated and I am able to receive information uploaded form the court.

Once again, I am asking that the Court not require me to appear for this Show Cause Hearing.

Thank you for your kind cooperation in this matter.

Very truly yours,

Lee Roy H. Temrowski, Jr.

Law Offices of
TEMROWSKI AND TEMROWSKI
Attorneys and Counselors at Law
45109 Van Dyke Avenue
Utica, MI 48317

48502121432

Clerk of the Court
U.S. District Court
Eastern District of Michigan
600 Church Street - Room 132
Flint, MI 48502

RECEIVED
AUG 26 2011
U.S. DISTRICT COURT
FLINT, MICHIGAN

USA FIRST-CLASS FOREVER