UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAROSLAW WASKOWSKI,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

Case No. 11-CV-13036

Hon. Mark A. Goldsmith
Magistrate Judge Hluchaniuk

| Lee Roy H. Temrowski (P31967) | James F. Hewson (P27127) |
|---|---|
| Attorney for Plaintiff | Hewson & Van Hellemont, P.C. |
| 45109 Van Dyke Ave. | Attorneys for State Farm |
| Utica, MI 48317 | 25900 Greenfield, Suite 326 |
| (586) 254-5566 | Oak Park, MI 48237 |
|  | (248) 968-5200 |

**JURY VERDICT FORM**

QUESTION NO. 1: As of December 23, 2009, did the Plaintiff continue to suffer from an injury related to an automobile accident.

    Answer: _____ (yes or no)

If your answer is "no," do not answer any further questions.

**ALLOWABLE EXPENSES**

QUESTION NO. 2: Were allowable expenses incurred by or on behalf of the plaintiff arising out of the accidental bodily injury referred to in Question No. 2, as of December 23, 2009 through the present?

(Allowable expenses consist of all reasonable charges for reasonably necessary products, services, and accommodations for the plaintiff's care, recovery, or rehabilitation.)

    A.  Answer: _____ (yes or no)

QUESTION NO. 3: Was reasonable proof provided to Defendant by Plaintiff of the fact and amount of the claim for attendant care:

    B. If your answer is "yes," what is the amount of allowable expenses owed to the plaintiff (include only expenses not already paid by the defendant)?

    $_____

QUESTION NO. 4: Are Plaintiff's claims for attendant care benefits excessive?

    A.  Answer: _____ (yes or no)

    B.   $_____

**INTEREST**

<u>QUESTION NO. 5:</u> Was payment for any of the expenses or losses to which the plaintiff was entitled overdue?

(Payment for an expense or loss is overdue if it is not paid within 30 days after the defendant receives reasonable proof of the fact and the amount of the claim. An overdue claim bears interest at the rate of 12 percent per annum from the date the expense or loss became overdue.)

A. Answer: _____ (yes or no)

B. If your answer is "yes," what is the amount of interest owed to the plaintiff on overdue benefits (include only interest not already paid by the defendant)?

$_____

Signed,

_____          _____

Foreperson                                                         Date