UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAROSLAW WASKOWSKI,

      Plaintiff,

                                    Case No. 11-CV-13036

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

                                    Hon. Sean A. Cox
                                    Magistrate Judge Majzoub

| | |
|---|---|
| Lee Roy H. Temrowski (P31967) | James F. Hewson (P27127) |
| Attorney for Plaintiff | Hewson & Van Hellemont, P.C. |
| 45109 Van Dyke Ave. | Attorneys for State Farm |
| Utica, MI 48317 | 25900 Greenfield, Suite 326 |
| (586) 254-5566 | Oak Park, MI 48237 |
| | (248) 968-5200 |

## DEFENDANT, STATE FARM'S, CLAIMS AND DEFENSES TO BE READ TO THE JURY

The Plaintiff in this case is claiming that he is entitled to be paid for certain medical bills and services, including attendant care and household services provided by his daughters for injuries allegedly suffered as a result of a December 23, 2009. . Defendant, State Farm Mutual Insurance Company paid benefits to Plaintiff until it became factually and medically apparent that the benefits paid to Plaintiff were not due to him.   He was examined by Dr. Steve Gehringer, a physical medicine and rehabilitation specialist, who determined that Plaintiff was malingering.   Defendant asserts there is no medical evidence to support any portion of Plaintiff's claims, even those which were paid.

Defendant also asserts that the medical benefits, including the attendant care and services provided by his daughters, was not reasonable, necessary or related to the

December 2009 accident.  Defendant asserts that Plaintiff cannot establish reasonable charges for his claims regarding household services and attendant care, not can he prove that the services were actually incurred. Defendant also maintains that Plaintiff cannot provide sufficient documentation to support his claims for household services and attendant care, and cannot substantiate his wage loss claim.

## PROOF OF SERVICE

The Undersigned certifies that a copy of the foregoing instrument was served upon all counsel of record on _November 26, 2012_
I DECLARE THAT THE STATEMENT ABOVE IS TRUE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.

_____ U.S. Mail _____ Fax _____ Email

_____ Hand Delivery ✓ E-Filing _____ Overnight

Date: November 26, 2012

Respectfully submitted,

**Hewson & Van Hellemont, P.C.**

By: s/James F. Hewson
James F. Hewson
Attorney for State Farm
25900 Greenfield, Suite 326
Oak Park, MI 48237
(248) 968-5200
hewson@vanhewpc.com
(P27127)