UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAROSLAW WASKOWSKI,

          Plaintiff,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.
_____/

Macomb County Circuit Court
Case No.  10-106869-NI

U.S. District Court Case No. 11-cv-13036

Lee Roy H. Temrowski, Jr. P-31967
Attorney for Plaintiff
45109 Van Dyke Ave.
Utica, MI 48317
(586) 254-5566

HEWSON & VAN HELLEMONT, P.C.
Mr. Michael J. Jolet
Attorney at Law
25900 Greenfield Road, Suite 326
Oak Park, MI 48237
(248) 968-5200
_____/

## PLAINTIFF'S ITEMIZED DAMAGES

### I. OUTSTANDING MEDICAL BILLS:

Oakland MRI......................................................................................$ 29,240.00
Dr. Stefan Glowacki............................................................................$  3,200.00
Euro Rehab........................................................................................$  7,641.00
TOTAL..............................................................................................$ 40,641.00

### II.  OUTSTANDING PRESCRIPTION EXPENSES

Prescription Expenses.........................................................................$     108.00

## III. OUTSTANDING WAGE LOSS

Employed - Yes Express (Truck Driver)
Defendant paid wage loss 12/23/2009 through 03/07/2011
Defendant paid $2,908.80 per month

Plaintiff is owed from 03/08/2011 through 11/26/2012
630 days x's $96.96 per day
Total amount owed in wage loss.......................................................................$ 61,084.80

## IV. OUTSTANDING HOUSEHOLD HELP CLAIM

Service Providers:
Kamilla Waskowska
Margaret Jeziorowski

$20.00 per day
7 days per week
$140.00 per week

Defendant paid from 12/27/2009 through 11/20/2010

Plaintiff is owed from 11/21/2010 through 11/26/2012
Plaintiff is owed 695 days at $20.00 per day....................................................$ 13,900.00

Plaintiff is owed an additional **$1,900.00** because (4 of the 7 checks were short):

  * 04/18/2010 to 05/15/2010 - 28 days - Paid $300.00 - 28 days x's $20.00 = $560.00
    Minus $300.00 pay = **$ 260.00 owed**

  * 05/16/2010 through 06/26/2010 - 42 days - Paid ZERO - 42 days x's $20.00 = **$840.00 owed**

  * 08/22/2010 through 10/02/2010 - 42 days - Paid $480.00 - 42 days x's $20.00 = $840.00
    Minus $480.00 paid = **$360.00 owed**

  * 10/03/2010 through 11/20/2010 - 49 days - Paid $540.00 - 49 days x's $20.00 - $980.00
    Minus $540.00 paid = **$440.00 owed**

**$13,900.00 owed + $1,900.00 owed**......................................................................**$ 15,800.00**

## V. OUTSTANDING ATTENDANT CARE CLAIM

Service Providers:
Kamilla Waskowska
Margaret Jeziorowski

$15.00 per hour
12 hours per day
$180.00 per day
$1,260.00 per week

Defendant paid from 12/27/09 to 11/20/2010
Plaintiff is owed from 11/21/10 to 11/26/2012
695 days @ $180.00 per day..............................................................................$125,100.00

Defendant paid $13.00 per hour from 12/27/2009 through 11/20/2010
12/27/2009 through 11/20/2010 = 329 days
Defendant is short $24.00 per day
329 days paid x's $24.00 per day short............................................................$  7,896.00

Total Amount Claim for Attendant Care..........................................................$132,996.00


## TOTAL DAMAGES CLAIMED BY PLAINTIFF

Medical Bills......................................................................................................$ 40,641.00

Prescriptions.....................................................................................................$     108.00

Wage Loss........................................................................................................$ 61,084.80

Household Help................................................................................................$ 15,800.00

Attendant Care.................................................................................................$132,996.00

**TOTAL AMOUNT CLAIMED**..................................................................$ 250,629.80


Plaintiff is also claiming 12% Statutory Interest.............................................$ 30,075.57

Plaintiff is also claiming costs and attorney fees (Amount Unknown)

                                                Respectfully submitted,
                                                /s/ Lee Roy H. Temrowski, Jr.
                                                _____

Dated: November 26, 2012            Lee Roy H. Temrowski, Jr.
                                                Attorney for Plaintiff

---

**Proof of Service**

I served this document by e-filing it through Pacer to the U.S. District Federal Court and to the attorney of record in this case (shown on the caption) on November 26, 2012.

I declare that the statements above are true to the best of my knowledge, information and belief.

/s/ Sheri Pregano

---