UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAROSLAW WASKOWSKI,

        Plaintiff,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.
_____/

Macomb County Circuit Court
Case No.  10-106869-NI

U.S. District Court Case No. 11-cv-13036

Lee Roy H. Temrowski, Jr. P-31967
Attorney for Plaintiff
45109 Van Dyke Ave.
Utica, MI 48317
(586) 254-5566

HEWSON & VAN HELLEMONT, P.C.
Mr. Michael J. Jolet
Attorney at Law
25900 Greenfield Road, Suite 326
Oak Park, MI 48237
(248) 968-5200
_____/

## PLAINTIFF'S THEORY OF THE CASE

     Mr. Jaroslaw Waskowski was seriously injured in an automobile collision on December 23, 2009.  At the time of the collision Mr. Waskowski's motor vehicle was insured with State Farm.  Mr. Waskowski made a claim with State Farm for his first-party no-fault benefits which included medical bills, wage loss, prescriptions, household help and attendant care.  Defendant paid "some" benefits, however, Plaintiff, who is still off from work due to his injuries and still treating for his injuries, is claiming unpaid medical bills, unpaid wage loss, unpaid prescriptions, unpaid household help and unpaid attendant care.

All of Plaintiff's injuries are verified by objective diagnostic testing including MRI's which confirm that Plaintiff suffered multiple herniated discs in his neck and back, a torn left rotator cuff, nerve damage of the left arm, and a fractured sternum with fractured ribs. All of the charges incurred by Plaintiff were reasonable charges and reasonably necessary for Plaintiff's care, recovery and rehabilitation due to his injuries from the automobile accident.

Respectfully submitted,

/s/ Lee Roy H. Temrowski, Jr.

Dated: November 26, 2012

Lee Roy H. Temrowski, Jr.
Attorney for Plaintiff

---

**Proof of Service**

I served this document by e-filing it through Pacer to the U.S. District Federal Court, emailing it to Judge Cox's court clerk and to the attorney of record in this case (shown on the caption) on November 26, 2012.

I declare that the statements above are true to the best of my knowledge, information and belief.

/s/ Sheri Pregano