UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAROSLAW WASKOWSKI,

      Plaintiff,

                                    Case No. 11-CV-13036

v.

                                    Honorable Sean Cox

STATE FARM MUTUAL AUTOMOBILE       Magistrate Judge Majzoub
INSURANCE COMPANY,

      Defendant.

| Lee Roy H. Temrowski (P31967) | James F. Hewson (P27127) |
|---|---|
| Attorney for Plaintiff | Hewson & Van Hellemont, P.C. |
| 45109 Van Dyke Ave. | Attorneys for State Farm |
| Utica, MI 48317 | 25900 Greenfield, Suite 326 |
| (586) 254-5566 | Oak Park, MI 48237 |
| | (248) 968-5200 |

### INDEX OF EXHIBITS TO
### DEFENDANT, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S, MOTION IN LIMINE TO STRIKE THE *DE BENE ESSE* DEPOSITION TESTIMONY OF DR. STEFAN GLOWACKI IN THIS MATTER AND PRECLUDE ITS PRESENTATION TO THE JURY

Excerpts of Deposition of Antoni Lodzinski, Ph.D.          Exhibit 1

Deposition of Dr. Stefan Glowacki                  Exhibit 2