**EXHIBIT 1**

Antoni Lodzinski, Ph.D.
2/21/2012

Page 1

1        IN THE DISTRICT COURT OF THE UNITED STATES

2           FOR THE EASTERN DISTRICT OF MICHIGAN

3                      SOUTHERN DIVISION

4

5   JAROSLAW WASKOWSKI,

6        Plaintiff,              Civil Action

7   -vs-                         No. 11-CV-13036

8                                Hon. MARK A GOLDSMITH

9   STATE FARM MUTUAL AUTOMOBILE  MAGISTRATE JUDGE HLUCHANIUK

10  INSURANCE COMPANY,

11       Defendants.

12  _____/

13

14  PAGE 1 - 88

15

16  The Videotape Deposition of ANTONI LODZINSKI,

17  PhD, PT, ATC,

18  Taken at 11828 Joseph Campau,

19  Hamtramck, Michigan,

20  Commencing at 4:09, p.m.,

21  Tuesday, February 21, 2012,

22  Before Lucy Capobianco CSR 3061.

23

24

25

Antoni Lodzinski, Ph.D.
2/21/2012

Page 7

1   A.   Okay.
2   Q.   Thank you very much.  Before we started you gave me a
3        copy of your resume; is that correct?
4   A.   Correct.
5                 DEPOSITION EXHIBIT 1
6                 WAS MARKED BY THE REPORTER
7                 FOR IDENTIFICATION
8        BY MR. HEWSON:
9   Q.   I'm going to mark this as Exhibit 1 and we can mark it
10       afterwards.  And this indicates to me that you are a
11       licensed physical therapist since 1994 in the State of
12       Michigan?
13  A.   Correct.
14  Q.   When did you come to the United States?
15  A.   I came in September 9th.
16  Q.   And are you a United States citizen now?
17  A.   I'm a United States citizen now.
18  Q.   Very good.  When did you obtain your citizenship?
19  A.   In Chicago.
20  Q.   And what year was that?
21  A.   I think it was seven years ago, something like that.
22  Q.   So about 2004?
23  A.   Something like that.  I don't remember.
24  Q.   Okay.  Have you been a citizen or a resident of the
25       United States since you came to this country?



Antoni Lodzinski, Ph.D.
2/21/2012

Page 8

1   A.   Yes, I came with a green card before, yes.

2   Q.   Okay.  Now, you have a Ph.D.?

3   A.   Yes.

4   Q.   What is the area in which you have a Ph.D.?

5   A.   I made this in 2002 in the Polish University in
6        Wroclaw.

7   Q.   How would I spell that, please?

8   A.   W-R-O-C-L-A-W.

9   Q.   And did you attend classes there, actually go to
10       classes in 2002?

11  A.   No, no, it was not classes.  I did myself this whole
12       procedure, all the problems, you know, and I did it,
13       and I made this from the shoulder, how to treat the
14       shoulder using Electro-Acuscope.

15  Q.   Electro-Acuscope?

16  A.   Electro-Acuscope, yes.

17  Q.   Okay.  Thank you.  That was the subject of your Ph.D.
18       thesis?

19  A.   Yes, comparing with how to treat people after, you know
20       problems, frozen shoulders, something like that.

21  Q.   Was your thesis published in Poland?

22  A.   Yes.

23  Q.   Was it published in the United States, if you know?

24  A.   In the United States I don't know, but in Poland, yes.

25  Q.   In Poland there is a Master's program that you have to

