Jaroslaw Vaskovsky
12/28/2011

Page 1

1          IN THE DISTRICT COURT OF THE UNITED STATES

2              FOR THE EASTERN DISTRICT OF MICHIGAN

3                      SOUTHERN DIVISION

4

5    JAROSLAW WASKOWSKI,

6                    Plaintiff,

7        vs.                        Civil Action

8                                   No. 1-CV-13036

9                                   HON. MARK A. GOLDSMITH

10                                  MAGISTRATE JUDGE HLUCHANIUK

11   STATE FARM MUTUAL AUTOMOBILE

12   INSURANCE COMPANY,

13                  Defendant,

14

15

16   PAGE 1 TO 70

17

18

19       The Deposition of JERRY VASKOVSKY,

20       Taken at 45109 Van Dyke Avenue,

21       Utica, Michigan,

22       Commencing at 1:10 p.m.,

23       Wednesday, December 28, 2011

24       Before Mary Jeanne Henn, CSR 2940.

25



Jaroslaw Vaskovsky
12/28/2011

Page 2

```
 1

 2    APPEARANCES:

 3

 4    LEE ROY H. TEMROWSKI P31967

 5    45109 Van Dyke Avenue

 6    Utica, Michigan 48317

 7    586 254-5666

 8         Appearing on behalf of the Plaintiff.

 9

10    JAMES F. HEWSON P27127

11    Hewson & Van Hellemont, P.C.

12    25900 Greenfield Road

13    Suite 326

14    Oak Park, Michigan 48237

15    248 968-5200

16         Appearing on behalf of the Defendant.

17

18    THOMAS J. FREDERICK

19    Winston & Strawn, LLP

20    33 West Wacker Drive

21    Chicago, Illinois 60601

22    312 558-5983

23         Appearing on behalf of the Defendant.

24

25              APPEARANCES CONTINUED:
```


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313-567-8100

Jaroslaw Vaskovsky
12/28/2011

```
 1

 2    ALSO PRESENT:

 3

 4    PETER CHOJNACKI

 5         Interpreter.

 6

 7    KAMILA WASKOWSKA

 8         Accompanying the Witness.

 9

10    MATT McKINLEY

11         Hanson/Renaissance Court Reporters

12         Video Technician.

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Jaroslaw Vaskovsky
12/28/2011

Page 4

1

2                    INDEX TO EXAMINATIONS

3    Witness                                    Page

4    JERRY VASKOVSKY

5

6    EXAMINATION BY MR. HEWSON                      6

7

8

9

10

11                    INDEX TO EXHIBITS

12

13

14   DEPOSITION EXHIBIT NUMBER 1                    9

15       Petition for Name Change

16

17

18

19

20

21

22

23

24

25


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313-567-8100

Jaroslaw Vaskovsky
12/28/2011

Page 5

1    Utica, Michigan

2    Thursday, December 28, 2011

3    Approximately 1:10 p.m.

4            VIDEO TECHNICIAN:  We are now on the record.  This

5    is the videotaped deposition of Jaroslaw Waskowski being

6    taken in Utica, Michigan.  Today is December 28, 2011.  The

7    time is 1:10:50 p.m.

8            Will the attorneys introduce themselves and the

9    court reporter please swear in the witness.

10           MR. TEMROWSKI:  Lee Temrowski appearing on behalf

11   of the plaintiff.

12           MR. HEWSON:  James Hewson appearing on behalf of

13   State Farm.

14                   PETER CHOJNACKI

15   interpreter herein, having first been duly sworn to

16   translate from English to Polish and from Polish to English

17   to the best of his ability, interpreted the testimony of

18   JERRY VASKOVSKY as follows:

19                   JERRY VASKOVSKY,

20   having first been duly sworn, was examined and testified on

21   his oath as follows:

22           MR. TEMROWSKI:  Before we begin the deposition, I

23   just want to put a brief statement on the record, that this

24   lawsuit is for first-party No-Fault benefits.  However, in

25   this case medical mileage benefits and transportation



Jaroslaw Vaskovsky
12/28/2011

Page 6

1    benefits are not included.  Those benefits are the subject

2    of another lawsuit.

3              Because those benefits, medical mileage and

4    transportation, are not being claimed in this case, I simply

5    want to state at the outset that I'm not going to allow any

6    questioning of any kind or nature whatsoever pertaining to

7    medical mileage or transportation.  That's the statement

8    that I wanted to make before we begin.

9              MR. HEWSON:  Recognizing my brother counsel's

10   objection, I would indicate that the only time the subject

11   might tangentially be referred to will arise, I believe, in

12   connection with the injuries that Mr. Waskowski is claiming

13   and not the medical mileage issue or transportation

14   directly.

15             The record should reflect that this is the day and

16   date set for the taking of the deposition of Mr. Jaroslaw

17   Waskowski pursuant to notice and agreement of counsel as to

18   time and place.  The deposition is taken in connection with

19   the matter pending in the United States District Court for

20   the Eastern District of Michigan before the Honorable Mark

21   Goldsmith.

22   EXAMINATION BY MR. HEWSON:

23   Q.   Mr. Waskowski, have you been deposed before?

24   A.   Yes.

25   Q.   When was that, please?



Jaroslaw Vaskovsky
12/28/2011

1   A.   In 2010.

2   Q.   Did you use the services of an interpreter in that

3        deposition in 2010?

4   A.   Yes.

5   Q.   You understand that even if you believe you understand my

6        question in English, you are to only respond in Polish and

7        the interpreter will then translate?

8   A.   Yes.

9   Q.   Thank you.  If I ask you a question that is confusing or

10       unclear, I need you to stop us, tell us that, and we'll

11       rephrase it and have it reinterpreted so you do understand

12       it.  Is that all right?

13  A.   That's good.

14  Q.   If I ask you a question that you don't know the answer to,

15       I want you to feel free to tell us that you don't know.  I

16       don't want you to guess, all right?

17  A.   That's good.

18  Q.   If I ask you a question and you answer it, I'm going to

19       assume that you understood me and you are answering me

20       truthfully; is that fair?

21  A.   Yes.

22  Q.   Very good.  For the record, sir, would you state your name

23       and tell us where you live?

24  A.   Name and what?

25  Q.   Where you live.



Jaroslaw Vaskovsky
12/28/2011

Page 8

1  A.    My name is Jerry Vaskovsky.

2  Q.    Where do you live?

3  A.    Sterling Heights, 2614 Avis.

4             MR. TEMROWSKI:  I just received that today.

5             MR. HEWSON:  This is his --

6  BY MR. HEWSON:

7  Q.    Sir, your counsel was kind enough to hand me a certification

8         of name change.  You changed your name December 12, 2011?

9  A.    That's correct.

10  Q.   Why did you change your name?

11  A.   On December 12 I got naturalized.  I got citizenship, and

12        due to my Polish name is kind of difficult to pronounce in

13        English, I changed my name to English sound.

14  Q.   Very good.  How long have you been in the United States?

15  A.   Eight years.

16  Q.   When you came to the United States what was your port of

17        entry?

18  A.   In Detroit.

19  Q.   Have you lived in Detroit for the whole eight years you have

20        been in the United States?

21  A.   Yes, in the area of Detroit.

22            MR. HEWSON:  Certainly.  I am going to mark the

23        petition for name change as Exhibit 1 just so we have it,

24        Mr. Temrowski.

25            MR. TEMROWSKI:  That's fine.



Jaroslaw Vaskovsky
12/28/2011

Page 9

```
 1                    DEPOSITION EXHIBIT 1

 2                    Petition for Name Change

 3                    WAS MARKED BY THE REPORTER

 4                    FOR IDENTIFICATION.

 5   BY MR. HEWSON:

 6   Q.   That indicates your date of birth is 1963.

 7   A.   That's correct.

 8   Q.   Where in Poland were you born?

 9   A.   In Gdynia, G-D-Y-N-I-A.

10   Q.   How far did you go in school?

11   A.   I graduated technical school.

12   Q.   What is technical school, please?

13   A.   Technical school is a little bit higher than high school

14        here, because graduating technical school I had vocational,

15        vocation, and I can pursue my vocational career.

16   Q.   What was your vocational career?

17   A.   I am technical mechanic of industrial -- industrial

18        technical mechanic.

19   Q.   Does that training involve automobiles, trucks, that sort

20        of thing, or is it large machines in a factory?

21   A.   The huge machines.

22   Q.   Have you worked in that capacity before you came to the

23        United States, that is working on huge machines?

24   A.   Yes.

25   Q.   How long did you work?
```



Jaroslaw Vaskovsky
12/28/2011

Page 10

1   A.   Three years.

2   Q.   When did you stop working at that job in Poland?

3   A.   Before I arrived in America.

4   Q.   How long before you arrived in America did you stop working?

5   A.   Exact date I don't remember, but I might say it was about a

6        month or two months before I arrived here.

7   Q.   Prior to working with the huge machines for three years,

8        what did you do in Poland?

9   A.   We have had our own store.

10  Q.   What kind of store was it?

11  A.   It was a grocery store.

12  Q.   How long did you operate the grocery store?

13  A.   Since 1990.  Practically until arriving here.

14  Q.   You did both jobs at the same time?

15  A.   My daughters were helping me and my former wife, they were,

16       they helped.

17  Q.   I understand.  I just was curious if you had the grocery

18       store and were working there and working with the heavy

19       machinery at the same time.

20  A.   Yes, because my job with the big machines was very specific.

21       I was working on a ship in Gdynia and I was working three

22       months, and then month and a half I hadn't worked over

23       there.

24  Q.   What was the name of the company that you worked for in

25       Gdynia?



Jaroslaw Vaskovsky
12/28/2011

Page 11

1    A.    It wasn't a company from Gdynia, it was a company from
2          Scotland.
3    Q.    What was the name of the company from Scotland?
4    A.    Special Marine Service.
5    Q.    Were you ever injured while you worked for Special Marine
6          Service?
7    A.    No.
8    Q.    Were you ever injured working in the grocery store?
9    A.    No.
10   Q.    Can you tell me prior to operating the grocery store what
11         you had done for work?
12   A.    I'm sorry?
13   Q.    Prior to working --
14              MR. TEMROWSKI:  Before.
15   BY MR. HEWSON:
16   Q.    Before the grocery store, which was in 1990, what did he do
17         for work before that?
18   A.    I was also working in my own business.  Plumbing.  Basically
19         plumbing job.
20   Q.    How long did you work as a plumber?
21   A.    Since I graduated school until 1990.
22   Q.    Why did you stop working as a plumber?
23   A.    In that time, in the nineties, there was big changes in
24         Poland, economical changes, political changes, and it was
25         much faster and easier to get more money on the other field,



Jaroslaw Vaskovsky
12/28/2011

```
 1           in the grocery stores, than to be a plumber.

 2    Q.     Since you have come to the United States, what have you

 3           done for work?

 4    A.     I was working in a contractor's business.

 5    Q.     What was the name of the company, please?

 6    A.     There was no name of the company.  I was doing it just for

 7           myself.  At the time I couldn't even register the company

 8           because all my documents were not filed yet.

 9    Q.     When you came to the United States, what was your status?

10    A.     Tourist.

11    Q.     How long did your tourist status last?

12    A.     Three years.

13    Q.     During that three-year period of time were you able to work?

14    A.     Basically I couldn't.

15    Q.     How did you support yourself during that period of time?

16    A.     I was doing small jobs or helping people with small projects

17           at homes and then they paid me, so that's how I survived.

18    Q.     Where did you live during that three-year period of time?

19    A.     I was living at the apartment in Sterling Heights on

20           Fourteen Mile -- Fourteen Mile Road and Schoenherr.

21    Q.     Did anyone live there with you?

22    A.     I'm sorry?

23    Q.     I'm sorry.  Did anyone else live there with you at the

24           apartment at Fourteen and Schoenherr?

25    A.     My daughter, Margaret.
```



Jaroslaw Vaskovsky
12/28/2011

Page 13

1    Q.    Is that the young lady that's here with us today?

2    A.    No.  This is my older daughter.

3    Q.    What was your status after your tourist visa expired?

4    A.    After three years I married a woman.

5    Q.    Other than having the status of being a married man now,

6          what was your status in the country?

7    A.    I got a Green Card.

8    Q.    Did you go to work once you got the Green Card?

9    A.    Yes.

10   Q.    What did you go to work doing?

11   A.    I got a CD license and started to work as a truck driver.

12   Q.    Did you work for a particular company driving trucks?

13   A.    Yes.

14   Q.    What company was that, please?

15   A.    The first company was KLC from Chicago.

16   Q.    How long did you work for them?

17   A.    I don't remember.  I might say it was about six, seven

18         months.

19   Q.    What type of driving did you do for KLC?

20   A.    I was transporting between Chicago and California.

21   Q.    Did that job require any lifting?

22   A.    Yes.

23   Q.    What kinds of things were you transporting between Chicago

24         and California?

25   A.    To California there was lots of varieties of things, but



Jaroslaw Vaskovsky
12/28/2011

Page 14

1            from California to Chicago I basically was bringing produce,

2            vegetables, fruits.

3      Q.    Were you a member of a union?

4      A.    No.

5      Q.    Why did you leave the job with KLC?

6      A.    Another company gave more money so I went there.

7      Q.    What company was that?

8      A.    Turbo Express.

9      Q.    Where are their offices?

10     A.    Also in Chicago.

11     Q.    What size vehicle were you driving for Turbo?

12     A.    Semi trucks.  Semi trucks with trailers, 53 feet long.

13     Q.    Were you required to do any lifting with Turbo Express?

14     A.    Yes.

15     Q.    What kinds of weights were you lifting for that job?

16     A.    There was all kinds of varieties, lifting up to even 30,

17            40 pounds.  It depends on what kind of cargo was it.

18     Q.    Were you a member of a union when you were driving for Turbo

19            Express?

20     A.    No.

21     Q.    Were you ever injured while you worked with Turbo Express?

22     A.    No.

23     Q.    Were you ever injured while you worked for KLC?

24     A.    No.

25     Q.    How long did you work for Turbo Express?



Jaroslaw Vaskovsky
12/28/2011

Page 15

```
 1   A.   Around an hour and a half -- year and a half.  Sorry.

 2   Q.   That's all right.

 3   A.   Maybe a little shorter.

 4   Q.   Why did you leave that job?

 5   A.   Because I found a job in Detroit.

 6   Q.   Who did you go to work for in Detroit?

 7   A.   A transportation company that transported car accessories.

 8   Q.   Do you know the name of the company?

 9   A.   Yes.

10   Q.   What is the name of the company?

11   A.   Yes Express.

12   Q.   What kind of vehicle were you driving for them?

13   A.   Semi trucks, 53 feet long trailers.

14   Q.   Were there lifting requirements with Yes Express?

15   A.   Sometimes, yes.

16   Q.   What kind of weights were you involved in lifting with

17        Yes Express?

18   A.   Maximum up to 30, 40 pounds.

19   Q.   Were you a member of a union when you drove for Yes Express?

20   A.   No.

21   Q.   When you were lifting for Yes Express, were you provided

22        with equipment that would assist you such as a dolly or that

23        sort of thing?

24   A.   Yes.

25   Q.   Was it your job to unload the truck at the destination that
```



Jaroslaw Vaskovsky
12/28/2011

Page 16

1     you were driving to?

2  A.  When I was going to the destination, I was transporting

3     automotive parts.  I had to come to the destination and

4     park, back into the place, but sometimes it was only I had

5     to bring the trailer, disconnect trailer and connect another

6     trailer.

7         The job of the driver is not only sitting behind

8     the steering wheel, but also a driver has to slide the

9     wheels -- not the wheels, the tires or wheels, the trailer,

10    you know, there are double.  There are weight limits,

11    limited.

12 Q.  But you were not required as part of this job to unload

13    the truck?

14 A.  It would depend if this was for automotive industry, then

15    not.  I just have to bring the trailer and switch the

16    trailer with another trailer.  For other companies I had

17    to load and unload.

18 Q.  Where is the office of Yes Express, please?

19 A.  Wyoming Avenue.  It is in Dearborn.  It is on Michigan

20    and Wyoming in Dearborn.

21 Q.  How long did you work there?

22 A.  Until the accident happened.

23 Q.  How much were you paid?

24 A.  On average I was doing $3,200.00 a month.

25 Q.  Did they withhold taxes from that payment to you?



Jaroslaw Vaskovsky
12/28/2011

1    A.    No, I had to pay my taxes myself.  I was working there

2          as a subcontractor.

3    Q.    Did you own your own cab?

4    A.    No.

5    Q.    The equipment you drove belonged to Yes Express, correct?

6    A.    Yes.

7    Q.    The amount of $3,200.00 was based upon what?

8    A.    It would depend on how many rounds I was driving.

9    Q.    Were there any benefits that were paid to you or provided

10         for you by Yes Express?

11   A.    No.

12   Q.    Were you ever injured while you were working for Yes

13         Express?

14   A.    No.

15   Q.    Have you ever made a claim for workers' compensation

16         benefits?

17   A.    No.

18   Q.    Why aren't you driving now?

19   A.    I take very strong pills that kills the pain, and I have

20         lots of anxiety after the accident.

21   Q.    What are you anxious about?

22   A.    I'm afraid that somebody can hit me, and also the pain that

23         I am still experiencing, it doesn't allow me to work.

24   Q.    Why were you deposed in 2010?

25   A.    I was deposed for benefits from this accident from the



Jaroslaw Vaskovsky
12/28/2011

Page 18

1          other driver that hit me.

2    Q.    You were involved in another car accident in July of 2009;

3          am I correct in that?

4    A.    Yes.

5    Q.    Where did that accident happen?

6    A.    It was at the intersection of Wyoming and Michigan.

7    Q.    Were you working at the time?

8    A.    I was coming back home with my own car after work.

9    Q.    How did that accident happen?

10   A.    I was on the intersection and the other driver was driving

11         on his red light and it hit me.

12   Q.    What part of the vehicle that you were driving was struck?

13   A.    The rear right fender.  The left, not right, but rear.

14   Q.    Thank you.  Were you insured with anyone at the time?

15   A.    The car insurance?

16   Q.    Yes.

17   A.    Yes.

18   Q.    Who was that, please, what company?

19   A.    State Farm.

20   Q.    Did you make a claim with State Farm for that?

21   A.    What kind of claim are you asking?

22   Q.    Any kind of claim.

23   A.    Yes, I claimed.

24   Q.    What did you claim for?

25   A.    I claimed the car was hit, was struck, it was damaged.



Jaroslaw Vaskovsky
12/28/2011

Page 19

1   Q.   Did you ask State Farm to pay for repairs to the car?

2   A.   I was planning to repair the car, but the claim adjuster

3        who came to check the car, he said that the car will be

4        totaled.

5   Q.   Did State Farm pay you for that vehicle?

6   A.   Yes.

7   Q.   Did you repair the vehicle?

8   A.   No.

9   Q.   Did you buy a new vehicle?

10   A.   Yes.

11   Q.   What kind of vehicle did you buy?

12   A.   Mazda Six.

13   Q.   Were you injured in that accident in July of '09?

14   A.   No.

15   Q.   Did you suffer any anxiety in July of '09?

16   A.   No.

17   Q.   Why do you think that the accident we're here for today

18        caused you anxiety when the one in July of '09 did not?

19   A.   I'm not a doctor, I cannot say why, but right now when I

20        even sitting as a passenger driving with my daughter and

21        going with my daughter, I have anxiety.

22   Q.   Do you remember what kind of vehicle you were driving in

23        2009 when that accident happened?

24   A.   Yes.

25   Q.   What kind of vehicle was it, please?



Jaroslaw Vaskovsky
12/28/2011

Page 20

1   A.   Mazda Six.

2   Q.   We're talking about July of 2009, the first accident.

3   A.   Yes.

4   Q.   What was the date of the accident that you filed this

5        lawsuit over?

6   A.   What was the date of the accident?

7   Q.   The date of it, yes, please.

8   A.   The last one?

9   Q.   Yes.

10  A.   It was a day before the Christmas Eve.

11  Q.   Of what year?

12  A.   2009.

13  Q.   Have you had any automobile accidents since Christmas Eve

14       of 2009?

15  A.   No.

16  Q.   Have you driven a motor vehicle since that time?

17  A.   No.

18  Q.   Why not?

19  A.   Because I have lots of anxiety and my health doesn't allow

20       me to do it.  I have lots of pain even when I try to drive.

21  Q.   How long after the accident on December 23, 2009 did you

22       begin to develop anxiety?

23  A.   Practically right away after the accident happened.

24  Q.   What would happen to you as a result of this anxiety?

25  A.   I'm sorry?



Jaroslaw Vaskovsky
12/28/2011

Page 21

1   Q.   What would happen to you, what would you feel as a result
2        of the anxiety?
3   A.   This is a fear, I'm afraid.
4   Q.   Does that fear have any particular focus, is there something
5        specifically you're afraid of?
6   A.   As I just said, I'm afraid somebody else can struck me.
7   Q.   Then you only have the anxiety when you're in the car or
8        motor vehicle?
9   A.   Yes.
10  Q.   Do you take medication for anxiety?
11  A.   For anxiety?
12  Q.   Yes.
13  A.   No.
14  Q.   Have you told your doctors about your anxiety?
15  A.   Yes.
16  Q.   Who have you told?
17  A.   I told my doctor, Dr. Glowacki.  Do you want me to spell it?
18  Q.   No.  G-L-O-W-A-C-K-I.  I know Dr. Glowacki.  Did you tell
19        any other doctor about your anxiety?
20  A.   I don't remember.
21  Q.   How did the accident happen on December 23, 2009?
22  A.   I was standing, like waiting on a center line, as the third
23        car.  I was waiting to turn on the left.  On the blinking
24        yellow light, the first car turned left, went, and struck
25        the car that was coming from the north side going south.



Jaroslaw Vaskovsky
12/28/2011

Page 22

1          That car lost control and struck me, and when the car struck
2          me it just pushed me totally to the right side next to the
3          flower shop.
4    Q.    What was the intersection?
5    A.    Dequindre and Fifteen Mile.
6    Q.    Which direction were you heading on -- I'm sorry, which
7          street were you on at the time?
8    A.    I was on Dequindre Road going north and I was planning
9          to turn west on Maple Road.
10   Q.    Where were you going to at the time?
11   A.    To the Polish market.
12   Q.    Was there anyone in the car with you?
13   A.    No.
14   Q.    What part of your vehicle was struck by that other vehicle?
15   A.    What I inspected later, I have seen the first front left
16         fender and rear left fender was struck, was damaged.  The
17         whole impact went into the front left fender, front left
18         side, and practically the wheel, front left wheel.
19   Q.    Did the air bag deploy?
20   A.    No.
21   Q.    Was your vehicle drivable after the collision?
22   A.    Yes.  It was four months old, the vehicle.
23   Q.    Even with the collision damage, though, you could drive
24         the vehicle after the accident?
25   A.    No.  Right after the accident it was not drivable.  I



Jaroslaw Vaskovsky
12/28/2011

Page 23

1          understand you incorrectly previously when you asked him.

2     Q.   That's okay.  Why wasn't it drivable as you observed it?

3     A.   It was not drivable, the damage.

4     Q.   Did you have the vehicle towed?

5     A.   Yes.

6     Q.   Who called the tow truck?

7     A.   One of my daughters.  I don't remember exactly which one.

8     Q.   Did you call your daughters from the scene of the accident?

9     A.   Yes.

10    Q.   I assume you have a cell phone.

11    A.   I didn't have a cell phone.  The lady from the flower shop,

12         she asked me if I wanted to call somebody to let them know.

13    Q.   Did you use the flower shop phone to call your daughters?

14    A.   Yes.

15    Q.   Did the vehicle that struck you strike any other cars that

16         you observed?

17    A.   I don't know.

18    Q.   Am I correct that after the collision your vehicle went to

19         the right over to the curb, to your right as the driver,

20         over to the curb?

21    A.   I'm sorry, say that again.

22    Q.   That's fine.  Did your vehicle, after the other vehicle

23         struck you, go to your right as the driver, move to your

24         right, his vehicle?

25    A.   Okay.  My vehicle, I found it later.  It's just standing



Jaroslaw Vaskovsky
12/28/2011

Page 24

1      next to the flower shop.  I don't remember how it got there,

2      how the car found itself over there next to the flower shop.

3    Q.   Do you remember the collision itself?

4    A.   Until the moment of impact, yes.

5    Q.   Did you see the other vehicle strike your vehicle?

6    A.   I have seen it when this vehicle, the other vehicle, was

7      coming toward me.

8    Q.   But do you remember the collision itself, do you remember

9      the impact?

10   A.   The moment of impact I do remember, but immediately after

11     that, I don't remember what happened immediately after that

12     impact.

13   Q.   Did you strike your head on something inside the car?

14   A.   I don't know, I don't remember.

15   Q.   Where was your car after you began remembering things again?

16   A.   In a parking lot at the flower shop.

17   Q.   When you began remembering again, were you sitting in the

18     driver's seat of your vehicle in the parking lot of the

19     flower shop?

20   A.   Yes.

21   Q.   Was the vehicle running or had you shut it off?

22   A.   I don't remember.

23   Q.   Did anyone ever indicate to you that they drove the vehicle

24     for you from the point of the collision into the parking lot

25     at the flower shop?



Jaroslaw Vaskovsky
12/28/2011

Page 25

1    A.    You mean that somebody told me to move my vehicle from the

2          collision to the parking?

3    Q.    That they did it for him.

4    A.    No.

5    Q.    Were you wearing your seat belt when you began remembering

6          again?

7    A.    Yes.

8    Q.    Were you wearing your seat belt at the time of the

9          collision?

10   A.    Yes, I always have my seat belt on.

11   Q.    When you began remembering again, were you bleeding from

12         anywhere on your head?

13   A.    I was in shock.  I don't remember.  Even when I went out

14         from the car, I don't remember.

15   Q.    Do you remember getting out of the car in the parking lot

16         of the flower shop?

17   A.    The whole accident, the whole thing, I just remember like

18         without -- with a fog.  You know, it's very foggy for me.

19         I start to remember better when my daughters came to the

20         accident scene.

21   Q.    You were able to remember your daughters' phone numbers;

22         am I correct?

23   A.    I don't know.  It was a shock.  Many people remember

24         different things, many different things.

25   Q.    Had you been in shock before?



Jaroslaw Vaskovsky
12/28/2011

Page 26

```
 1   A.   Before this accident?

 2   Q.   Yes.

 3   A.   No.

 4   Q.   Have you been in shock since?

 5   A.   No.

 6   Q.   What kind of phone did you use in the flower shop?

 7   A.   I don't remember.

 8   Q.   Did you have your daughters' phone numbers written down

 9        somewhere?

10   A.   No.

11   Q.   So you remembered them without having to look at anything,

12        right?

13   A.   Yes, I did remember even without any writing.

14   Q.   After you called your daughters what did you do?

15   A.   I was standing next to the car.

16   Q.   You went back out of the flower shop to the car?

17   A.   Yes.

18   Q.   Did anyone help you walk to the car?

19   A.   I don't remember.

20   Q.   How long did you wait at the car before your daughters

21        got there?

22   A.   I don't remember exactly because my daughter was working on

23        the other side of intersection.  It must be very quickly

24        when she came.

25   Q.   Were the police there when your daughters got there?
```



Jaroslaw Vaskovsky
12/28/2011

Page 27

1    A.    Yes.

2    Q.    Did you speak to the police?

3    A.    I don't remember.

4    Q.    Do you remember whether or not they asked you if you needed

5          an ambulance?

6    A.    Nobody asked me if I need an ambulance.

7    Q.    Did you ask for an ambulance?

8    A.    I don't remember.

9    Q.    Did you tell anyone at the scene that you were hurt?

10   A.    I don't recall.

11   Q.    Were you hurt at the scene?

12   A.    No, I didn't have any bleeding.

13   Q.    Was your body hurting anywhere while you were at the scene?

14   A.    Immediately after the accident, I don't remember, I was in

15         shock.

16   Q.    How long did you stay at the scene before you left?

17   A.    My daughter told me later it was around one hour.

18   Q.    Do you remember leaving the scene of the accident?

19   A.    I know that my daughter took me home.

20   Q.    But do you remember leaving the scene with your daughter

21         and driving to your home, do you remember that?

22   A.    Yes, I do remember.

23   Q.    From the time of the accident until the time that your

24         daughter returned you to your home, did you vomit or were

25         you nauseous?



Jaroslaw Vaskovsky
12/28/2011

1   A.   No, not at that time.  Only the very next day the pain came,

2        the pain, my headache and nausea at this time.

3   Q.   Did you have any problems with your vision from the time of

4        the accident until the time your daughter drove you home?

5   A.   I don't understand the question.

6   Q.   Did you have any problems with focusing your vision or

7        having double vision?

8   A.   No.

9   Q.   Did you have any dizziness from the time of the accident

10       until the time your daughter got you home?

11  A.   I didn't have any dizziness, but I had my headache.

12  Q.   When did your headache start?

13  A.   Right after we came right home.

14  Q.   Did you have any ringing in your ears, any funny noises in

15       your ears, after the accident until the time your daughter

16       got you home?

17  A.   I don't remember.  It was two years ago.

18  Q.   Your headache started when you got home on the same day

19       as the accident?

20  A.   Yes.  I took the pain killers.

21  Q.   What pain killers did you take?

22  A.   I think it was Ibuprofen.

23  Q.   Had you ever had headaches like that before?

24  A.   No.

25  Q.   Have you ever been diagnosed with migraine headaches?



Jaroslaw Vaskovsky
12/28/2011

Page 29

```
 1   A.   No.

 2   Q.   When did you go to the hospital, if you did?

 3   A.   Between Christmas and New Year I went to the doctor in

 4        Hamtramck.

 5   Q.   Which doctor did you go to?

 6   A.   His name was Wietrzykowski.  Do you want me to spell it?

 7   Q.   If you could.

 8   A.   W-I-E-T-R-Z-Y-K-O-W-S-K-I.

 9   Q.   Thank you.

10   A.   You're welcome.

11   Q.   Why did you go to that doctor?

12   A.   His last name indicates that he might speak Polish.

13   Q.   Had you ever been to him before?

14   A.   No.

15   Q.   Did he treat you between Christmas and New Year's?

16   A.   I went to visit him one time.

17   Q.   What did he do for you?

18   A.   He prescribed me pain killers and sent me -- gave me a

19        prescription for x-ray.  As far as I remember -- he can't

20        remember well -- he prescribed me also the physical therapy,

21        but I'm not sure about that.

22   Q.   Did you ever go back to him?

23   A.   No, I didn't went back to him because he doesn't communicate

24        in the Polish language, and for me it's rather difficult to

25        communicate in English.
```



Jaroslaw Vaskovsky
12/28/2011

Page 30

1  Q.  Did that doctor advise that you go to an emergency room?

2  A.  No.

3  Q.  Did you take the medications that the doctor prescribed?

4  A.  Yes.

5  Q.  Did they help you?

6  A.  This medicine helps only for a couple of hours, and even

7      though I take them up till today, and he also prescribed

8      me Vicodin which I take also as a pain killer.

9  Q.  So they would relieve your pain for a couple hours?

10 A.  Yes, to take the pain away.

11 Q.  Do they still take the pain away?

12 A.  Yes.

13 Q.  Did you take your pain medication today?

14 A.  No.

15 Q.  Why not?

16 A.  These pills are kind of narco, so I wanted to be full aware

17     of the questions I will be asked.  I didn't want to, you

18     know, take medication, to be fully aware.

19 Q.  Who did you treat with after, and I will never be able to

20     say the name of the first doctor you treated with.

21 A.  Dr. Glowacki.

22 Q.  How did you get Dr. Glowacki's name?

23 A.  I found him in the telephone book, the first name, and it

24     sounds like a Polish name, and my first question was does

25     your doctor speak Polish.



Jaroslaw Vaskovsky
12/28/2011

Page 31

1   Q.   Did you see your lawyer before you saw Dr. Glowacki?

2   A.   No.

3   Q.   Where did you see Dr. Glowacki the first time?

4   A.   When or where?

5   Q.   Where.

6   A.   Dr. Glowacki's office is on Van Dyke and Eighteen Mile Road.

7   Q.   How did you get there the first time?

8   A.   My daughter took me there.

9   Q.   Did you have the vehicle involved in the collision repaired?

10      Your vehicle, I mean.

11   A.   Did you have?

12   Q.   Did he have his vehicle repaired, the vehicle from the

13      accident.

14   A.   Yes, it was repaired.

15   Q.   Where is that vehicle now?

16   A.   My other daughter, she has this car.  She is right now

17      at work.

18   Q.   Other than your anxiety, is there any other reason that

19      you can't drive your car?

20   A.   The pain.

21   Q.   Where is your pain?

22   A.   My shoulder, hand, my neck and hand and the bottom of my

23      back, lower back.

24   Q.   When you were indicating, you were pointing to your left

25      side.  Is it your left shoulder that causes you problems?



Jaroslaw Vaskovsky
12/28/2011

1   A.   Yes.

2   Q.   Is it the left side of your neck that's causing you

3        problems?

4   A.   In my neck there are discs that are replaced, displaced,

5        and they're pushing the nerves.

6   Q.   Who told you that?

7   A.   Dr. Glowacki.

8   Q.   Do you know if he had you tested to see if the nerves in

9        your neck were displaced or the discs in your neck were

10       displaced?

11  A.   Yes.

12  Q.   What tests did he have you take?

13  A.   Magnetic resonance.

14  Q.   Where did you have that done?

15  A.   Nineteen Mile and Schoenherr.

16  Q.   Was it a hospital or a clinic?

17  A.   Clinic.

18  Q.   Do you know the name of the clinic?

19  A.   No, I don't remember.  And also bone scan was performed.

20  Q.   Did Dr. Glowacki tell you what the bone scan showed?

21  A.   Yes.

22  Q.   What did he tell you?

23  A.   The damage of my ribs and the bridge between the lungs.

24  Q.   That's fine.

25  A.   And my arm here, the arm, shoulder.



Jaroslaw Vaskovsky
12/28/2011

Page 33

1  Q.   Has any other doctor told you the bone scan showed you had

2       damage to your chest, your upper chest and your shoulder and

3       arm?  Has anyone else told you that?

4  A.   I've got a written statement from the hospital in Dequindre

5       and Nineteen Mile Road.  They sent me a description of this.

6  Q.   Did Dr. Glowacki interpret the bone scan from Beaumont

7       Hospital?

8  A.   My daughters, they wrote it -- they read it, and they speak

9       perfect English.

10 Q.   Other than your daughters telling you what it said, did Dr.

11      Glowacki tell you what the Beaumont Hospital bone scan

12      showed?

13 A.   Yes.  What my daughters read to me from this note from the

14      hospital was exactly the same what Dr. Glowacki said to me,

15      this damage is in the chest, the arm and upper arm.

16 Q.   What is Dr. Glowacki doing for you for what he told you

17      was damage to your chest, your shoulder and upper arm?

18 A.   Physical therapy.

19 Q.   How long have you been going to physical therapy?

20 A.   Practically I was attending -- I was going to this physical

21      therapy since January 2010, three times a week.

22 Q.   How do you get there?

23 A.   My daughters took me there.

24 Q.   You have been going to physical therapy three times a week

25      for almost two years?



Jaroslaw Vaskovsky
12/28/2011

Page 34

| 1 | A. | Yes. |
| 2 | Q. | Where do you go to physical therapy? |
| 3 | A. | One is in Fifteen Mile and Dequindre and the other one is |
| 4 |    | in Hamtramck. |
| 5 | Q. | Do you know the name of the clinic? |
| 6 | A. | Euro Rehab. |
| 7 | Q. | Is it the same name for both locations? |
| 8 | A. | Yes. |
| 9 | Q. | What is the name of your physical therapist? |
| 10 | A. | Dr. Lozinski. |
| 11 | Q. | Can you spell that for me? |
| 12 | A. | L-O-Z-I-N-S-K-I. |
| 13 | Q. | Is Dr. Lozinski a physical therapist or a physician, if you |
| 14 |    | know. |
| 15 | A. | He's not a physical therapist, he is a doctor that runs the |
| 16 |    | place, and the physical therapist is somebody else. |
| 17 | Q. | Who is the physical therapist? |
| 18 | A. | His first name is Andrew, Andre, but I don't know his last |
| 19 |    | name. |
| 20 | Q. | What do they do for you at physical therapy? |
| 21 | A. | All kinds of massages and exercises. |
| 22 | Q. | What part of your body do they massage? |
| 23 | A. | My back, the left side and also the arm. |
| 24 | Q. | Does the pain in your arm go down into your hand? |
| 25 | A. | Yes. |



Jaroslaw Vaskovsky
12/28/2011

1   Q.   Is there any particular part of your hand that is involved?

2   A.   Sometimes I have my hand is numb, kind of numb, and the

3        other times are like ants in this arm and the other times

4        there is severe pain going through the whole arm and hand.

5   Q.   Does the pain when it's severe involve the back and the

6        front of your hand and the fingers and the thumb?

7   A.   It goes from my elbow to the palm.

8   Q.   Not to any of the fingers?

9   A.   No.  Unless I don't feel it because it's numb.

10  Q.   Okay.  The pain in your shoulder, does that go anywhere

11       else in your body?

12  A.   The shoulder?

13  Q.   Yes.

14  A.   Yes.  The pain from the shoulder, it radiates to the whole

15       arm.

16  Q.   The pain in your neck, is that all connected to your

17       shoulder and arm pain, is that what you're saying?

18  A.   The pain from the neck goes to my shoulder and this rotator

19       here in my arm, goes down to the elbow.

20  Q.   I notice you hold your head fairly stiff.  Does that help

21       you with the pain, the way you hold your head?

22  A.   Yes.

23  Q.   Why do you hold your head to the left?

24  A.   It is more comfortable for me.

25  Q.   Besides massages, what else do they do to your body at



Jaroslaw Vaskovsky
12/28/2011

Page 36

```
 1          physical therapy?

 2     A.   I cannot even name this exercises they do.  They do some

 3          ultrasounds.  I don't know.

 4     Q.   Let's talk about that first.  Have they been doing

 5          ultrasound to you for almost two years now?

 6     A.   Yes.

 7     Q.   What part of your body do they do the ultrasound to?

 8     A.   The lower and upper back, the left side.

 9     Q.   Describe to me how the ultrasound feels.

10     A.   How do I feel it?

11     Q.   Yes.  What does it feel like?

12     A.   I feel like electrical power, electrical power goes through

13          my body, electricity goes through my body.  Sometimes the

14          exercises through the electrical impulse, it moves all my

15          muscles.

16     Q.   Do they use hot packs on you?

17     A.   Yes.

18     Q.   Do they use them on every visit?

19     A.   Yes.

20     Q.   Besides ultrasound and hot packs, is there anything else

21          they do that's of that nature, using machines on you or

22          anything like that?

23     A.   Yes.

24     Q.   What else do they use?

25     A.   They put me on the machine that slides me upside down.
```



Jaroslaw Vaskovsky
12/28/2011

Page 37

```
 1           They put like kind of pulling my neck.  Also exercises,
 2           the strength of my hand, with this machines.
 3    Q.     Are you any better?
 4    A.     These machines, actually, they allow me to help me in
 5           moving.
 6    Q.     Are you any better, though?
 7    A.     Yes.
 8    Q.     What can you do for yourself?
 9    A.     What can I do?
10    Q.     Yes.
11    A.     Sit down.  Sometimes with the help of other persons,
12           stand up.
13    Q.     That's it?
14    A.     Going to restroom, moving.
15    Q.     Can you bathe yourself?
16    A.     Yes.
17    Q.     Have you been able to bathe yourself since the accident
18           happened?
19    A.     At the beginning, no.
20    Q.     How long were you unable to bathe yourself?
21    A.     Around six months.
22    Q.     Do you take baths or do you shower?
23    A.     Yes, shower.
24    Q.     Why couldn't you take a shower?
25    A.     He takes shower.
```



Jaroslaw Vaskovsky
12/28/2011

Page 38

1   Q.   Why couldn't you take a shower by yourself in the first
2        six months?
3   A.   I had such a big pain on the left side that I cannot move
4        even my left hand, left arm.
5   Q.   The first six months after the accident you could not lift
6        your arm at all?
7   A.   That's correct.
8   Q.   Did you tell Dr. Glowacki that?
9   A.   Yes.
10  Q.   Did you tell the emergency room doctor that?
11  A.   I was not in the emergency room.
12  Q.   You didn't go to the hospital, St. John's Macomb?
13  A.   No.
14  Q.   Did you tell the people who did your MRI that you couldn't
15       lift your left arm at all?
16  A.   Yes, I did.
17  Q.   During that six-month period of time could you use your
18       fingers and thumb on your left hand, that is squeezing and
19       things like that?
20  A.   Yeah.  I was exercising with the help of the small rubber
21       ball, so month after month it became better and better.
22  Q.   Were you able to bend your arm at the elbow in the first
23       six months after the accident?
24  A.   Yes, I could do it, but with very big pain, difficult.
25  Q.   Other than that you could not move your left arm; am I



Jaroslaw Vaskovsky
12/28/2011

Page 39

1        right?

2    A.   The arm, yes, I couldn't.

3    Q.   Did Dr. Glowacki ever hospitalize you for that inability

4        to use your arm at all?

5    A.   No.  He sent me to tests, to MRI, performed MRI.

6    Q.   He also sent you to physical therapy when you couldn't

7        move your left arm; am I right?

8    A.   Yes, exactly.

9    Q.   You told the physical therapist and showed the physical

10       therapist that you could not move your left arm at all?

11   A.   Yes.  First before I started the physical therapy, he

12       performed a test on me, and after the test he realized --

13       he said what kind of treatment, what kind of exercises I

14       can do.

15   Q.   How did you find your way to Euro Rehab?

16   A.   How I found my way?

17   Q.   Yes.  How did you discover they provided physical therapy,

18       how did you get referred there?

19   A.   This Euro Rehab is in a Polish plaza, and there are three

20       buildings that are run by the Polish-speaking people, so

21       every Polish person knows about this Euro Rehab.

22   Q.   Did Dr. Glowacki recommend that you go there for physical

23       therapy?

24   A.   No.

25   Q.   What kind of exercises do you do at Euro Rehab?



Jaroslaw Vaskovsky
12/28/2011

Page 40

1   A.   It's basically pulling the -- pressing the -- my arm and
2        neck and spine.
3   Q.   What do you do physically, how do you move your body in
4        order to achieve those exercises?
5   A.   There are machines, devices that helps you to do it, to
6        do exercises.
7   Q.   When was the last time you were at Euro Rehab?
8   A.   About a month and a half ago.
9   Q.   Why did you stop going?
10  A.   It's too expensive, I cannot afford it.
11  Q.   How much do they charge you?
12  A.   Until a month and a half ago the insurance paid for that,
13       but a month and a half ago they stopped paying and -- they
14       stopped to pay even more than that month and a half ago,
15       so I couldn't afford it.
16  Q.   Did they give you a bill, Euro Rehab, did they give you a
17       bill?
18  A.   I don't know.
19  Q.   Do you know how much they were charging you for a visit?
20  A.   No.
21  Q.   Did they ever come to you and ask you to pay anything out
22       of your pocket?
23  A.   No.  I'm just saying for myself, that I know that I will
24       not be able to afford it.
25  Q.   Do you still see Dr. Glowacki?



Jaroslaw Vaskovsky
12/28/2011

Page 41

```
 1    A.    Yes.

 2    Q.    When was the last time you saw Dr. Glowacki?

 3    A.    In December.

 4    Q.    This month?

 5    A.    Yes.

 6    Q.    How much is Dr. Glowacki charging you?

 7    A.    I don't know.

 8    Q.    Has he given you a bill?

 9    A.    No.

10    Q.    Are you treating with any other doctors?

11    A.    Dr. Glowacki sent me to other doctors for second opinion.

12    Q.    Do you remember the names of those doctors?

13    A.    No.

14    Q.    Do you know the specialties of those doctors?

15    A.    One was a cardiologist.  He sent me there because due to

16          my dizziness and headaches, so Dr. Glowacki sent me to the

17          cardiologist.  He also sent me to a neurologist, but I don't

18          remember their names.

19    Q.    What did the cardiologist tell you?

20    A.    I don't know.  Dr. Glowacki has all those tests.

21    Q.    Did Dr. Glowacki's treatment of you change at all after

22          the cardiologist was involved?

23    A.    No.

24    Q.    Did the neurologist tell you anything about your condition?

25    A.    Yeah.  They told me it's no good, it's bad.
```



Jaroslaw Vaskovsky
12/28/2011

Page 42

1   Q.   What did they tell you was bad?

2   A.   They told me that my discs are displaced and they are

3        pushing on nerves and that's what caused the pain, and

4        also my rotator in the arm is also damaged.

5   Q.   Besides the cardiologist and neurologist, did Dr. Glowacki

6        make any other referrals for you to see other doctors?

7   A.   No.

8   Q.   Do you know Dr. Policherla?  If you don't know, then don't

9        guess.

10  A.   I don't know.

11  Q.   Have you been to a neurologist on Mack Avenue in Grosse

12       Pointe Woods, Michigan?

13  A.   Polinegra, the first doctor you mentioned.

14  Q.   Policherla.

15  A.   Okay.

16  Q.   How did you get to Dr. Policherla?

17  A.   Through Dr. Glowacki.

18  Q.   Did Dr. Policherla run any tests on you?

19  A.   Yes, he tested.

20  Q.   What tests did he do?

21  A.   He tested me how my -- the abilities of my activities.

22  Q.   He asked you questions?

23  A.   Not only.

24  Q.   What else did he do besides ask you questions?

25  A.   He checked the abilities of my moving, movements.



Jaroslaw Vaskovsky
12/28/2011

Page 43

```
 1   Q.    Did he use any machines when he examined you?

 2   A.    No.

 3   Q.    He didn't stick any needles in your arm or your shoulder?

 4   A.    No.

 5   Q.    Did you ever go back to him again?

 6   A.    No.

 7   Q.    Why not?

 8   A.    It was only the second opinion of the other doctor.

 9   Q.    Do you recognize the name of Bradley Sewick?

10   A.    No.

11   Q.    Do you recognize the name of Spectrum Rehabilitation Clinic?

12   A.    No.

13   Q.    Do you recognize the name of Clifford Buckman?

14   A.    I don't remember.

15   Q.    How about Laren Lerner, Dr. Laren Lerner?

16   A.    No, I don't remember this name.

17   Q.    Have you been to a doctor on Merriman Road in Westland,

18         Michigan?

19   A.    Yes.

20   Q.    What were you there for?

21   A.    I'm sorry?

22   Q.    What were you there for?

23   A.    I want to ask a question.  Is this the doctor the insurance

24         company sent me to?

25   Q.    No.  Other than the doctor the insurance company sent you
```



Jaroslaw Vaskovsky
12/28/2011

Page 44

1          to, do you remember going to treat or be examined by a Dr.

2          Laren Lerner on Merriman Road in Westland, Michigan?

3     A.   I don't remember.

4     Q.   Do you remember treating with or being examined by Dr.

5          Bradley Klein on Schoenherr Road in Warren, Michigan?

6     A.   No.

7     Q.   Do you know what your outstanding medical bills amount to?

8     A.   For my medicals?

9     Q.   Yes.

10    A.   I might say that I don't know exact numbers of the amount.

11    Q.   Has anyone sued you?

12    A.   Yes, I was already sent for collection.

13    Q.   By whom?

14    A.   For the radiologist, as far as I know.

15    Q.   The radiologist for the MRI?

16    A.   I'm sorry, for the cardiologist.

17    Q.   Do you know what the bill is for the cardiologist?

18    A.   The last time what they sent me, if I remember correctly,

19         was either $1,300.00 or $1,400.00.

20    Q.   Are you able to dress yourself?

21    A.   With help.

22    Q.   What do you need help with in dressing yourself?

23    A.   I need to help with to wear my right side clothes because

24         I cannot do anything with my left hand.

25    Q.   You can't do anything with your left hand?  You can't flex



Jaroslaw Vaskovsky
12/28/2011

Page 45

```
 1          it?

 2    A.    I can do something with very big pain.

 3    Q.    When you take your Vicodin, and the pain goes away for a

 4          few hours, are you able to put your clothes on?

 5    A.    Yes.

 6    Q.    If you take your medication, you can dress yourself?

 7    A.    Yes, but I limit using Vicodin.  I don't want to damage my

 8          stomach.  It's a chemical.

 9    Q.    Have you told Dr. Glowacki that the Vicodin upsets your

10          stomach?

11    A.    I didn't tell him, but I know the Vicodin is a narcotic, and

12          after four or five years of using Vicodin, I will be used to

13          it.  What is the word?

14    Q.    Has Dr. Glowacki -- strike that, please.  Ignore that

15          portion.

16                Did you tell Dr. Glowacki about your concerns

17          about taking Vicodin?

18    A.    Dr. Glowacki?

19    Q.    Did you tell Dr. Glowacki about your concerns regarding

20          taking Vicodin?

21    A.    Yes, so from time to time he changes my medicine.

22    Q.    What other medicines have you taken for pain?

23    A.    I don't remember the names of the medicine.

24    Q.    Do those other medicines work and relieve your pain?

25    A.    On a smaller scale, yeah, they help.
```



Jaroslaw Vaskovsky
12/28/2011

Page 46

1   Q.   Do you have trouble walking?

2   A.   Yes.

3   Q.   Why do you have trouble walking?

4   A.   Because when I'm moving I have pain in my back.

5   Q.   What part of your back?

6   A.   The lower left part of my back.

7   Q.   Does that pain go into your leg or your buttocks?

8   A.   It goes to my legs -- my leg.

9   Q.   How far down your leg does it go?

10  A.   Up to the knee.

11  Q.   Does it go down the front of the leg, the back of the leg
12       or both?

13  A.   What both?

14  Q.   The both, either the front, the back or the front and back?

15  A.   To the front of the leg.

16  Q.   Has Dr. Glowacki prescribed you any devices to help you,
17       like a cane or a walker or anything like that?

18  A.   No.

19  Q.   Have you had to use a wheelchair?

20  A.   No.  I'm using the -- I don't know how to say it, the stiff
21       stuff part.

22  Q.   A back brace?

23  A.   Back brace, thank you.

24  Q.   You're welcome.

25  A.   Yeah.  The back brace and also the brace for my neck.



Jaroslaw Vaskovsky
12/28/2011

Page 47

1   Q.   Do you wear a stiff collar on your neck?

2   A.   Yes.

3   Q.   How often do you do that?

4   A.   I do it when I am in a car.

5   Q.   Why do you wear a stiff collar when you're in a car?

6   A.   When I am sitting in a car and the car curves, then it

7        really -- without this collar, it's really pain.

8   Q.   Who told you to do that?

9   A.   Doctor.

10  Q.   Dr. Glowacki?

11  A.   Yes.

12  Q.   Did Dr. Glowacki write you a prescriptions for physical

13       therapy to tell you to go anywhere that you wanted to go?

14  A.   He sent me only to physical therapy.

15  Q.   Did he write you a paper that said go to physical therapy?

16  A.   He prescribed me to go to physical therapy, and I think that

17       later they contacted and they communicated between them.  I

18       don't know, I cannot say.

19  Q.   Did the doctor at Euro Rehab write you a prescription for

20       physical therapy?

21  A.   The doctor at physical therapy, he performed physical

22       therapy and the prescription that I've got for physical

23       therapy was from Dr. Glowacki.

24            MR. TEMROWSKI:  Does he want to take a break?

25            THE INTERPRETER:  Yes.



Jaroslaw Vaskovsky
12/28/2011

1              VIDEO TECHNICIAN:  We're going off the record at

2      2:56:35 p.m.

3              (Recess.)

4              VIDEO TECHNICIAN:  We're back on the record at

5      3:08:22 p.m.

6              MR. HEWSON:  The record should reflect that while

7      we were off the record, Mr. Temrowski and I had a chance to

8      discuss the questions I was asking regarding the plaintiff's

9      lay witness list.  First of all, I stipulate that the

10     plaintiff can amend the witness list because we have

11     discovered that certain of the witnesses listed are not part

12     of this case.  Witness number three is Dr. Policherla.  He

13     did not examine Mr. Waskowski, Dr. Sewick, number five, I

14     believe, is one he had not seen.  I don't know about Dr.

15     Buckman.

16             MR. TEMROWSKI:  He did not see him.

17             MR. HEWSON:  He did not see him.  Did he see Dr.

18     Lerner?

19             MR. TEMROWSKI:  No.

20             MR. HEWSON:  However, there -- also witness number

21     14 is Dr. Yang from New Health Chiropractic who did not see

22     Mr. Waskowski, by our agreement, and Dr. Donahue who I will

23     ask about is witness number 26.

24             The other part of our discussion was that in fact

25     Mr. Waskowski was at St. John's Macomb Hospital for a



Jaroslaw Vaskovsky
12/28/2011

Page 49

```
 1        variety of tests and we'll try and clear that up.  If I have
 2        missed anything else, Mr. Temrowski, feel free to put it on
 3        the record.
 4                    MR. TEMROWSKI:  No, that's what we mentioned.
 5                    MR. HEWSON:  Okay.
 6   BY MR. HEWSON:
 7   Q.   Mr. Waskowski, I want to remind you again that if you don't
 8        understand what I'm saying or if you are confused at all, I
 9        want you to stop and tell us, okay?
10   A.   Okay.
11   Q.   Now, do you remember seeing Dr. Michael Donahue?
12   A.   Yes.
13   Q.   What did you see Dr. Donahue for?
14   A.   Dr. Glowacki was seeking for a second opinion.
15   Q.   Do you remember what Dr. Donahue's findings were, or what
16        did he tell you about your condition?
17   A.   Dr. Donahue checked my movement abilities and also checked
18        the MRI findings and he sent all his opinion in writing to
19        Dr. Glowacki.
20   Q.   Have you seen that writing yourself?  Are you sure Dr.
21        Glowacki had that?
22   A.   Yes.
23   Q.   Who is Janina Zuczek?
24   A.   My first wife -- my former wife, ex-wife.
25   Q.   Thank you.  Did Ms. Zuczek play any part in your care,
```



Jaroslaw Vaskovsky
12/28/2011

Page 50

```
 1         did she take care of you at all?

 2    A.   No.

 3    Q.   Who is Pavel Zuczek?

 4    A.   The son of Janina Zuczek.

 5    Q.   Did he play any part in your care?

 6    A.   No.

 7    Q.   Who is Mariusz Zuczek?

 8    A.   Also a son of Janina.

 9    Q.   Did he play any part in your care?

10    A.   No.

11    Q.   We had talked about the things you could do or couldn't do

12         for yourself.  For the first six months you needed help in

13         showering, correct?

14    A.   Yes.

15    Q.   Who helped you do that?

16    A.   My daughters.

17    Q.   Is there a normal time of the day that you take a shower?

18    A.   At that time I was taking a shower just before going to bed.

19    Q.   At that time, in the first six months after the accident,

20         did you live by yourself in your apartment?

21    A.   No, I was living in the house.

22    Q.   Was anyone else living with you in the house?

23    A.   Yes.

24    Q.   Who was that, please?

25    A.   My daughter.
```



Jaroslaw Vaskovsky
12/28/2011

1  Q.  Which daughter, please?

2  A.  Margaret.

3  Q.  What type of help did you need in the shower?

4  A.  I'm sorry.  Until April 2009, Kamila was living also with

5      me in the house.

6  Q.  Which one is the young lady sitting here with us today?

7  A.  Kamila.

8  Q.  Thank you.  After April of 2009, Margaret continued to live

9      with you?

10 A.  She still continues to live with me.

11 Q.  What kind of help did you need in the shower?

12 A.  They were helping me to soap and water me, normal, whatever

13     is in a shower.  I couldn't do it myself.

14 Q.  Did you ever ask Dr. Glowacki to prescribe for you devices

15     that would help you take a shower by yourself?

16 A.  No.

17 Q.  Did you wear anything when you were in the shower or were

18     you naked when your daughters were helping you?

19 A.  I had underwear.

20 Q.  Were you able to shower then by yourself as of June of 2010?

21 A.  Not exactly myself all the way.  Even now I need help when

22     I take a shower, but not as much as before, the first six

23     months.

24 Q.  What kind of help do you need now?

25 A.  For example, showering, soaping my back or even my leg, the



Jaroslaw Vaskovsky
12/28/2011

1       bottom, my leg, I cannot bend and wash it myself, I still

2       need help with it.

3   Q.  Did the physical therapist ever make any recommendations to

4       you about devices or anything else you could use to shower

5       on your own?

6   A.  The devices only that I can install are the handles in a

7       shower, but I never heard of any devices that can wash me.

8   Q.  No one made any mention to you of long-handled sponges or

9       other devices that would allow you to wash your complete

10      body with just your right hand?

11  A.  Yes, he mentioned, but this device you have also to use it

12      and do the movement, physical movement, to use it.

13  Q.  Do you have any limitations with your right hand and arm?

14  A.  No.

15  Q.  You are right-handed; am I correct?

16  A.  Yes.

17  Q.  Are you able to dress yourself now?

18  A.  Completely myself, no.

19  Q.  What can't you do for yourself dressing?

20  A.  I need help with my pants and shirt and sweater.  I cannot

21      raise my left hand up and at the same time put clothes on

22      me.

23  Q.  Can you raise your left hand at all?

24  A.  Yes, I can, but only to a certain point.

25  Q.  Can you touch your face?



Jaroslaw Vaskovsky
12/28/2011

Page 53

```
 1   A.   Yes, I can.

 2   Q.   Can you touch the top of your head?

 3   A.   My hand?

 4   Q.   With your left hand.

 5   A.   Yes, with kind of difficulties, yes.

 6   Q.   How far can you bend forward?

 7   A.   Not at all, almost not at all.  I can squat but not bend.

 8   Q.   Let me ask you, you can't even bend halfway forward?

 9   A.   No, it causes a lot of pain.

10   Q.   Because you're sitting in a chair and you're bent at

11        a 45-degree angle.

12   A.   But not the back.  My back, my spine, is straight.

13   Q.   Okay.  Do you have any problems taking your medication?

14   A.   Do you mean swallowing?

15   Q.   Let's start with that.  Do you have any problems swallowing?

16   A.   No.

17   Q.   Do you have problems identifying your medications?

18   A.   Yes.

19   Q.   What problem do you have identifying your medications?

20   A.   I am disoriented, I don't recognize them.

21   Q.   Do you have problems distinguishing colors?

22   A.   No.

23   Q.   Do you have problems distinguishing shape?

24   A.   No.

25   Q.   Are there medications that you take regularly, that is
```



Jaroslaw Vaskovsky
12/28/2011

Page 54

1           on a schedule?

2    A.     Some of them, yes.

3    Q.     Which ones do you take on a schedule?

4    A.     Regularly I should take medicine that release my muscles,

5           you know.

6    Q.     Do you take it regularly?

7    A.     Yes.

8    Q.     Do you know the name of that medication?

9    A.     I don't remember.

10   Q.     Do you know what color it is?

11   A.     White.

12   Q.     Do you know what shape it is?

13   A.     They are a circle, round.

14   Q.     Is there any other pill or medication you take regularly?

15   A.     Yes.

16   Q.     What other medications do you take regularly?

17   A.     Pain killers.

18   Q.     Do you know the name of the pain killers you are presently

19          taking?

20   A.     Right now only the Vicodin is what I'm left with.

21   Q.     How often do you take that?

22   A.     I try to limit it, but minimum two pills a day.

23   Q.     Other than your muscle relaxer and your Vicodin, do you

24          take any other pills regularly?

25   A.     No.



Jaroslaw Vaskovsky
12/28/2011

1  Q.  Do you take those yourself, are you able to take them,

2      open the bottle, put it in your mouth and swallow it?

3  A.  With opening the bottle, sometimes I have a problem.

4  Q.  Do you open the bottle yourself most of the time?

5  A.  No.

6  Q.  Who opens them for you?

7  A.  My daughters.

8  Q.  Is it one daughter more than the other?

9  A.  It depends which daughter is presently at home.

10 Q.  Did you cook meals before the accident of December of 2009?

11 A.  Yes.

12 Q.  What kind of meals would you cook?

13 A.  What kind of what?

14 Q.  Meals.

15 A.  Polish food.

16 Q.  I actually know what that is, but tell me what you used

17     to prepare.

18 A.  Pierogis, bigos, golumpki -- bigos is sauerkraut -- and

19     pork, pork chops.

20 Q.  How often were you cooking back in the days when you were

21     working?

22 A.  I changed my job to the local so I can be home more often,

23     and the last time when I was working, in this period, this

24     last company, I was four days at work and three days at home

25     a week, and those days that I was home I was cooking.  When



Jaroslaw Vaskovsky
12/28/2011

Page 56

```
 1          I was living -- or driving for a job, I was preparing a meal

 2          for my daughters for those days that I will be absent from

 3          home.

 4     Q.   You changed your job before the accident happened?

 5     A.   Yes.  In May of 2009 I started to work for that company that

 6          was transporting automotive parts.

 7     Q.   But you stayed local, is that what you said?

 8     A.   It's a long sentence.

 9     Q.   I want the whole thing.

10     A.   Say again but shorter.  My job was this:  I was two days at

11          work and I did trip.  Then I was coming back home for a day

12          and a half.  Then I was going to work again for two days.

13          Practically, it was four days at work, three days off work.

14     Q.   Do you know if that job is still available for you?

15     A.   I don't know.

16     Q.   Have you made any contact with your old employer to see

17          whether or not the job was still available?

18     A.   I was -- soon after the accident happened in January, I

19          contacted my employer and I told him that I am disabled

20          right now to work, but whenever I will be able I can go back

21          and still work.  It's not on the payroll, it's different

22          type of work.  It's like subcontractor.

23     Q.   What else did your daughters do for you around the house

24          after the accident that you couldn't do for yourself besides

25          helping you with showering and helping you with getting
```

Jaroslaw Vaskovsky
12/28/2011

Page 57

1       dressed?

2   A.  Basically all things that are needed to be done at home like

3       cooking and laundry, taking the dogs out, cutting the grass.

4       All those things that has to be done at home that normally I

5       did, now they do it.

6   Q.  You did the laundry as well while you were working?

7   A.  Yes, I did.

8   Q.  Did Margaret do any chores around the house before your

9       accident?

10  A.  Before the accident?

11  Q.  Before the accident.

12  A.  She was trying to help me but not as much as right now she's

13      helping me.  She has her job and also studies.

14  Q.  What did she do for you before the accident happened?

15  A.  What did she do?

16  Q.  Yes.  What kind of things did she do for you before the

17      accident?

18  A.  For me it was enough that her room will be clean and

19      the bathroom will be clean.  She cleaned the bathroom.

20  Q.  You did all the rest of the household chores?

21  A.  Yes.

22  Q.  Do you do physical therapy exercises at home?

23  A.  Yes.

24  Q.  How long do you do those?

25  A.  Four times a week, around half an hour.



Jaroslaw Vaskovsky
12/28/2011

Page 58

```
 1                    MS. WASKOWSKA:  Four times a day.
 2                    THE INTERPRETER:  I'm sorry, thank you.  Four
 3          times a day for about half an hour.  Thank you.
 4   BY MR. HEWSON:
 5   Q.   What exercises do you do?
 6   A.   It is the exercises for releasing my hand so I can start to
 7        move my hand more easily.
 8   Q.   What do you physically do with your hand to release it?
 9   A.   My daughters, they help me to raise my hand and my arm and
10        hand as high as possible.  And I am still pushing and
11        releasing that rubber ball, the big ball, and laying on
12        it and releasing that back.
13   Q.   You can lay on the big ball yourself; am I right?
14   A.   When my daughter is next to me and she's watching me and
15        also holding me.  I lay on it on my belly, not on my back.
16   Q.   Your daughters have to lift your arm for you?
17   A.   Yes.
18   Q.   So you can't -- if your arm is straight, you cannot lift
19        your arm to shoulder level; am I right?
20   A.   She is lifting up my hand.  I am lifting up my hand, but
21        then she is lifting higher to the point that I cannot
22        myself.
23   Q.   How high?  Can you show me how high you can lift your left
24        hand?
25   A.   That's all.
```



Jaroslaw Vaskovsky
12/28/2011

Page 59

```
 1   Q.   That's all?  Why do you use your right hand to steady your
 2        left?
 3   A.   To support my left hand.
 4   Q.   Other than physical therapy, has Dr. Glowacki made any other
 5        recommendations to you regarding this left arm problem?
 6   A.   No.
 7   Q.   Do you receive massage at home?
 8   A.   My daughters, they try to do it for me.
 9   Q.   What part of your body do they massage?
10   A.   The left side.
11   Q.   The whole left side?
12   A.   The left side and my arm.
13   Q.   How often do they do that?
14   A.   They try to do it right after the exercises with my hand and
15        all the other things, so it seems like four times a day.
16   Q.   How long does that take?
17   A.   About 15 minutes.
18   Q.   Do you need to be supervised?
19   A.   Yes.
20   Q.   Why do you need to be supervised?
21   A.   Because I cannot do the things that I did before.
22   Q.   In your opinion, can you be left alone?
23   A.   In the house?
24   Q.   Anywhere.
25   A.   For a short time, yes, I am sometimes staying alone,
```



Jaroslaw Vaskovsky
12/28/2011

Page 60

```
 1            but only for a short time.   There is no other choice.

 2    Q.      How often are you alone?

 3    A.      Very seldomly, not often.

 4    Q.      Is there a regular day of the week that you are alone?

 5    A.      No.   When there is -- their time of work and school

 6            schedule, when they cannot be with me at home, so there's

 7            a short period of time I'm alone.

 8    Q.      During those periods you have been alone, has anything bad

 9            happened to you?

10    A.      No.

11    Q.      Do you read the paper?

12    A.      No.

13    Q.      Do you read anything?

14    A.      Internet.

15    Q.      Are you on the Internet every day?

16    A.      No.

17    Q.      How often are you on the Internet?

18    A.      It's hard to say.   It depends on what the needs are.

19    Q.      You have a computer; is that correct?

20    A.      Yes.

21    Q.      You are able to get on the Internet when you need to by

22            yourself; am I right?

23    A.      Turn on Internet?

24    Q.      Yes.

25    A.      Yes.
```



Jaroslaw Vaskovsky
12/28/2011

Page 61

1  Q.  You are able to put letters together from a keyboard to
2      communicate with the Internet; am I right?
3  A.  No.
4  Q.  No?  How do you access the Internet without a keyboard?
5  A.  With a mouse.
6  Q.  You don't have e-mail, correct?
7  A.  Yes, I do.
8  Q.  How do you e-mail with a mouse?
9  A.  I'm not writing e-mails.  You asked me if I have e-mail.
10 Q.  You don't write e-mails?
11 A.  No.  If I have to write, then I write, but very slow with
12     the right hand.
13 Q.  You can't type at all with the left hand, or can you?
14 A.  I try.  This is part of the exercises.
15 Q.  Did someone prescribe that for you as part of the exercises?
16 A.  No, I did myself.
17 Q.  Did you promise to pay your daughters money for helping you
18     around the house?
19 A.  Yes.
20 Q.  How much did you promise to pay them?
21 A.  For helping myself with my chores, like clothing and all
22     this stuff, $15.00 an hour, and helping in the house chores,
23     $20.00 an hour.
24         MS. WASKOWSKA:  $20.00 a day.
25         THE INTERPRETER:  I'm sorry?



Jaroslaw Vaskovsky
12/28/2011

1          MS. WASKOWSKA:  $20.00 a day.

2          THE INTERPRETER:  $20.00 a day?

3    A.    I'm sorry, $20.00 a day.

4    BY MR. HEWSON:

5    Q.    How did you arrive at $15.00 per hour as the price to pay

6          your daughters for helping you with your personal care?

7    A.    When the insurance stopped paying me, then I went to my

8          attorney and he told me the prices that should be paid.

9    Q.    You don't have to tell me what your attorney told you.

10         Again, don't do that, okay?  I don't want to know what

11         you and he talked about.

12   A.    Okay.

13   Q.    Thank you.  How many hours do you owe Margaret for helping

14         you with your personal care?

15   A.    How many hours?

16   Q.    Yes.

17   A.    Until now?

18   Q.    Yes.

19   A.    I didn't count it yet.

20   Q.    Did you keep track of the time that Margaret helped you?

21   A.    Yes.

22   Q.    Where did you keep track of that?

23   A.    In the house.

24   Q.    Is it written down?

25   A.    It's marked on a calendar.



Jaroslaw Vaskovsky
12/28/2011

Page 63

```
 1    Q.    Did you keep anything on the computer?

 2    A.    No.

 3    Q.    When Margaret is helping you out, is there a regular number

 4          of hours she spends with you during the day?

 5    A.    It depends on their schedule.  When they can -- when they

 6          are available, when the school and work allow them, then

 7          they come and helping me with this.

 8    Q.    Where does Margaret work?

 9    A.    In a cosmetic shop.

10    Q.    Do you know where it's located?

11    A.    I think Fourteen Mile and Woodward.  Maybe Orchard Lake,

12          I'm not sure.

13    Q.    How many days a week does she work?

14    A.    Forty hours a week.  No, no, less than that.  Something

15          around 32 hours a week.

16    Q.    How many days a week does she work?

17    A.    How many days?

18    Q.    Yes.

19    A.    How many days a week?

20    Q.    How many days per week does she work?

21    A.    It varies.  There is a paper on the refrigerator and

22          it shows when she works.

23    Q.    Is she working today?

24    A.    Yes.

25    Q.    Did she work yesterday?
```



Jaroslaw Vaskovsky
12/28/2011

Page 64

```
 1    A.    No.

 2    Q.    Did she work Monday?

 3    A.    No.

 4    Q.    When she works, whatever day it is, is it the same number

 5          of hours?

 6    A.    No.

 7    Q.    Am I correct that unless you write down what hours Margaret

 8          is actually there helping you, we can't tell that from her

 9          regular work schedule, can we?

10    A.    She helps me every day.

11    Q.    For how long?

12    A.    As much as she can.

13    Q.    Do you know how many hours is my question.  How many hours

14          of the day that she's able to help you, how many hours is

15          that?

16    A.    Practically whenever she's home.

17    Q.    Does she go to school?

18    A.    Yes.

19    Q.    Where does she go to school?

20    A.    Oakland University.

21    Q.    How many days per week does she go to school at Oakland

22          University?

23    A.    Two days a week.

24    Q.    What two days does she go?

25    A.    I don't remember what, but I believe it's Tuesday and
```



Jaroslaw Vaskovsky
12/28/2011

Page 65

```
 1          Friday.

 2   Q.     Does she also work on the days that she goes to school?

 3   A.     Sometimes she has to go to work, but she tries to stay away.

 4          She tries to not work that days.

 5   Q.     Does she also study when she's not working or in class?

 6   A.     Not too much.

 7   Q.     She's not going to be happy to hear you say that.

 8   A.     She's very smart.

 9   Q.     She's still not going to be happy to hear that.

10                  MS. WASKOWSKA:  I will tell her what you said.

11   BY MR. HEWSON:

12   Q.     I'm going to send Kamila home with a note.  How often does

13          Kamila help you out?

14   A.     Almost every day.

15   Q.     For how long?

16   A.     As much as she can.  Sometimes she's three hours with me,

17          sometimes the other days she's eight and ten hours with me.

18   Q.     Do you keep track of your daughter's time in a way that I

19          can tell the difference between when she's helping you with

20          the chores and when she's helping you with your personal

21          care?

22   A.     In the house chores they spend around an hour every day.

23          The rest of the time they take care of me.

24   Q.     How big is the house?

25   A.     Two thousand square feet.
```



Jaroslaw Vaskovsky
12/28/2011

Page 66

1   Q.   Did you see the forms that were signed by Margaret and
2        Kamila and sent to State Farm for the services they
3        performed?
4   A.   Yes.
5   Q.   Did you review these affidavits for accuracy?
6   A:   I don't have to check on my daughters, I just believe them.
7        I trust them.
8   Q.   What I was asking -- there's no suggestion that you
9        wouldn't, I just wanted to know if you saw the affidavits or
10       if you had them read to you before they were submitted to
11       State Farm.
12  A.   Yes.
13  Q.   Who read them to you?
14  A.   Either one, Kamila or Margaret.
15  Q.   Is there any way to know which of your daughters read these
16       to you?
17  A.   No, there is no way.
18  Q.   Do you recognize the name Dr. Lucia Zamorano?
19  A.   Dr. Who?
20  Q.   Lucia Zamorano.
21  A.   Yes.
22  Q.   When did you see Dr. Zamorano?
23  A.   I don't remember, but it was definitely this year.
24  Q.   What did you see Dr. Zamorano for?
25  A.   Dr. Glowacki sent me for the second opinion.



Jaroslaw Vaskovsky
12/28/2011

1   Q.   Do you know what that second opinion was?

2   A.   No.

3   Q.   Do you recognize the name of Dr. David Benadaret?

4   A.   No.

5   Q.   Have you paid your daughters any money?

6   A.   The doctors?

7   Q.   No, no, your daughters.

8   A.   Yes, I did.

9   Q.   How much have you paid them?

10  A.   Right now, I don't understand -- I don't remember.

11  Q.   When you paid your daughters, did you pay them in cash

12       or by check, how did you pay them?

13  A.   Cash.

14  Q.   How often were you paying them?

15  A.   Right now, not at all.

16  Q.   Back when you were paying them, how often were you paying

17       them?

18  A.   Back when?

19  Q.   Back at the time you were actually giving them cash, how

20       often were you paying them?

21  A.   When I've got a check, then I paid them.

22  Q.   Did you keep track of those payments?

23  A.   Yes.

24  Q.   Where did you keep track of those payments?

25  A.   At the home.



Jaroslaw Vaskovsky
12/28/2011

Page 68

```
 1    Q.   In what form did you keep track?  Did you keep a ledger
 2         or a book or a checkbook or what did you do?
 3    A.   On a paper, a piece of paper.
 4    Q.   If I asked you to give that piece of paper to your lawyer,
 5         can you do that?
 6    A.   Yes.
 7    Q.   You have not given that to Mr. Temrowski yet, though?
 8    A.   He never asked me for that.
 9    Q.   That was my -- all I wanted to know is you haven't given
10         it to him yet, yes or no.
11    A.   That's correct, I didn't.
12    Q.   Do you have any doctors' appointments scheduled right now?
13    A.   Yes.
14    Q.   Who are you going to see?
15    A.   In January to Dr. Glowacki.
16    Q.   Any other doctors?
17    A.   No.
18    Q.   When we had taken our break, there was an indication that
19         your daughter Kamila remembered that you went to St. John
20         Macomb Hospital.  Do you remember after talking to your
21         daughter that that actually occurred?
22    A.   It definitely could take place, but I was visiting so many
23         doctors and places that I simply can't -- don't remember
24         that.
25              MR. HEWSON:  Just give me one moment.  Let's go
```



Jaroslaw Vaskovsky
12/28/2011

Page 69

1     off the record for a second.  I should be done.

2               VIDEO TECHNICIAN:  We're going off the record at

3     3:55:50 p.m.

4               (Recess.)

5               VIDEO TECHNICIAN:  We are back on the record at

6     3:57:05 p.m.

7               MR. HEWSON:  I appreciate the opportunity to go

8     off the record.  I have to further questions.

9               MR. TEMROWSKI:  No questions.

10              VIDEO TECHNICIAN:  We're ending this deposition.

11    The time is 3:57:15 p.m.

12    (The deposition was concluded at 3:57 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Jaroslaw Vaskovsky
12/28/2011

Page 70

1                        CERTIFICATE OF NOTARY

2

3      STATE OF MICHIGAN    )

4                           ) SS

5      COUNTY OF MACOMB      )

6          I, Mary Jeanne Henn, Certified Shorthand Reporter, a

7      Notary Public in and for the above county and state, do

8      hereby certify that the above deposition was taken before me

9      at the time and place hereinbefore set forth; that the

10     witness was by me first duly sworn to testify to the truth,

11     and nothing but the truth, that the foregoing questions

12     asked and answers made by the witness were duly recorded by

13     me stenographically and reduced to computer transcription;

14     that this is a true, full and correct transcript of my

15     stenographic notes so taken; and that I am not related to,

16     nor of counsel to either party nor interested in the event

17     of this cause.

18

19

20     _____

21     Mary Jeanne Henn CSR2940

22     Notary Public,

23     Macomb County, Michigan

24     My Commission expires:  August 27, 2013

25

Jaroslaw Vaskovsky
12/28/2011

Page 71

## A

**abilities** 42:21,25
  49:17
**ability** 5:17
**able** 12:13 25:21
  30:19 37:17
  38:22 40:24
  44:20 45:4 51:20
  52:17 55:1 56:20
  60:21 61:1 64:14
**absent** 56:2
**access** 61:4
**accessories** 15:7
**accident** 16:22
  17:20,25 18:2,5
  18:9 19:13,17,23
  20:2,4,6,21,23
  21:21 22:24,25
  23:8 25:17,20
  26:1 27:14,18,23
  28:4,9,15,19
  31:13 37:17 38:5
  38:23 50:19
  55:10 56:4,18,24
  57:9,10,11,14,17
**accidents** 20:13
**Accompanying** 3:8
**accuracy** 66:5
**achieve** 40:4
**Action** 1:7
**activities** 42:21
**adjuster** 19:2
**advise** 30:1
**affidavits** 66:5,9
**afford** 40:10,15,24
**afraid** 17:22 21:3
  21:5,6
**ago** 28:17 40:8,12
  40:13,14
**agreement** 6:17
  48:22
**air** 22:19
**allow** 6:5 17:23
  20:19 37:4 52:9
  63:6
**ambulance** 27:5,6,7
**amend** 48:10
**America** 10:3,4
**amount** 17:7 44:7
  44:10
**Andre** 34:18
**Andrew** 34:18
**angle** 53:11
**answer** 7:14,18
**answering** 7:19
**answers** 70:12
**ants** 35:3

**anxiety** 17:20
  19:15,18,21
  20:19,22,24 21:2
  21:7,10,11,14,19
  31:18
**anxious** 17:21
**apartment** 12:19,24
  50:20
**APPEARANCES** 2:2,25
**appearing** 2:8,16
  2:23 5:10,12
**appointments** 68:12
**appreciate** 69:7
**Approximately** 5:3
**April** 51:4,8
**area** 8:21
**arm** 32:25,25 33:3
  33:15,15,17
  34:23,24 35:3,4
  35:15,17,19 38:4
  38:6,15,22,25
  39:2,4,7,10 40:1
  42:4 43:3 52:13
  58:9,16,18,19
  59:5,12
**arrive** 62:5
**arrived** 10:3,4,6
**arriving** 10:13
**asked** 23:1,12 27:4
  27:6 30:17 42:22
  61:9 68:4,8
  70:12
**asking** 18:21 48:8
  66:8
**assist** 15:22
**assume** 7:19 23:10
**attending** 33:20
**attorney** 62:8,9
**attorneys** 5:8
**August** 70:24
**automobile** 1:11
  20:13
**automobiles** 9:19
**automotive** 16:3,14
  56:6
**available** 56:14,17
  63:6
**Avenue** 1:20 2:5
  16:19 42:11
**average** 16:24
**Avis** 8:3
**aware** 30:16,18

## B

**back** 16:4 18:8
  26:16 29:22,23
  31:23,23 34:23

  35:5 36:8 43:5
  46:4,5,6,11,14
  46:14,22,23,25
  48:4 51:25 53:12
  53:12 55:20
  56:11,20 58:12
  58:15 67:16,18
  67:19 69:5
**bad** 41:25 42:1
  60:8
**bag** 22:19
**ball** 38:21 58:11
  58:11,13
**based** 17:7
**basically** 11:18
  12:14 14:1 40:1
  57:2
**bathe** 37:15,17,20
**bathroom** 57:19,19
**baths** 37:22
**Beaumont** 33:6,11
**bed** 50:18
**began** 24:15,17
  25:5,11
**beginning** 37:19
**behalf** 2:8,16,23
  5:10,12
**believe** 61:7 7:5
  48:14 64:25 66:6
**belly** 58:15
**belonged** 17:5
**belt** 25:5,8,10
**Benadaret** 67:3
**bend** 38:22 52:1
  53:6,7,8
**benefits** 5:24,25
  6:1,1,3 17:9,16
  17:16
**bent** 53:10
**best** 5:17
**better** 25:19 37:3
  37:6 38:21,21
**big** 10:20 11:23
  38:3,24 45:2
  58:11,13 65:24
**bigos** 55:18,18
**bill** 40:16,17 41:8
  44:17
**bills** 44:7
**birth** 9:6
**bit** 9:13
**bleeding** 25:11
  27:12
**blinking** 21:23
**body** 27:13 34:22
  35:11,25 36:7,13
  36:13 40:3 52:10

  59:9
**bone** 32:19,20 33:1
  33:6,11
**book** 30:23 68:2
**born** 9:8
**bottle** 55:2,3,4
**bottom** 31:22 52:1
**brace** 46:22,23,25
  46:25
**Bradley** 43:9 44:5
**break** 47:24 68:18
**bridge** 32:23
**brief** 5:23
**bring** 16:5,15
**bringing** 14:1
**brother** 6:9
**Buckman** 43:13
  48:15
**buildings** 39:20
**business** 11:18
  12:4
**buttocks** 46:7
**buy** 19:9,11

## C

**cab** 17:3
**calendar** 62:25
**California** 13:20
  13:24,25 14:1
**call** 23:8,12,13
**called** 23:6 26:14
**cane** 46:17
**capacity** 9:22
**car** 15:7 18:2,8,15
  18:25 19:1,2,3,3
  21:7,23,24,25
  22:1,1,12 24:2
  24:13,15 25:14
  25:15 26:15,16
  26:18,20 31:16
  31:19 47:4,5,6,6
**Card** 13:7,8
**cardiologist** 41:15
  41:17,19,22 42:5
  44:16,17
**care** 49:25 50:1,5
  50:9 62:6,14
  65:21,23
**career** 9:15,16
**cargo** 14:17
**cars** 23:15
**case** 5:25 6:4
  48:12
**cash** 67:11,13,19
**cause** 70:17
**caused** 19:18 42:3
**causes** 31:25 53:9

Jaroslaw Vaskovsky
12/28/2011

Page 72

causing 32:2
CD 13:11
cell 23:10,11
center 21:22
certain 48:11
    52:24
Certainly 8:22
CERTIFICATE 70:1
certification 8:7
Certified 70:6
certify 70:8
chair 53:10
chance 48:7
change 4:15 8:8,10
    8:23 9:2 41:21
changed 8:8,13
    55:22 56:4
changes 11:23,24
    11:24 45:21
charge 40:11
charging 40:19
    41:6
check 19:3 66:6
    67:12,21
checkbook 68:2
checked 42:25
    49:17,17
chemical 45:8
chest 33:2,2,15,17
Chicago 2:21 13:15
    13:20,23 14:1,10
Chiropractic 48:21
choice 60:1
CHOJNACKI 3:4 5:14
chops 55:19
chores 57:8,20
    61:21,22 65:20
    65:22
Christmas 20:10,13
    29:3,15
circle 54:13
citizenship 8:11
Civil 1:7
claim 17:15 18:20
    18:21,22,24 19:2
claimed 6:4 18:23
    18:25
claiming 6:12
class 65:5
clean 57:18,19
cleaned 57:19
clear 49:1
Clifford 43:13
clinic 32:16,17,18
    34:5 43:11
clothes 44:23 45:4
    52:21

clothing 61:21
collar 47:1,5,7
collection 44:12
collision 22:21,23
    23:18 24:3,8,24
    25:2,9 31:9
color 54:10
colors 53:21
come 12:2 16:3
    40:21 63:7
comfortable 35:24
coming 18:8 21:25
    24:7 56:11
Commencing 1:22
Commission 70:24
communicate 29:23
    29:25 61:2
communicated 47:17
companies 16:16
company 1:12 10:24
    11:1,1,3 12:5,6
    12:7 13:12,14,15
    14:6,7 15:7,8,10
    18:18 43:24,25
    55:24 56:5
compensation 17:15
complete 52:9
Completely 52:18
computer 60:19
    63:1 70:13
concerns 45:16,19
concluded 69:12
condition 41:24
    49:16
confused 49:8
confusing 7:9
connect 16:5
connected 35:16
connection 6:12,18
contact 56:16
contacted 47:17
    56:19
continued 2:25
    51:8
continues 51:10
contractor's 12:4
control 22:1
cook 55:10,12
cooking 55:20,25
    57:3
correct 8:9 9:7
    17:5 18:3 23:18
    25:22 38:7 50:13
    52:15 60:19 61:6
    64:7 68:11 70:14
correctly 44:18
cosmetic 63:9

counsel 6:17 8:7
    70:16
counsel's 6:9
count 62:19
country 13:6
county 70:5,7,23
couple 30:6,9
court 1:1 3:11 5:9
    6:19
CSR 1:24
CSR2940 70:21
curb 23:19,20
curious 10:17
curves 47:6
cutting 57:3

| D |
| --- |

damage 22:23 23:3
    32:23 33:2,15,17
    45:7
damaged 18:25
    22:16 42:4
date 6:16 9:6 10:5
    20:4,6,7
daughter 12:25
    13:2 19:20,21
    26:22 27:17,19
    27:20,24 28:4,10
    28:15 31:8,16
    50:25 51:1 55:8
    55:9 58:14 68:19
    68:21
daughters 10:15
    23:7,8,13 25:19
    25:21 26:8,14,20
    26:25 33:8,10,13
    33:23 50:16
    51:18 55:7 56:2
    56:23 58:9,16
    59:8 61:17 62:6
    66:6,15 67:5,7
    67:11
daughter's 65:18
David 67:3
day 6:15 20:10
    28:1,18 50:17
    54:22 56:11 58:1
    58:3 59:15 60:4
    60:15 61:24 62:1
    62:2,3 63:4 64:4
    64:10,14 65:14
    65:22
days 55:20,24,24
    55:25 56:2,10,12
    56:13,13 63:13
    63:16,17,19,20
    64:21,23,24 65:2

    65:4,17
Dearborn 16:19,20
December 1:23 5:2
    5:6 8:8,11 20:21
    21:21 41:3 55:10
Defendant 1:13
    2:16,23
definitely 66:23
    68:22
depend 16:14 17:8
depends 14:17 55:9
    60:18 63:5
deploy 22:19
deposed 6:23 17:24
    17:25
deposition 1:19
    4:14 5:5,22 6:16
    6:18 7:3 9:1
    69:10,12 70:8
Dequindre 22:5,8
    33:4 34:3
Describe 36:9
description 33:5
destination 15:25
    16:2,3
Detroit 8:18,19,21
    15:5,6
develop 20:22
device 52:11
devices 40:5 46:16
    51:14 52:4,6,7,9
diagnosed 28:25
difference 65:19
different 25:24,24
    56:21
difficult 8:12
    29:24 38:24
difficulties 53:5
direction 22:6
directly 6:14
disabled 56:19
disconnect 16:5
discover 39:17
discovered 48:11
discs 32:4,9 42:2
discuss 48:8
discussion 48:24
disoriented 53:20
displaced 32:4,9
    32:10 42:2
distinguishing
    53:21,23
District 1:1,2
    6:19,20
DIVISION 1:3
dizziness 28:9,11
    41:16

Jaroslaw Vaskovsky
12/28/2011

**doctor** 19:19  21:17
    21:19  29:3,5,11
    30:1,3,20,25
    33:1  34:15  38:10
    42:13  43:8,17,23
    43:25  47:9,19,21
**doctors** 21:14
    41:10,11,12,14
    42:6  67:6  68:12
    68:16,23
**documents** 12:8
**dogs** 57:3
**doing** 12:6,16
    13:10  16:24
    33:16  36:4
**dolly** 15:22
**Donahue** 48:22
    49:11,13,17
**Donahue's** 49:15
**double** 16:10  28:7
**Dr** 21:17,18  30:21
    30:22  31:1,3,6
    32:7,20  33:6,10
    33:14,16  34:10
    34:13  38:8  39:3
    39:22  40:25  41:2
    41:6,11,16,20,21
    42:5,8,16,17,18
    43:15  44:1,4
    45:9,14,16,18,19
    46:16  47:10,12
    47:23  48:12,13
    48:14,17,21,22
    49:11,13,14,15
    49:17,19,20
    51:14  59:4  66:18
    66:19,22,24,25
    67:3  68:15
**dress** 44:20  45:6
    52:17
**dressed** 57:1
**dressing** 44:22
    52:19
**drivable** 22:21,25
    23:2,3
**drive** 2:20  20:20
    22:23  31:19
**driven** 20:16
**driver** 13:11  16:7
    16:8  18:1,10
    23:19,23
**driver's** 24:18
**driving** 13:12,19
    14:11,18  15:12
    16:1  17:8,18
    18:10,12  19:20
    19:22  27:21  56:1

**drove** 15:19  17:5
    24:23  28:4
**due** 8:12  41:15
**duly** 5:15,20  70:10
    70:12
**Dyke** 1:20  2:5  31:6

———————————
        **E**
**ears** 28:14,15
**easier** 11:25
**easily** 58:7
**Eastern** 1:2  6:20
**economical** 11:24
**eight** 8:15,19
    65:17
**Eighteen** 31:6
**either** 44:19  46:14
    66:14  70:16
**elbow** 35:7,19
    38:22
**electrical** 36:10
    36:12,14
**electricity** 36:13
**emergency** 30:1
    38:10,11
**employer** 56:16,19
**English** 5:16,16
    7:6  8:13,13
    29:25  33:9
**entry** 8:17
**equipment** 15:22
    17:5
**Euro** 34:6  39:15,19
    39:21,25  40:7,16
    47:19
**Eve** 20:10,13
**event** 70:16
**exact** 10:5  44:10
**exactly** 23:7  26:22
    33:14  39:8  51:21
**EXAMINATION** 4:6
    6:22
**EXAMINATIONS** 4:2
**examine** 48:13
**examined** 5:20  43:1
    44:1,4
**example** 51:25
**exercises** 34:21
    36:2,14  37:1
    39:13,25  40:4,6
    57:22  58:5,6
    59:14  61:14,15
**exercising** 38:20
**Exhibit** 4:14  8:23
    9:1
**EXHIBITS** 4:11
**expensive** 40:10

**experiencing** 17:23
**expired** 13:3
**expires** 70:24
**Express** 14:8,13,19
    14:21,25  15:11
    15:14,17,19,21
    16:18  17:5,10,13
**ex-wife** 49:24
**e-mail** 61:6,8,9
**e-mails** 61:9,10

———————————
        **F**
**F** 2:10
**face** 52:25
**fact** 48:24
**factory** 9:20
**fair** 7:20
**fairly** 35:20
**far** 9:10  29:19
    44:14  46:9  53:6
**Farm** 1:11  5:13
    18:19,20  19:1,5
    66:2,11
**faster** 11:25
**fear** 21:3,4
**feel** 7:15  21:1
    35:9  36:10,11,12
    49:2
**feels** 36:9
**feet** 14:12  15:13
    65:25
**fender** 18:13  22:16
    22:16,17
**field** 11:25
**Fifteen** 22:5  34:3
**filed** 12:8  20:4
**find** 39:15
**findings** 49:15,18
**fine** 8:25  23:22
    32:24
**fingers** 35:6,8
    38:18
**first** 5:15,20
    13:15  20:2  21:24
    22:15  30:20,23
    30:24  31:3,7
    34:18  36:4  38:1
    38:5,22  39:11
    42:13  48:9  49:24
    50:12,19  51:22
    70:10
**first-party** 5:24
**five** 45:12  48:13
**flex** 44:25
**flower** 22:3  23:11
    23:13  24:1,2,16
    24:19,25  25:16

    26:6,16
**focus** 21:4
**focusing** 28:6
**fog** 25:18
**foggy** 25:18
**follows** 5:18,21
**food** 55:15
**foregoing** 70:11
**form** 68:1
**former** 10:15  49:24
**forms** 66:1
**forth** 70:9
**Forty** 63:14
**forward** 53:6,8
**found** 15:5  23:25
    24:2  30:23  39:16
**four** 22:22  45:12
    55:24  56:13
    57:25  58:1,2
    59:15
**Fourteen** 12:20,20
    12:24  63:11
**FREDERICK** 2:18
**free** 7:15  49:2
**Friday** 65:1
**front** 22:15,17,17
    22:18  35:6  46:11
    46:14,14,15
**fruits** 14:2
**full** 30:16  70:14
**fully** 30:18
**funny** 28:14
**further** 69:8

———————————
        **G**
**Gdynia** 9:9  10:21
    10:25  11:1
**getting** 25:15
    56:25
**give** 40:16,16  68:4
    68:25
**given** 41:8  68:7,9
**giving** 67:19
**Glowacki** 21:17,18
    30:21  31:1,3
    32:7,20  33:6,11
    33:14,16  38:8
    39:3,22  40:25
    41:2,6,11,16,20
    42:5,17  45:9,14
    45:16,18,19
    46:16  47:10,12
    47:23  49:14,19
    49:21  51:14  59:4
    66:25  68:15
**Glowacki's** 30:22
    31:6  41:21

Jaroslaw Vaskovsky
12/28/2011

Page 74

go 9:10 13:8,10
  15:6 23:23 29:2
  29:5,11,22 30:1
  34:2,24 35:10
  38:12 39:22 43:5
  46:7,9,11 47:13
  47:13,15,16
  56:20 64:17,19
  64:21,24 65:3
  68:25 69:7
goes 35:7,18,19
  36:12,13 45:3
  46:8 65:2
going 6:5 7:18
  8:22 16:2 19:21
  21:25 22:8,10
  33:19,20,24 35:4
  37:14 40:9 44:1
  48:1 50:18 56:12
  65:7,9,12 68:14
  69:2
Goldsmith 1:9 6:21
golumpki 55:18
good 7:13,17,22
  8:14 41:25
graduated 9:11
  11:21
graduating 9:14
grass 57:3
Green 13:7,8
Greenfield 2:12
grocery 10:11,12
  10:17 11:8,10,16
  12:1
Grosse 42:11
guess 7:16 42:9
G-D-Y-N-I-A 9:9
G-L-O-W-A-C-K-I
  21:18

H

H 2:4
half 10:22 15:1,1
  40:8,12,13,14
  56:12 57:25 58:3
halfway 53:8
Hamtramck 29:4
  34:4
hand 8:7 31:22,22
  34:24 35:1,2,4,6
  37:2 38:4,18
  44:24,25 52:10
  52:13,21,23 53:3
  53:4 58:6,7,8,9
  58:10,20,20,24
  59:1,3,14 61:12
  61:13

handles 52:6
Hanson/Renaiss...
  3:11
happen 18:5,9
  20:24 21:1,21
happened 16:22
  19:23 20:23
  24:11 37:18 56:4
  56:18 57:14 60:9
happy 65:7,9
hard 60:18
head 24:13 25:12
  35:20,21,23 53:2
headache 28:2,11
  28:12,18
headaches 28:23,25
  41:16
heading 22:6
health 20:19 48:21
hear 65:7,9
heard 52:7
heavy 10:18
Heights 8:3 12:19
Hellemont 2:11
help 26:18 30:5
  35:20 37:4,11
  38:20 44:21,22
  44:23 45:25
  46:16 50:12 51:3
  51:11,15,21,24
  52:2,20 57:12
  58:9 64:14 65:13
helped 10:16 50:15
  62:20
helping 10:15
  12:16 51:12,18
  56:25,25 57:13
  61:17,21,22 62:6
  62:13 63:3,7
  64:8 65:19,20
helps 30:6 40:5
  64:10
Henn 1:24 70:6,21
hereinbefore 70:9
Hewson 2:10,11 4:6
  5:12,12 6:9,22
  8:5,6,22 9:5
  11:15 48:6,17,20
  49:5,6 58:4 62:4
  65:11 68:25 69:7
high 9:13 58:10,23
  58:23
higher 9:13 58:21
hit 17:22 18:1,11
  18:25
HLUCHANIUK 1:10
hold 35:20,21,23

holding 58:15
home 18:8 27:19,21
  27:24 28:4,10,13
  28:16,18 55:9,22
  55:24,25 56:3,11
  57:2,4,22 59:7
  60:6 64:16 65:12
  67:25
homes 12:17
HON 1:9
Honorable 6:20
hospital 29:2
  32:16 33:4,7,11
  33:14 38:12
  48:25 68:20
hospitalize 39:3
hot 36:16,20
hour 15:1 27:17
  57:25 58:3 61:22
  61:23 62:5 65:22
hours 30:6,9 45:4
  62:13,15 63:4,14
  63:15 64:5,7,13
  64:13,14 65:16
  65:17
house 50:21,22
  51:5 56:23 57:8
  59:23 61:18,22
  62:23 65:22,24
household 57:20
huge 9:21,23 10:7
hurt 27:9,11
hurting 27:13

I

Ibuprofen 28:22
IDENTIFICATION 9:4
identifying 53:17
  53:19
Ignore 45:14
Illinois 2:21
immediately 24:10
  24:11 27:14
impact 22:17 24:4
  24:9,10,12
impulse 36:14
inability 39:3
included 6:1
incorrectly 23:1
INDEX 4:2,11
indicate 6:10
  24:23
indicates 9:6
  29:12
indicating 31:24
indication 68:18
industrial 9:17,17

industry 16:14
injured 11:5,8
  14:21,23 17:12
  19:13
injuries 6:12
inside 24:13
inspected 22:15
install 52:6
insurance 1:12
  18:15 40:12
  43:23,25 62:7
insured 18:14
interested 70:16
Internet 60:14,15
  60:17,21,23 61:2
  61:4
interpret 33:6
interpreted 5:17
interpreter 3:5
  5:15 7:2,7 47:25
  58:2 61:25 62:2
intersection 18:6
  18:10 22:4 26:23
introduce 5:8
involve 9:19 35:5
involved 15:16
  18:2 31:9 35:1
  41:22
issue 6:13

J

J 2:18
James 2:10 5:12
Janina 49:23 50:4
  50:8
January 33:21
  56:18 68:15
Jaroslaw 1:5 5:5
  6:16
Jeanne 1:24 70:6
  70:21
Jerry 1:19 4:4
  5:18,19 8:1
job 10:2,20 11:19
  13:21 14:5,15
  15:4,5,25 16:7
  16:12 55:22 56:1
  56:4,10,14,17
  57:13
jobs 10:14 12:16
John 68:19
John's 38:12 48:25
JUDGE 1:10
July 18:2 19:13,15
  19:18 20:2
June 51:20

Jaroslaw Vaskovsky
12/28/2011

**K**

Kamila 3:7 51:4,7
  65:12,13 66:2,14
  68:19
keep 62:20,22 63:1
  65:18 67:22,24
  68:1,1
keyboard 61:1,4
killer 30:8
killers 28:20,21
  29:18 54:17,18
kills 17:19
kind 6:6 8:7,12
  10:10 14:17
  15:12,16 18:21
  18:22 19:11,22
  19:25 26:6 30:16
  35:2 37:1 39:13
  39:13,25 51:11
  51:24 53:5 55:12
  55:13 57:16
kinds 13:23 14:15
  14:16 34:21
KLC 13:15,19 14:5
  14:23
Klein 44:5
knee 46:10
know 7:14,15 15:8
  16:10 21:18
  23:12,17 24:14
  25:18,23 27:19
  30:18 32:8,18
  34:5,14,18 36:3
  40:18,19,23 41:7
  41:14,20 42:8,8
  42:10 44:7,10,14
  44:17 45:11
  46:20 47:18
  48:14 54:5,8,10
  54:12,18 55:16
  56:14,15 62:10
  63:10 64:13 66:9
  66:15 67:1 68:9
knows 39:21

**L**

lady 13:1 23:11
  51:6
Lake 63:11
language 29:24
Laren 43:15,15
  44:2
large 9:20
laundry 57:3,6
lawsuit 5:24 6:2
  20:5
lawyer 31:1 68:4

lay 48:9 58:13,15
laying 58:11
leave 14:5 15:4
leaving 27:18,20
ledger 68:1
Lee 2:4 5:10
left 18:13 21:23
  21:24 22:15,16
  22:17,17,18
  27:16 31:24,25
  32:2 34:23 35:23
  36:8 38:3,4,4,15
  38:18,25 39:7,10
  44:24,25 46:6
  52:21,23 53:4
  54:20 58:23 59:2
  59:3,5,10,11,12
  59:22 61:13
leg 46:7,8,9,11,11
  46:15 51:25 52:1
legs 46:8
Lerner 43:15,15
  44:2 48:18
letters 61:1
Let's 36:4 53:15
  68:25
level 58:19
license 13:11
lift 38:5,15 58:16
  58:18,23
lifting 13:21
  14:13,15,16
  15:14,16,21
  58:20,20,21
light 18:11 21:24
limit 45:7 54:22
limitations 52:13
limited 16:11
limits 16:10
line 21:22
list 48:9,10
listed 48:11
little 9:13 15:3
live 7:23,25 8:2
  12:18,21,23
  50:20 51:8,10
lived 8:19
living 12:19 50:21
  50:22 51:4 56:1
LLP 2:19
load 16:17
local 55:22 56:7
located 63:10
locations 34:7
long 8:14 9:25
  10:4,12 11:20
  12:11 13:16

14:12,25 15:13
  16:21 20:21
  26:20 27:16
  33:19 37:20 56:8
  57:24 59:16
  64:11 65:15
long-handled 52:8
look 26:11
lost 22:1
lot 24:16,18,24
  25:15 53:9
lots 13:25 17:20
  20:19,20
lower 31:23 36:8
  46:6
Lozinski 34:10,13
Lucia 66:18,20
lungs 32:23
L-O-Z-I-N-S-K-I
  34:12

**M**

machine 36:25
machinery 10:19
machines 9:20,21
  9:23 10:7,20
  36:21 37:2,4
  40:5 43:1
Mack 42:11
Macomb 38:12 48:25
  68:20 70:5,23
MAGISTRATE 1:10
Magnetic 32:13
man 13:5
Maple 22:9
Margaret 12:25
  51:2,8 57:8
  62:13,20 63:3,8
  64:7 66:1,14
Marine 11:4,5
Mariusz 50:7
mark 1:9 6:20 8:22
marked 9:3 62:25
market 22:11
married 13:4,5
Mary 1:24 70:6,21
massage 34:22 59:7
  59:9
massages 34:21
  35:25
MATT 3:10
matter 6:19
Maximum 15:18
Mazda 19:12 20:1
McKINLEY 3:10
meal 56:1
meals 55:10,12,14

mean 25:1 31:10
  53:14
mechanic 9:17,18
medical 5:25 6:3,7
  6:13 44:7
medicals 44:8
medication 21:10
  30:13,18 45:6
  53:13 54:8,14
medications 30:3
  53:17,19,25
  54:16
medicine 30:6
  45:21,23 54:4
medicines 45:22,24
member 14:3,18
  15:19
mention 52:8
mentioned 42:13
  49:4 52:11
Merriman 43:17
  44:2
Michael 49:11
Michigan 1:2,21
  2:6,14 5:1,6
  6:20 16:19 18:6
  42:12 43:18 44:2
  44:5 70:3,23
migraine 28:25
Mile 12:20,20 22:5
  31:6 32:15 33:5
  34:3 63:11
mileage 5:25 6:3,7
  6:13
minimum 54:22
minutes 59:17
missed 49:2
moment 24:4,10
  68:25
Monday 64:2
money 11:25 14:6
  61:17 67:5
month 10:6,22
  16:24 38:21,21
  40:8,12,13,14
  41:4
months 10:6,22
  13:18 22:22
  37:21 38:2,5,23
  50:12,19 51:23
motor 20:16 21:8
mouse 61:5,8
mouth 55:2
move 23:23 25:1
  38:3,25 39:7,10
  40:3 58:7
movement 49:17

Jaroslaw Vaskovsky
12/28/2011

52:12,12
movements 42:25
moves 36:14
moving 37:5,14
  42:25 46:4
MRI 38:14 39:5,5
  44:15 49:18
muscle 54:23
muscles 36:15 54:4
MUTUAL 1:11

_____

**N**

naked 51:18
name 4:15 7:22,24
  8:1,8,8,10,12,13
  8:23 9:2 10:24
  11:3 12:5,6 15:8
  15:10 29:6,12
  30:20,22,23,24
  32:18 34:5,7,9
  34:18,19 36:2
  43:9,11,13,16
  54:8,18 66:18
  67:3
names 41:12,18
  45:23
narco 30:16
narcotic 45:11
naturalized 8:11
nature 6:6 36:21
nausea 28:2
nauseous 27:25
neck 31:22 32:2,4
  32:9,9 35:16,18
  37:1 40:2 46:25
  47:1
need 7:10 27:6
  44:22,23 51:3,11
  51:21,24 52:2,20
  59:18,20 60:21
needed 27:4 50:12
  57:2
needles 43:3
needs 60:18
nerves 32:5,8 42:3
neurologist 41:17
  41:24 42:5,11
never 30:19 52:7
  68:8
new 19:9 29:3,15
  48:21
Nineteen 32:15
  33:5
nineties 11:23
noises 28:14
normal 50:17 51:12
normally 57:4

_____

**O**

Oak 2:14
Oakland 64:20,21
oath 5:21
objection 6:10
observed 23:2,16
occurred 68:21
office 16:18 31:6
offices 14:9
okay 23:2,25 35:10
  42:15 49:5,9,10
  53:13 62:10,12
old 22:22 56:16
older 13:2
once 13:8
ones 54:3
open 55:2,4
opening 55:3
opens 55:6
operate 10:12
operating 11:10
opinion 41:11 43:8
  49:14,18 59:22
  66:25 67:1
opportunity 69:7
Orchard 63:11
order 40:4
outset 6:5
outstanding 44:7
owe 62:13

_____

**P**

packs 36:16,20
Page 1:16 4:3
paid 12:17 16:23
  17:9 40:12 62:8
  67:5,9,11,21
pain 17:19,22
  20:20 28:1,2,20
  28:21 29:18 30:8
  30:9,10,11,13
  31:20,21 34:24
  35:4,5,10,14,16
  35:17,18,21 38:3

38:24 42:3 45:2
  45:3,22,24 46:4
  46:7 47:7 53:9
  54:17,18
palm 35:7
pants 52:20
paper 47:15 60:11
  63:21 68:3,3,4
park 2:14 16:4
parking 24:16,18
  24:24 25:2,15
part 16:12 18:12
  22:14 34:22 35:1
  36:7 46:5,6,21
  48:11,24 49:25
  50:5,9 59:9
  61:14,15
particular 13:12
  21:4 35:1
parts 16:3 56:6
party 70:16
passenger 19:20
Pavel 50:3
pay 17:1 19:1,5
  40:14,21 61:17
  61:20 62:5 67:11
  67:12
paying 40:13 62:7
  67:14,16,16,20
payment 16:25
payments 67:22,24
payroll 56:21
pending 6:19
people 12:16 25:23
  38:14 39:20
perfect 33:9
performed 32:19
  39:5,12 47:21
  66:3
period 12:13,15,18
  38:17 55:23 60:7
periods 60:8
person 39:21
personal 62:6,14
  65:20
persons 37:11
pertaining 6:6
PETER 3:4 5:14
petition 4:15 8:23
  9:2
phone 23:10,11,13
  25:21 26:6,8
physical 29:20
  33:18,19,20,24
  34:2,9,13,15,16
  34:17,20 36:1
  39:6,9,9,11,17

39:22 47:12,14
  47:15,16,20,21
  47:21,22 52:3,12
  57:22 59:4
physically 40:3
  58:8
physician 34:13
piece 68:3,4
Pierogis 55:18
pill 54:14
pills 17:19 30:16
  54:22,24
place 6:18 16:4
  34:16 68:22 70:9
places 68:23
plaintiff 1:6 2:8
  5:11 48:10
plaintiff's 48:8
planning 19:2 22:8
play 49:25 50:5,9
plaza 39:19
please 5:9 6:25
  9:12 12:5 13:14
  16:18 18:18
  19:25 20:7 45:14
  50:24 51:1
plumber 11:20,22
  12:1
plumbing 11:18,19
pocket 40:22
point 24:24 52:24
  58:21
Pointe 42:12
pointing 31:24
Poland 9:8 10:2,8
  11:24
police 26:25 27:2
Policherla 42:8,14
  42:16,18 48:12
Polinegra 42:13
Polish 5:16,16 7:6
  8:12 22:11 29:12
  29:24 30:24,25
  39:19,21 55:15
Polish-speaking
  39:20
political 11:24
pork 55:19,19
port 8:16
portion 45:15
possible 58:10
pounds 14:17 15:18
power 36:12,12
practically 10:13
  20:23 22:18
  33:20 56:13
  64:16

_____

Jaroslaw Vaskovsky
12/28/2011

prepare 55:17
preparing 56:1
prescribe 51:14
  61:15
prescribed 29:18
  29:20 30:3,7
  46:16 47:16
prescription 29:19
  47:19,22
prescriptions
  47:12
PRESENT 3:2
presently 54:18
  55:9
pressing 40:1
previously 23:1
price 62:5
prices 62:8
prior 10:7 11:10
  11:13
problem 53:19 55:3
  59:5
problems 28:3,6
  31:25 32:3 53:13
  53:15,17,21,23
produce 14:1
projects 12:16
promise 61:17,20
pronounce 8:12
provided 15:21
  17:9 39:17
Public 70:7,22
pulling 37:1 40:1
pursuant 6:17
pursue 9:15
pushed 22:2
pushing 32:5 42:3
  58:10
put 5:23 36:25
  37:1 45:4 49:2
  52:21 55:2 61:1
P.C 2:11
p.m 1:22 5:3,7
  48:2,5 69:3,6,11
  69:12
P27127 2:10
P31967 2:4

**Q**

question 7:6,9,14
  7:18 28:5 30:24
  43:23 64:13
questioning 6:6
questions 30:17
  42:22,24 48:8
  69:8,9 70:11
quickly 26:23

**R**

radiates 35:14
radiologist 44:14
  44:15
raise 52:21,23
  58:9
read 33:8,13 60:11
  60:13 66:10,13
  66:15
realized 39:12
really 47:7,7
rear 18:13,13
  22:16
reason 31:18
recall 27:10
receive 59:7
received 8:4
Recess 48:3 69:4
recognize 43:9,11
  43:13 53:20
  66:18 67:3
Recognizing 6:9
recommend 39:22
recommendations
  52:3 59:5
record 5:4,23 6:15
  7:22 48:1,4,6,7
  49:3 69:1,2,5,8
recorded 70:12
red 18:11
reduced 70:13
referrals 42:6
referred 6:11
  39:18
reflect 6:15 48:6
refrigerator 63:21
regarding 45:19
  48:8 59:5
register 12:7
regular 60:4 63:3
  64:9
regularly 53:25
  54:4,6,14,16,24
Rehab 34:6 39:15
  39:19,21,25 40:7
  40:16 47:19
Rehabilitation
  43:11
reinterpreted 7:11
related 70:15
relaxer 54:23
release 54:4 58:8
releasing 58:6,11
  58:12
relieve 30:9 45:24
remember 10:5
  13:17 19:22

21:20 23:7 24:1
  24:3,8,8,10,11
  24:14,22 25:13
  25:14,15,17,19
  25:21,23 26:7,13
  26:19,22 27:3,4
  27:8,14,18,20,21
  27:22 28:17
  29:19,20 32:19
  41:12,18 43:14
  43:16 44:1,3,4
  44:18 45:23
  49:11,15 54:9
  64:25 66:23
  67:10 68:20,23
remembered 26:11
  68:19
remembering 24:15
  24:17 25:5,11
remind 49:7
repair 19:2,7
repaired 31:9,12
  31:14
repairs 19:1
rephrase 7:11
replaced 32:4
reporter 5:9 9:3
  70:6
Reporters 3:11
require 13:21
required 14:13
  16:12
requirements 15:14
resonance 32:13
respond 7:6
rest 57:20 65:23
restroom 37:14
result 20:24 21:1
returned 27:24
review 66:5
ribs 32:23
right 7:12,16 15:2
  18:13,13 19:19
  20:23 22:2,25
  23:19,19,23,24
  26:12 28:13,13
  31:16 39:1,7
  44:23 52:10,13
  54:20 56:20
  57:12 58:13,19
  59:1,14 60:22
  61:2,12 67:10,15
  68:12
right-handed 52:15
ringing 28:14
Road 2:12 12:20
  22:8,9 31:6 33:5

43:17 44:2,5
room 30:1 38:10,11
  57:18
rotator 35:18 42:4
round 54:13
rounds 17:8
ROY 2:4
rubber 38:20 58:11
run 39:20 42:18
running 24:21
runs 34:15

**S**

sauerkraut 55:18
saw 31:1 41:2 66:9
saying 35:17 40:23
  49:8
scale 45:25
scan 32:19,20 33:1
  33:6,11
scene 23:8 25:20
  27:9,11,13,16,18
  27:20
schedule 54:1,3
  60:6 63:5 64:9
scheduled 68:12
Schoenherr 12:20
  12:24 32:15 44:5
school 9:10,11,12
  9:13,13,14 11:21
  60:5 63:6 64:17
  64:19,21 65:2
Scotland 11:2,3
seat 24:18 25:5,8
  25:10
second 41:11 43:8
  49:14 66:25 67:1
  69:1
see 24:5 31:1,3
  32:8 40:25 42:6
  48:16,17,17,21
  49:13 56:16 66:1
  66:22,24 68:14
seeing 49:11
seeking 49:14
seen 22:15 24:6
  48:14 49:20
seldomly 60:3
Semi 14:12,12
  15:13
send 65:12
sent 29:18 33:5
  39:5,6 41:11,15
  41:16,17 43:24
  43:25 44:12,18
  47:14 49:18 66:2
  66:25

Jaroslaw Vaskovsky
12/28/2011

sentence 56:8
Service 11:4,6
services 7:2 66:2
set 6:16 70:9
seven 13:17
severe 35:4,5
Sewick 43:9 48:13
shape 53:23 54:12
ship 10:21
shirt 52:20
shock 25:13,23,25
   26:4 27:15
shop 22:3 23:11,13
   24:1,2,16,19,25
   25:16 26:6,16
   63:9
short 59:25 60:1,7
shorter 15:3 56:10
Shorthand 70:6
shoulder 31:22,25
   32:25 33:2,17
   35:10,12,14,17
   35:18 43:3 58:19
show 58:23
showed 32:20 33:1
   33:12 39:9
shower 37:22,23,24
   37:25 38:1 50:17
   50:18 51:3,11,13
   51:15,17,20,22
   52:4,7
showering 50:13
   51:25 56:25
shows 63:22
shut 24:21
side 21:25 22:2,18
   26:23 31:25 32:2
   34:23 36:8 38:3
   44:23 59:10,11
   59:12
signed 66:1
simply 6:4 68:23
sir 7:22 8:7
Sit 37:11
sitting 16:7 19:20
   24:17 47:6 51:6
   53:10
six 13:17 19:12
   20:1 37:21 38:2
   38:5,23 50:12,19
   51:22
six-month 38:17
size 14:11
slide 16:8
slides 36:25
slow 61:11
small 12:16,16

38:20
smaller 45:25
smart 65:8
soap 51:12
soaping 51:25
somebody 17:22
   21:6 23:12 25:1
   34:16
son 50:4,8
soon 56:18
sorry 11:12 12:22
   12:23 15:1 20:25
   22:6 23:21 43:21
   44:16 51:4 58:2
   61:25 62:3
sort 9:19 15:23
sound 8:13
sounds 30:24
south 21:25
SOUTHERN 1:3
speak 27:2 29:12
   30:25 33:8
Special 11:4,5
specialties 41:14
specific 10:20
specifically 21:5
Spectrum 43:11
spell 21:17 29:6
   34:11
spend 65:22
spends 63:4
spine 40:2 53:12
sponges 52:8
square 65:25
squat 53:7
squeezing 38:18
SS 70:4
St 38:12 48:25
   68:19
stand 37:12
standing 21:22
   23:25 26:15
start 25:19 28:12
   53:15 58:6
started 13:11
   28:18 39:11 56:5
state 1:11 5:13
   6:5 7:22 18:19
   18:20 19:1,5
   66:2,11 70:3,7
statement 5:23 6:7
   33:4
States 1:1 6:19
   8:14,16,20 9:23
   12:2,9
status 12:9,11
   13:3,5,6

stay 27:16 65:3
stayed 56:7
staying 59:25
steady 59:1
steering 16:8
stenographic 70:15
stenographically
   70:13
Sterling 8:3 12:19
stick 43:3
stiff 35:20 46:20
   47:1,5
stipulate 48:9
stomach 45:8,10
stop 7:10 10:2,4
   11:22 40:9 49:9
stopped 40:13,14
   62:7
store 10:9,10,11
   10:12,18 11:8,10
   11:16
stores 12:1
straight 53:12
   58:18
Strawn 2:19
street 22:7
strength 37:2
strike 23:15 24:5
   24:13 45:14
strong 17:19
struck 18:12,25
   21:6,24 22:1,1
   22:14,16 23:15
   23:23
studies 57:13
study 65:5
stuff 46:21 61:22
subcontractor 17:2
   56:22
subject 6:1,10
submitted 66:10
sued 44:11
suffer 19:15
suggestion 66:8
Suite 2:13
supervised 59:18
   59:20
support 12:15 59:3
sure 29:21 49:20
   63:12
survived 12:17
swallow 55:2
swallowing 53:14
   53:15
swear 5:1,10
sweater 52:20
switch 16:15

sworn 5:15,20
   70:10

                T

take 17:19 21:10
   28:21 30:3,7,8
   30:10,11,13,18
   32:12 37:22,24
   38:1 45:3,6
   47:24 50:1,17
   51:15,22 53:25
   54:3,4,6,14,16
   54:21,24 55:1,1
   59:16 65:23
   68:22
taken 1:20 5:6
   6:18 45:22 68:18
   70:8,15
takes 37:25
talk 36:4
talked 50:11 62:11
talking 20:2 68:20
tangentially 6:11
taxes 16:25 17:1
technical 9:11,12
   9:13,14,17,18
Technician 3:12
   5:4 48:1,4 69:2
   69:5,10
telephone 30:23
tell 7:10,15,23
   11:10 21:18 27:9
   32:20,22 33:11
   38:8,10,14 41:19
   41:24 42:1 45:11
   45:16,19 47:13
   49:9,16 55:16
   62:9 64:8 65:10
   65:19
telling 33:10
Temrowski 2:4 5:10
   5:10,22 8:4,24
   8:25 11:14 47:24
   48:7,16,19 49:2
   49:4 68:7 69:9
ten 65:17
test 39:12,12
tested 32:8 42:19
   42:21
testified 5:20
testify 70:10
testimony 5:17
tests 32:12 39:5
   41:20 42:18,20
   49:1
thank 7:9 18:14
   29:9 46:23 49:25



HANSON RENAISSANCE   hansonreporting.com
COURT REPORTERS & VIDEO    313-567-8100

Jaroslaw Vaskovsky
12/28/2011

51:8 58:2,3
62:13
therapist 34:9,13
34:15,16,17 39:9
39:10 52:3
therapy 29:20
33:18,19,21,24
34:2,20 36:1
39:6,11,17,23
47:13,14,15,16
47:20,21,22,23
57:22 59:4
thing 9:20 15:23
25:17 56:9
things 13:23,25
24:15 25:24,24
38:19 50:11 57:2
57:4,16 59:15,21
think 19:17 28:22
47:16 63:11
third 21:22
THOMAS 2:18
thousand 65:25
three 10:1,7,21
12:12 13:4 33:21
33:24 39:19
48:12 55:24
56:13 65:16
three-year 12:13
12:18
thumb 35:6 38:18
Thursday 5:2
till 30:7
time 5:7 6:10,18
10:14,19 11:23
12:7,13,15,18
18:7,14 20:16
22:7,10 25:8
27:23,23 28:1,2
28:3,4,9,10,15
29:16 31:3,7
38:17 40:7 41:2
44:18 45:21,21
50:17,18,19
52:21 55:4,23
59:25 60:1,5,7
62:20 65:18,23
67:19 69:11 70:9
times 33:21,24
35:3,3 57:25
58:1,3 59:15
tires 16:9
today 5:6 8:4 13:1
19:17 30:7,13
51:6 63:23
told 21:14,16,17
25:1 27:17 32:6

33:1,3,16 39:9
41:25 42:2 45:9
47:8 56:19 62:8
62:9
top 53:2
totaled 19:4
totally 22:2
touch 52:25 53:2
tourist 12:10,11
13:3
tow 23:6
towed 23:4
track 62:20,22
65:18 67:22,24
68:1
trailer 16:5,5,6,9
16:15,16,16
trailers 14:12
15:13
training 9:19
transcript 70:14
transcription
70:13
translate 5:16 7:7
transportation
5:25 6:4,7,11
15:7
transported 15:7
transporting 13:20
13:23 16:2 56:6
treat 29:15 30:19
44:1
treated 30:20
treating 41:10
44:4
treatment 39:13
41:21
tries 65:3,4
trip 56:11
trouble 46:1,3
truck 13:11 15:25
16:13 23:6
trucks 9:19 13:12
14:12,12 15:13
true 70:14
trust 66:7
truth 70:10,11
truthfully 7:20
try 20:20 49:1
54:22 59:8,14
61:14
trying 57:12
Tuesday 64:25
Turbo 14:8,11,13
14:18,21,25
turn 21:23 22:9
60:23

turned 21:24
two 10:6 28:17
33:25 36:5 54:22
56:10,12 64:23
64:24 65:25
type 13:19 51:3
56:22 61:13

---

**U**

ultrasound 36:5,7
36:9,20
ultrasounds 36:3
unable 37:20
unclear 7:10
understand 7:5,5
7:11 10:17 23:1
28:5 49:8 67:10
understood 7:19
underwear 51:19
union 14:3,18
15:19
United 1:1 6:19
8:14,16,20 9:23
12:2,9
University 64:20
64:22
unload 15:25 16:12
16:17
upper 33:2,15,17
36:8
upsets 45:9
upside 36:25
use 7:2 23:13 26:6
36:16,18,24
38:17 39:4 43:1
46:19 52:4,11,12
59:1
Utica 1:21 2:6 5:1
5:6

---

**V**

Van 1:20 2:5,11
31:6
varies 63:21
varieties 13:25
14:16
variety 49:1
Vaskovsky 1:19 4:4
5:18,19 8:1
vegetables 14:2
vehicle 14:11
15:12 18:12 19:5
19:7,9,11,22,25
20:16 21:8 22:14
22:14,21,22,24
23:4,15,18,22,22
23:24,25 24:5,5

24:6,6,18,21,23
25:1 31:9,10,12
31:12,15
Vicodin 30:8 45:3
45:7,9,11,12,17
45:20 54:20,23
Video 3:12 5:4
48:1,4 69:2,5,10
videotaped 5:5
visa 13:3
vision 28:3,6,7
visit 29:16 36:18
40:19
visiting 68:22
vocation 9:15
vocational 9:14,15
9:16
vomit 27:24
vs 1:7

---

**W**

Wacker 2:20
wait 26:20
waiting 21:22,23
walk 26:18
walker 46:17
walking 46:1,3
want 5:23 6:5 7:15
7:16 21:17 29:6
30:17 43:23 45:7
47:24 49:7,9
56:9 62:10
wanted 6:8 23:12
30:16 47:13 66:9
68:9
Warren 44:5
wash 52:1,7,9
WASKOWSKA 3:7 58:1
61:24 62:1 65:10
Waskowski 1:5 5:5
6:12,17,23 48:13
48:22,25 49:7
wasn't 11:1 23:2
watching 58:14
water 51:12
way 35:21 39:15,16
51:21 65:18
66:15,17
wear 44:23 47:1,5
51:17
wearing 25:5,8
Wednesday 1:23
week 33:21,24
55:25 57:25 60:4
63:13,14,15,16
63:19,20 64:21
64:23

Jaroslaw Vaskovsky
12/28/2011

Page 80

weight 16:10
weights 14:15
  15:16
welcome 29:10
  46:24
went 14:6 21:24
  22:17 23:18
  25:13 26:16 29:3
  29:16,23 62:7
  68:19
west 2:20 22:9
Westland 43:17
  44:2
we'll 7:10 49:1
we're 19:17 20:2
  48:1,4 69:2,10
whatsoever 6:6
wheel 16:8 22:18
  22:18
wheelchair 46:19
wheels 16:9,9,9
White 54:11
Wietrzykowski 29:6
wife 10:15 49:24
  49:24
Winston 2:19
withhold 16:25
witness 3:8 4:3
  5:9 48:9,10,12
  48:20,23 70:10
  70:12
witnesses 48:11
woman 13:4
Woods 42:12
Woodward 63:11
word 45:13
work 9:25 11:11,17
  11:20 12:3,13
  13:8,10,11,12,16
  14:25 15:6 16:21
  17:23 18:8 31:17
  45:24 55:24 56:5
  56:11,12,13,13
  56:20,21,22 60:5
  63:6,8,13,16,20
  63:25 64:2,9
  65:2,3,4
worked 9:22 10:22
  10:24 11:5 14:21
  14:23
workers 17:15
working 9:23 10:2
  10:4,7,18,18,21
  10:21 11:8,13,18
  11:22 12:4 17:1
  17:12 18:7 26:22
  55:21,23 57:6

63:23 65:5
works 63:22 64:4
wouldn't 66:9
write 47:12,15,19
  61:10,11,11 64:7
writing 26:13
  49:18,20 61:9
written 26:8 33:4
  62:24
wrote 33:8
Wyoming 16:19,20
  18:6
W-I-E-T-R-Z-Y-...
  29:8

### X

x-ray 29:19

### Y

Yang 48:21
yeah 38:20 41:25
  45:25 46:25
year 15:1 20:11
  29:3 66:23
years 8:15,19 10:1
  10:7 12:12 13:4
  28:17 33:25 36:5
  45:12
Year's 29:15
yellow 21:24
yesterday 63:25
young 13:1 51:6

### Z

Zamorano 66:18,20
  66:22,24
Zuczek 49:23,25
  50:3,4,7

### $

$1,300.00 44:19
$1,400.00 44:19
$15.00 61:22 62:5
$20.00 61:23,24
  62:1,2,3
$3,200.00 16:24
  17:7

### 0

09 19:13,15,18

### 1

1 1:16 4:14 8:23
  9:1
1-CV-13036 1:8
1:10 1:22 5:3

1:10:50 5:7
12 8:8,11
14 48:21
15 59:17
1963 9:6
1990 10:13 11:16
  11:21

### 2

2:56:35 48:2
2009 18:2 19:23
  20:2,12,14,21
  21:21 51:4,8
  55:10 56:5
2010 7:1,3 17:24
  33:21 51:20
2011 1:23 5:2,6
  8:8
2013 70:24
23 20:21 21:21
248 2:15
254-5666 2:7
25900 2:12
26 48:23
2614 8:3
27 70:24
28 1:23 5:2,6
2940 1:24

### 3

3:08:22 48:5
3:55:50 69:3
3:57 69:12
3:57:05 69:6
3:57:15 69:11
30 14:16 15:18
312 2:22
32 63:15
326 2:13
33 2:20

### 4

40 14:17 15:18
45-degree 53:11
45109 1:20 2:5
48237 2:14
48317 2:6

### 5

53 14:12 15:13
558-5983 2:22
586 2:7

### 6

6 4:6
60601 2:21

### 7

70 1:16

### 9

9 4:14
968-5200 2:15

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313-567-8100