UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAROSLAW WASKOWSKI,

      Plaintiff(s),

                                 Case No. 11-CV-13036

v.

                                 Hon. Sean F. Cox

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant(s).

_____/

## NOTICE OF FILING DEPOSITION(S)
## WITH THE CLERK OF COURT (RULE 26.2)

    This deposition is submitted for filing with the Court in compliance with Local Rule 26.2

for the following reason:

    _____ This deposition is filed in support of a motion, a copy of which is attached.

    _____ This deposition will be used at a trial or hearing before the Court.

    \_\_\_X\_\_\_ This deposition is being filed upon order of this Court.

                                             Attorney's Signature

Name(s) of Deponent(s):

    Dr. Douglas Quint