Douglas Quint, M.D.
11/13/2012

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAROSLAW WASKOWSKI,

      Plaintiff,

   -v-                   Case No. 11-CV-13036

                             Hon. Mark A. Goldsmith

STATE FARM MUTUAL AUTOMOBILE

INSURANCE COMPANY,

      Defendant.

_____/

PAGE 1 TO 41

      The deposition of DOUGLAS J. QUINT, M.D.,

Taken at 623 West Huron Street,

Ann Arbor, Michigan,

Commencing at 5:09 p.m.,

Tuesday, November 13, 2012,

Before Cheryl McDowell, CSR-2662, RPR.



Douglas Quint, M.D.
11/13/2012

Page 2

1    APPEARANCES:

2    MR. LEE ROY H. TEMROWSKI - P31967

3    Temrowski & Temrowski

4    45109 Van Dyke Avenue

5    Utica, Michigan  48317

6    (586) 254-5566

7        Appearing on behalf of the Plaintiff.

8

9    MR. JAMES F. HEWSON - P27127

10   MS. DIANE L. HEWSON - P44628

11   MR. MICHAEL C. BAKOTICH - P75521

12   Hewson & Van Hellemont, P.C.

13   25900 Greenfield, Suite 326

14   Oak Park, Michigan  48237

15   (248) 968-5200

16       Appearing on behalf of the Defendant.

17

18   ALSO PRESENT:  MR. MARC MYERS, VIDEO TECHNICIAN

19

20

21

22

23

24

25



Douglas Quint, M.D.
11/13/2012

Page 3

1               TABLE OF CONTENTS

2    Witness                              Page

3    DOUGLAS J. QUINT, M.D.

4

5    EXAMINATION BY MR. HEWSON:              4

6    EXAMINATION BY MR. TEMROWSKI:          33

7    REEXAMINATION BY MR. HEWSON:           38

8

9    Exhibit                              Page

10   DEPOSITION EXHIBIT NO. 1             35

11     Curriculum Vitae

12   DEPOSITION EXHIBIT NO. 2             35

13     Bone Scan dated January 25, 2010

14   DEPOSITION EXHIBIT NO. 3             35

15    MRI of the Cervical Spine

16   DEPOSITION EXHIBIT NO. 4             35

17    MRI of the Lumbar Spine

18   DEPOSITION EXHIBIT NO. 5             35

19    MRI of the Cervical Spine without Contrast

20   DEPOSITION EXHIBIT NO. 6             35

21    MRI of the Lumbar Spine without Contrast

22

23           (Exhibits attached to transcript.)

24

25


HANSON RENAISSANCE   hansonreporting.com
COURT REPORTERS & VIDEO   313-567-8100

Douglas Quint, M.D.
11/13/2012

Page 4

1    Ann Arbor, Michigan

2    Tuesday, November 13, 2012

3    About 5:09 p.m.

4              THE VIDEO TECHNICIAN:  We are now on the

5    record.  This is the videotaped deposition of Doctor

6    Douglas Quint being taken in Ann Arbor, Michigan.

7    Today is Tuesday, November 13th, 2012.  The time is

8    now 5:09 p.m.

9              And at this time will the attorneys please

10   state their appearances for the record and can the

11   court reporter please swear in the doctor.

12             MR. TEMROWSKI:  Lee Temrowski appearing on

13   behalf of the plaintiff, Mr. Waskowski.

14             MR. HEWSON:  James Hewson appearing on

15   behalf of State Farm.

16                          - - -

17             DOUGLAS J. QUINT, M.D.,

18   having first been duly sworn, was examined and testified

19   on his oath as follows:

20             MR. HEWSON:  The record should reflect that

21   this is the day and date set for the taking of the

22   de bene esse deposition of Doctor Douglas Quint

23   pursuant to notice and pursuant to the Federal Rules

24   of Civil Procedure for all purposes set forth

25   thereunder.



…

Douglas Quint, M.D.
11/13/2012

1           The deposition is taken specifically in

2     lieu of Doctor Quint's live appearance at the time of

3     trial of this matter.

4  EXAMINATION BY MR. HEWSON:

5  Q.   Good afternoon, sir.

6  A.   Hi.

7  Q.   For the record and for the jury, would you identify

8       yourself and give us your professional address.

9  A.   I am Douglas Quint, Q-U-I-N-T, and I work at the

10      University of Michigan Medical Center in Ann Arbor,

11      Michigan.

12 Q.   And what do you do there?

13 A.   I am a neuroradiologist.

14 Q.   What is a neuroradiologist?

15 A.   A neuroradiologist fits into the general category of

16      radiology, of imaging.  As a neuroradiologist, though,

17      I only do brain and spine imaging.  I do not review

18      chest x-rays, knee x-rays, ultrasounds in pregnant

19      ladies.  I only do brain and spine imaging.

20 Q.   And when you say imaging, what kinds of tests does

21      that include?

22 A.   That includes, there's lots of different ways one can

23      image the spine, the brain, the head, the central

24      nervous system.  One can use x-rays, one can use CAT

25      scans, one can use MRI scans.



Douglas Quint, M.D.
11/13/2012

Page 6

1          One can do procedures.  You can put

2     catheters inside people and do angiograms of the

3     brain.  One can put needles in the spine and do what

4     are called myelograms of the spine.

5          I also do biopsies of discs, I do biopsies

6     of the spine, I'll do biopsies of abnormalities deep

7     in the face or deep in the neck, also.  But I'm

8     limited to head, brain, spine, and their contents.

9  Q.   And, sir, do you hold any positions at the University

10     of Michigan Medical School?

11  A.   I am a tenured professor of neuroradiology and

12     magnetic resonance imaging.

13  Q.   And what does it mean to be a tenured professor?

14  A.   Well, it means that I've done a bunch of academic

15     things over the years including writing papers and

16     doing presentations all over the region, the country,

17     and I do a lot of teaching.  I've been at the

18     University for the past twenty-five years.

19  Q.   Are you board certified in your specialty?

20  A.   I am.

21  Q.   How long have you been board certified as a

22     neuroradiologist?

23  A.   I've been, well, I've been board certified as a

24     radiologist since I completed training in 1986.

25          In my subspecialty field, neuroradiology,



Douglas Quint, M.D.
11/13/2012

1  they don't call it a board certification. They call

2  it a subspecialty certification, a certificate of

3  added qualification, which after two years of

4  additional training in neuroradiology, I got in 1988.

5     And I have, even though I'm grandfathered

6  in, I have recertified and done what's called a

7  maintenance of certification in neuroradiology both in

8  1995 and 2005, and I will be coming up again in 2015.

9 Q. Okay. You brought with you a copy of your curriculum

10  vitae today, did you not?

11 A. I did.

12 Q. Can you pull that out of your file for me?

13     Do you have a problem if I use this as an

14  exhibit, sir?

15 A. No.

16 Q. Very good. I'm going to mark this as Exhibit 1 and

17  show it to my brother counsel.

18     Is that curriculum vitae up to date as of

19  today's date which is November the 14th, two

20  thousand -- it's not. It's November 13th, thank you,

21  Miss Court Reporter, November 13th, 2012.

22 A. Yes. I believe I printed it out over the -- in the

23  past couple of days.

24 Q. And it includes all your professional accomplishments,

25  publications, and appointments, am I correct?



Douglas Quint, M.D.
11/13/2012

Page 8

1    A.   That is correct.

2    Q.   Do you do neuroradiology for any other hospital

3         besides U of M Hospital?

4    A.   I also do some at the VA Hospital in Ann Arbor, not as

5         much as I used to as we now have dedicated

6         neuroradiologists over there, but I still consult from

7         time to time.

8    Q.   And please forgive me if I've asked this already.

9         What is your position at the hospital, at U of M

10        Hospital?   I know the medical school is your tenured

11        professorship, but --

12   A.   It's really the same thing.   I practice at the

13        hospital.   I do all my work at the University of

14        Michigan Medical Center.

15   Q.   Can you tell me how much of your practice is taken up

16        with doing record reviews in cases such as this?

17   A.   Of all my time, five percent maybe.

18   Q.   And you have reviewed other files for my office that

19        are in litigation, is that correct?

20   A.   I have reviewed other files.   I don't know the status

21        of them with respect to litigation, but, yes, I have

22        reviewed other cases.

23   Q.   Can you tell the jury approximately how many times

24        you've reviewed files?

25   A.   I would guess eight or nine, less than a dozen.



Douglas Quint, M.D.
11/13/2012

Page 9

1   Q.   What were you asked to do in connection with

2       Mr. Waskowski's case?

3   A.   I was asked to review various imaging studies of the

4       brain and spine.  All the imaging studies were

5       obtained between January 4th, 2010 and March 24th,

6       2011 and review them with special attention to whether

7       I could identify anything that would be due to a

8       traumatic event.

9   Q.   Now, did you have a chance to look at films or did you

10      simply look at the reports that were generated by

11      other radiologists?

12   A.   We don't actually have films anymore.

13   Q.   I apologize.

14   A.   Everything's on disc and computers and is electronic,

15      but I have reviewed all the real images on this

16      patient.  I've also reviewed the reports, but I have

17      looked at all the imaging.

18   Q.   And what set of images did you look at first in

19      connection with this case?

20   A.   I started with the January 4th, 2010 plain x-rays, the

21      radiographs of the cervical spine, the neck part of

22      the spine, and of the lower back, the lumbosacral

23      spine.

24   Q.   The word plain in connection with x-rays, what does

25      play x-ray mean?



Douglas Quint, M.D.
11/13/2012

1   A.   Plain x-ray is what people typically think about when

2        you have an x-ray.  That's you think about a chest

3        x-ray, the bones, the ribs you see are nice and white,

4        the lungs are nice and dark, but it's the type of

5        imaging study that's been done for over a hundred

6        years.  It's called a regular x-ray or a plain film or

7        a radiograph.  It's not one of the fancier new

8        techniques like MRI or CAT scanning.

9   Q.   What, if anything, did you find significant in

10       Mr. Waskowski's case upon your review of the plain

11       x-rays?

12  A.   The plain radiographs, the plain x-rays of the neck,

13       the cervical spine, showed some degenerative changes,

14       chronic degenerative changes, things which were

15       probably months, well, probably years old involving

16       the mid cervical spine, mid to lower cervical spine

17       between the fourth and fifth bones in the cervical

18       spine, narrowing the neural foramina.  So degenerative

19       changes narrowing the neural foramina on both sides of

20       the neck bilaterally, a little more on the left than

21       on the right.

22  Q.   Can you tell me, how do you identify them as

23       degenerative changes?

24  A.   There's a certain pattern and a certain location that

25       you expect to see things when you have degenerative



Douglas Quint, M.D.
11/13/2012

Page 11

1   changes.  And, unfortunately, we all get them as we

2   age, and there's typical locations that you get them.

3   Q.   The narrowing -- I'm sorry.  The degenerative changes

4        you identified at C4 and C5, are those in the typical

5        place that you expect them?

6   A.   That's a common place to get them, and it's not at C4

7        and C5.  It's actually between C4 and C5.  So the

8        actual terminology people will use is C for cervical,

9        meaning the neck, C4, slash, 5.

10                So at the C4-5 level, there are

11       degenerative changes, narrowing, neural foramina,

12       holes in the side of the spine where nerves leave the

13       spine.

14  Q.   Were there any other significant findings in the first

15       set of plain x-rays that you reviewed?

16  A.   No.

17  Q.   Were you able to identify any traumatic process in the

18       plain x-rays of the cervical spine?

19  A.   No.  I looked for fractures which would be the most

20       direct evidence that you could have of a traumatic

21       injury, but there's also secondary findings.  If you

22       break a bone or tear a ligament or soft tissue in the

23       neck, in the spine, you're going to get swelling of

24       soft tissues which can last for weeks.

25                And there was no -- none of those findings.




Douglas Quint, M.D.
11/13/2012

1       So there was no indirect evidence for a recent injury

2       to the spine.

3   Q.  Thank you.  What did you look at chronologically after

4       the plain x-rays of January the 4th, 2010?

5   A.  Well, staying on January 4th, I tried to work through

6       these in chronologic order.  January 4th, 2010 there

7       were also plain x-rays of the lower back, of the

8       lumbosacral spine.

9   Q.  And what, if anything, did you find in your review of

10      those x-rays?

11  A.  Not much, that, remember, plain x-rays are not very

12      good for looking at discs or looking at nerves or the

13      spinal cord.  It's really good for looking at bones.

14          Really the only finding that I saw was some

15      narrowing of the distance between the L5, the fifth

16      lumbar vertebra, and the top of the sacrum, that

17      basically where a disc would be, even though we can't

18      see the disc on a regular x-ray, there is some loss of

19      the height of that disc.  So that's indirect evidence

20      for degenerative change at the most common level in

21      the lumbar spine to develop such changes.

22  Q.  What, if any, evidence did you find of trauma in the

23      plain x-rays of the lumbar spine?

24  A.  Again, I didn't see any direct or indirect evidence

25      for a recent traumatic event, no fracture and no soft



Douglas Quint, M.D.
11/13/2012

1    tissue abnormalities, swelling that I might see after

2    a traumatic event.

3   Q.  Did you have any other films?  Or I say films.  Please

4       excuse me.  Any other imaging for January the 4th,

5       2010 that you reviewed?

6   A.  No.

7   Q.  What was the next date of the imaging that you

8       reviewed?

9   A.  On March 18th of 2010, so about three months after the

10      December trauma, there's a cervical spine and neck

11      MRI.

12              Now, an MRI is a much better test for

13      looking for everything except maybe an acute fracture.

14      So we're three months out from the injury, so this is

15      a good test to look for things like herniated discs or

16      to look at other abnormalities like degenerative

17      changes to see if they're pushing on important

18      structures, in particular, the spinal cord or nerves.

19  Q.  And in reviewing the cervical spine MRI of March the

20      18th, 2010, what findings did you I hate to say come

21      up with.  What findings did you determine when you

22      looked at those images?

23  A.  Well, there's multiple findings on the cervical spine

24      MRI, but, again, this is a good test for finding lots

25      of soft tissue changes.



Douglas Quint, M.D.
11/13/2012

1      We saw evidence for degenerative -- I saw

2  evidence for degenerative changes at multiple cervical

3  spinal levels.  Between the third and fourth cervical

4  vertebra there's a disc.  This disc was bulging.

5  There was no focal abnormality of that disc.  Between

6  the C4 and the C5 levels, there was a shallow

7  posterior extension of disc, a little bit pretty much

8  straight backwards but also a little bit off to the

9  right, which did narrow the spinal canal, and I would

10  call mild to moderate narrowing of the spinal canal at

11  the C4-5 level.

12      Also at this level, we saw narrowing of the

13  neural foramina where the nerves go out, and that

14  finding correlates with the degenerative changes we

15  saw on the regular x-rays that we've already talked

16  about, the ones from January 4th.  So these findings,

17  again, are all consistent with chronic degenerative

18  changes.

19      At the C5-6 level, so this is the next

20  level down between the fifth and sixth cervical

21  vertebra, there was another posterior, more central

22  posterior bulging of disc material, again, causing a

23  little bit of narrowing of the spinal canal, some mild

24  central spinal stenosis, but this one's not going off

25  to the sides, so it's not encroaching on the neural

Douglas Quint, M.D.
11/13/2012

1    foramina.  It's not narrowing where the nerves leave

2    the spinal canal.

3              I should mention both at this level between

4    five and six and at the above level, the four and five

5    level, that while there are these disc changes, they

6    do not extend up to the spinal cord which is a

7    critical thing to mention.

8  Q.  Why is that a critical thing to mention?

9  A.  Because if something is pushing on the spinal cord,

10   one risks the -- all sorts of damage occurring over

11   time.  Even if it takes years and years to develop, if

12   you see narrowing of the spinal canal with

13   encroachment on the spinal cord, this may be something

14   somebody needs to do something about.  People are not

15   just treated for acute abnormalities.

16             To finish our journey down the spine, the

17   next level down the spine between C6 and C7, between

18   the sixth and seventh bones of the neck part of the

19   spine, again, we see a bulging disc which does not

20   significantly narrow the spine and does not narrow the

21   neural foramina, the areas where the nerves leave the

22   spinal canal.

23 Q.  What, if any, findings were you able to determine

24   relative to trauma after reviewing those images and

25   the MRI?

Douglas Quint, M.D.
11/13/2012

1   A.   There was no evidence for a fracture of a vertebra,

2        and sometimes after a fracture, you will see the loss

3        of height of the fractured vertebra.  You may even see

4        some lingering edema, some swelling inside the bone.

5        You may see some swelling of the soft tissues right

6        next to the spine, and the MR is exquisitely sensitive

7        to that.

8             Now, admittedly, we're three to four months

9        out from the traumatic event, so you may not have as

10       much soft tissue swelling as you might have seen if

11       the scanning had been done closer to the time of a

12       trauma and there had been traumatic changes.  But I

13       don't see any direct or indirect evidence for trauma

14       occurring in the past three months.

15  Q.   Now, when I was looking at the reports, there was a

16       comment that I had read that indicated there may have

17       been effacement of the ventral subarachnoid space

18       without cord compression.

19             Can you help me translate that?  When we're

20       talking about effacement, what does that mean?

21  A.   Effacement means that something you usually see you

22       don't see anymore, that if something is pushing on

23       something else, you may efface that surface because

24       something is pushing on it.

25             And in the terms of the spine, of the neck



Douglas Quint, M.D.
11/13/2012

Page 17

1     part of the spine, it's interesting anatomy.  What you

2     have is your spinal cord which is a thick structure

3     about a third, third of an inch in diameter, tubular

4     structure, and that sits in a fluid space, sits in a

5     tube of fluid, so there's fluid all the way around it.

6     So you have a spinal cord, you've got fluid around it,

7     and then around that fluid space, you have the bones

8     of the spine to protect that fluid and to protect the

9     spinal cord.

10          What can happen is when a disc bulges, it

11     can push on that fluid space and narrow that fluid

12     space, but as I was saying before, that's okay.

13     Effacement of the fluid space is fine, but you don't

14     want that disc or degenerative change to be pushing on

15     the spinal cord.

16          There's a difference.  You've got fluid

17     which is the shock absorber for the spinal cord

18     surrounding the spinal cord, and it's okay to narrow

19     that fluid.  It is not okay to completely compress it

20     because then you're going to start compressing the

21     spinal cord.

22  Q.  Can you have effacement of the ventral subarachnoid

23     space without cord compression?

24  A.  Yes.

25  Q.  Can you tell me what the ventral subarachnoid space



Douglas Quint, M.D.
11/13/2012

1           would be?

2     A.    Well, you've got this fluid space which surrounds the

3           spinal cord.  Now, since it surrounds the spinal cord,

4           that means some of the fluid is in front of the spinal

5           cord, that another word for in front of is ventral.

6           You've got fluid behind the spinal cord.  We might

7           call that dorsal.  You've got fluid on both sides of

8           the spinal cord.

9                       So if we say there's effacement of the

10          ventral fluid, that just means something has narrowed

11          that fluid space in front the spinal cord, but if

12          you still have fluid on all the other sides, the

13          spinal cord still has plenty of room.  And nobody

14          should be doing anything about a spinal canal where

15          there's still fluid surrounding any part of the spinal

16          cord.

17    Q.    Were there lumbar images from the 18th of March 2010?

18    A.    No.

19    Q.    What was the next set of images that you looked at in

20          connection with this case?

21    A.    The next set of images I looked at were from April

22          15th of 2010, and they were another MRI scan but this

23          time of the lower back, of the lumbosacral spine.

24    Q.    And what, if any, findings did you have relative to

25          those images?



Douglas Quint, M.D.
11/13/2012

Page 19

1    A.    On that study, most of the study is flat-out normal,

2          but at the two levels that most commonly develop

3          degenerative change with time, the lowest part of the

4          lumbar spine, there are degenerative changes.

5                Let me get specific.  Between the fourth

6          and fifth lumbar bones of the spine, the disc at that

7          level demonstrates a bulge which is well within the

8          range of normal actually for somebody in their forties

9          but could also represent chronic degenerative change.

10               At the last level, the disc between the

11         fifth lumbar vertebra and the top of the sacrum, there

12         is a central posterior extension of disc material, two

13         or three millimeters, maybe a tenth of an inch, which

14         extends up to some nerves but does not push them or

15         compress them.  There is no extension of any

16         abnormalities into the neural foramina, the areas

17         where the nerves leave the spinal canal.

18               So the L4-5 level and the L5-S1 level which

19         are the two levels I just described demonstrate

20         degenerative changes which fit for chronic

21         degenerative changes at the most common levels to

22         develop such changes.

23               And we all develop these changes and they

24         actually start in your late teens.  So for somebody to

25         have changes in their forties is not that unexpected.



Douglas Quint, M.D.
11/13/2012

Page 20

1          Again, I could not see any evidence for

2    trauma down there.

3    Q.   And I'm sorry I hadn't asked this earlier.

4         Degenerative means what?  What are we talking about

5         when you say degenerative changes?

6    A.   With time, the discs of your spine which are basically

7         the shock absorbers of the spine, and you've got about

8         thirty of them, start drying out, and they can get

9         little cracks and things in them and they can lose

10        height and they can lose their ability to protect your

11        spine.

12             This is why as people get older, in their

13        sixties, seventies, eighties, they actually look like

14        they're getting shorter which they are because their

15        discs, these nice fluid-filled things, are being

16        compressed with time.  That's degenerative change.

17             As part of a bracing procedure, the bones

18        of the spine near these discs will start to produce

19        new bone to try to add more stability to the spine,

20        and that's the degenerative arthritis that we talk

21        about with respect to the spine, and, again, you see

22        it in the lower neck and you see it in the lower back.

23        These are the most common places to develop it.

24   Q.   What was the next series of images that you had looked

25        at?



Douglas Quint, M.D.
11/13/2012

Page 21

1   A.   The last set of images was a set of five different

2        images obtained on March 24th of 2011.  These included

3        regular x-rays, those plain radiographs, again, of the

4        neck, the cervical spine, and the lower back, the

5        lumbosacral spine.  They also included a repeat

6        cervical spine, neck, and lower back lumbar spine MRI.

7        So those four studies we've already done once, we're

8        doing them again, and then there was a head MRI which

9        was also performed.

10  Q.   Can you tell me, is there any or is there a clinical

11       basis upon which you would recommend repeat MRIs of

12       the same areas that you've already gotten the tests?

13  A.   Well, sometimes depending on symptoms, particularly if

14       they're getting worse, you may want to get another

15       study.

16  Q.   What kind of symptoms would you be looking for as a

17       neuroradiologist to prescribe a second set of MRIs of

18       the same area?

19  A.   Well, as a radiologist, I don't order studies.  I

20       don't examine the patient, I don't take the history

21       from the patient and say, you know, we should get

22       another study.

23            Usually somebody else has made that

24       decision, either the patient's primary care physician

25       or internist, their family practice doctor, or if



Douglas Quint, M.D.
11/13/2012

1    they're seeing a subspecialist, let's say a

2    neurologist or a neurosurgeon or an orthopedic surgeon

3    or a physical medicine doctor might say, you know,

4    things are changing a little bit, maybe we should get

5    repeat imaging.  It's a perfectly reasonable thing to

6    do.

7    Q.  You're looking at if change exists, that would be a

8        reasonable basis upon which to order another set of

9        x-rays?

10   A.  Well, if clinically you think something is changing

11       that that would be a reasonable thing to do.

12   Q.  There were another set of plain x-rays that were done

13       on March 24th of 2011?

14   A.  That's correct.

15   Q.  What kind, if you know, what kind of clinical

16       indication would you have just to run another series

17       of plain x-rays?  Why would you do that, what would

18       you expect to find?

19   A.  Well, sometimes when you have a traumatic event, that

20       can change the dynamics of the spine, and you might

21       cause acceleration of abnormalities.  You might see

22       acceleration of degenerative changes, for example.

23           Again, though, mostly is there a change in

24       the symptoms, does the patient have new arm pain, does

25       the patient have a change in the character of their



Douglas Quint, M.D.
11/13/2012

1    neck pain.  Those would be indications that I will

2    often see on requisitions for repeat examination.

3  Q.  What findings did you make relative to the plain

4    x-rays that were taken in March of 2011?

5  A.  The neck study and the lower back studies were

6    unchanged from the plain radiographs of January 4th,

7    2010.  So the exact same things, I could bring them up

8    on the computer, put them side by side.

9         They actually did some incremental imaging

10    on the March 24th, 2011 study.  In addition to the

11    standard views, they also had the patient bend their

12    neck forward and extend their neck back and had them

13    do the same thing with their lower back, these are

14    called flexion and extension, to see how well the

15    patient could move their spine in the neck and in the

16    lower back.

17  Q.  What, if anything, was significant relative to the

18    flexion and extension views in the neck and the low

19    back on those x-rays?

20  A.  There was no abnormal motion which you sometimes might

21    see with accelerated degenerative changes or just with

22    a dysfunctional spine.  You might see some abnormal

23    motion of the spine.

24         In this case, I did not see that.

25  Q.  What, if any, findings did you make relative to that



Douglas Quint, M.D.
11/13/2012

Page 24

1       possible acceleration of degenerative changes as a

2       result of a traumatic event relative to these plain

3       x-rays?

4  A.  I did not see any change between the January 4th, 2010

5       and the March 24th, 2011 studies.  So to answer your

6       question, I did not see any acceleration of

7       degenerative change.

8               Even if I'd seen a little bit, I still

9       wouldn't have known is this the natural course of the

10      disease.  But in this case, it looks exactly the same,

11      and that's what you expect.  Degenerative changes do

12      not progress very, very quickly.  It takes years to

13      see changes.

14              If you see, though, accelerated changes,

15      then you worry a little bit that something else is

16      going on.

17  Q.  The March 24th, 2011 MRIs of the cervical spine, what,

18      if any, significant findings did you make in regards

19      to those films, those images?

20  A.  Well done.

21  Q.  Thank you.

22  A.  Basically both of those studies are not significantly

23      changed from the respective ones in 2010.  Again, the

24      neck study looked essentially identical to the study

25      performed on March, March 18th, 2010 and the lower



Douglas Quint, M.D.
11/13/2012

Page 25

1     back study looked identical to what was seen on April

2     15th.

3                    There's different scanners were used, so

4     you're allowed to have slight, slight differences but

5     well within the range of what you see when people are

6     scanned on different things.  So there was nothing to

7     suggest an acceleration of any process and there was

8     no new incidental process.

9                    When you scan people a year or two in

10    between scans, people develop cancers, people develop

11    infections, people develop other things, and,

12    fortunately, we did not see any changes between these

13    studies.

14    Q.   Now, were there any other studies that you had a

15         chance to interpret relative to Mr. Waskowski?

16    A.   No other imaging that I have reviewed.

17    Q.   Now, you mentioned that there was a head MRI.

18    A.   We forgot to talk about that.  I forgot to talk about

19         that.

20    Q.   That's okay.

21    A.   Yeah.

22    Q.   I just wanted to make sure, first of all, are they

23         normally called head MRIs?

24    A.   Yep.

25    Q.   Okay.



Douglas Quint, M.D.
11/13/2012

1    A.    Some people call it brain MRI, but --

2    Q.    Okay.  Now, what -- I know -- strike that.

3                  What, if anything, did you find in

4          connection with the head MRI that was significant?

5    A.    The head MRI is normal.  I did not see anything to

6          suggest accelerated brain volume loss.  For example, I

7          did not see anything for there having been trauma to

8          the brain, no posttraumatic contusion, for example,

9          which you sometimes see when people smack their head.

10         Sometimes you get abnormal fluid collections, subdural

11         hematomas surrounding the brain.

12                 The short answer is it's normal for age,

13         his head MRI.

14   Q.    And this was more than a year after the accident had

15         occurred?

16   A.    That's correct.

17   Q.    Do you know what clinical indications you would look

18         for, if any, to order a head MRI, what are we talking

19         about, fifteen months post accident when there hadn't

20         been one in the past?

21   A.    There's a wide range of why people get head MRI scans

22         that if you have any sort of symptoms referable to the

23         brain or the head, and there's a huge range of them,

24         you might want to take a look.  If you have an

25         accident, it may take weeks to months to see the



Douglas Quint, M.D.
11/13/2012

1        posttraumatic changes.

2                    And what we look for is either a focal

3        brain injury near the surface of the brain because the

4        head got knocked around, or you might see generalized

5        volume loss over time which sometimes gets put into

6        the wastebasket term of traumatic brain injury.

7                    So I don't know what the indication was for

8        this study.  It might have been headaches, it could be

9        focal neurologic findings, but the threshold in 2012

10       to get a head MRI is pretty low in this country.  So

11       there's a lot of borderline indications out there, and

12       there may have been very good reasons.

13   Q.  Now, did you compare the reports of the MRIs to your

14       findings of the MRIs?

15   A.  I did.

16   Q.  And can you tell me how those reports compared to your

17       findings on those MRIs?

18   A.  The plain radiographs performed on January 4th, 2010

19       and on March 24th, 2011 I agree with that they

20       describe minimal degenerative changes at the C4-5

21       level affecting neural foramina.

22                    The first MRI scans, the ones from 2010, I

23       don't, I do not completely agree with.  The March,

24       March 18th, 2010 cervical spine, neck MRI, for

25       example, they describe in that report narrowing of



Douglas Quint, M.D.
11/13/2012

Page 28

1       some of these neural foramina at multiple levels, I

2       think at 2-3, 3-4, 4-5, 5-6, and 6-7.

3                   As far as I'm concerned, only one level,

4       the C4-5 level, has narrowing of the neural foramina.

5       And while people can argue about terminology to use, I

6       do not see what I would call a herniated disc at the

7       C4-5 and C5-6 level.

8                   Now, I see what they were describing and I

9       think the description is fine of what they're seeing,

10      but I think these are changes due to the patient's

11      underlying chronic degenerative change.

12  Q.  Now, when you reviewed the report of the MRIs from

13      March 24th, 2011, there was a different finding at

14      C2-C3.  Am I correct in that?

15  A.  I'm not sure what you're asking, that in the first

16      report they describe narrowing of the left C2-3 neural

17      foramen, and I didn't see it on that first study and I

18      didn't see it on the second study.

19  Q.  I understand.  The reports themselves are different?

20      The films were the same?

21  A.  Right.

22  Q.  But the reports were different?

23  A.  Correct.

24  Q.  There was a comment in the March 24th, 2011 report

25      relevant to the fact that there was no bulging at



Douglas Quint, M.D.
11/13/2012

Page 29

1       C2-C3, and those findings at least in that MRI agreed

2       with your findings, is that correct?

3    A.  That's correct.

4    Q.  In your review of all of these studies, what, if any,

5       evidence did you find -- please excuse me if I'm being

6       redundant but I'm going to be.  What, if any, evidence

7       did you find of trauma to this, to Mr. Waskowski's

8       spine?

9    A.  I saw no evidence on any of these of the eight

10      studies, excluding the head study, for posttraumatic

11      changes that we could link to an event at the end of

12      2009 involving the cervical spine or the lumbosacral

13      spine.  Everything looks like chronic degenerative

14      change.  We have no direct or indirect evidence on any

15      of the imaging studies for a traumatic event in

16      December 2009.

17   Q.  Can you tell the jury what a bone scan is, please?

18   A.  A bone scan is a test done in usually in nuclear

19      medicine departments, and how a bone scan works is you

20      actually inject a very small amount of radioactive

21      material into a patient's vein, and this radioactive

22      material will concentrate in areas where bones are not

23      normal, where they're turning over faster than they

24      should.

25              For example, in cancers which are chewing



Douglas Quint, M.D.
11/13/2012

1    up bone, the bone scan is very sensitive for such, for

2    such abnormalities.  In long-distant runners,

3    long-distance runners who have shin splints and the

4    regular x-rays and even the MR scan can be negative,

5    you can see small amounts of turnover of bone.

6              Degenerative changes are notorious and

7    light up on all bone scans.  So when one has

8    degenerative changes in an unusual location, you can

9    use a bone scan to find that.

10  Q.  Will bone scans show fractures?

11  A.  Bone scans are actually quite sensitive for fractures

12      if they've been there for at least a few days.  If you

13      fracture something and get a bone scan six hours

14      later, you will miss the fracture.

15              And, also, once a fracture is completely

16      healed, let's say six months, a year, several years

17      later, the bone scan won't show it anymore.

18  Q.  And please forgive me for this.  Were there any plain

19      x-rays of the chest or the ribs for Mr. Waskowski?

20  A.  My understanding is some were obtained, but I did not

21      review them.

22  Q.  Fair enough.  Let me show what I'm going to mark as

23      Exhibit 2.

24              And can you tell me what that appears to

25      be, sir?



Douglas Quint, M.D.
11/13/2012

Page 31

1    A.    This is a report of a bone scan performed on January

2          25th, 2010.

3    Q.    And I know I don't have the films here, but do you

4          recognize Beaumont Hospital as being a reliable

5          facility for performing these kinds of objective

6          tests?

7    A.    Yes.

8    Q.    Can you tell the jury what, if any, findings were

9          reported by Beaumont Hospital relative to this bone

10         scan?

11   A.    This is January 25th so this is about a month after

12         the traumatic event, and they do not see any fractures

13         involving the left shoulder, the ribs, or the spine

14         which I guess is the question that was posed to them.

15               They do see a little bit of abnormal uptake

16         of the radioactive material in the right

17         temporomandibular joint.

18   Q.    Where is that?

19   A.    The temporomandibular joint is where your jaw meets

20         your head, and you can actually feel a bump there when

21         you open and close your mouth.  That's the

22         temporomandibular joint.

23               And since it's a moving structure, it's a

24         place you develop arthritis, and that can be painful.

25         So one will often see such abnormalities on a bone



Douglas Quint, M.D.
11/13/2012

1       scan.

2   Q.  I believe, and I gave my brother counsel my copies,

3       but there's reference to mild tracer activity in the

4       left sternoclavicular joint.

5           Could you tell me what -- first of all,

6       where the sternoclavicular joint is, please?

7   A.  The sternoclavicular joint, the clavicle is this bone

8       right in here that everyone can feel in the upper part

9       of their chest, and where it meets the breastbone,

10      that junction is called the sterno, sternoclavicular,

11      clavicle, joint, and that's these two bones right

12      here, everybody can see, right here which you can feel

13      as bumps.

14          And, again, since your clavicles move with

15      respect to your breastbone, it's another area which

16      can develop arthritis.

17  Q.  Mild tracer activity, assuming that that finding is

18      correct, what would that mean in relationship to this

19      particular study?

20  A.  It would mean arthritis in that location.

21  Q.  There's also a finding at the superior aspect of the

22      sternomanubrium and the sternal angle.

23          Could you tell me what the sterno or where

24      the sternomanubrium is?

25  A.  Actually, they're redescribing basically the same



Douglas Quint, M.D.
11/13/2012

1          location.  It's they're all right next to each other

2          up here where the breastbone meets the clavicles.  The

3          manubrium is a part of the breastbone.

4     Q.   So the mild uptake would mean the same thing in all of

5          those three areas that are described, is that correct?

6     A.   Yes.

7     Q.   Very good.

8               MR. HEWSON:  If I didn't move for the

9          admission of Doctor Quint's curriculum vitae and

10         Exhibit 2, I do now, and with that, I have no further

11         questions.  Thank you, sir.

12    EXAMINATION BY MR. TEMROWSKI:

13    Q.   Doctor, my name is Lee Temrowski, and I represent the

14         plaintiff, Mr. Waskowski, in this lawsuit.

15    A.   Yes.

16    Q.   You are a teacher, professor, correct?

17    A.   That is correct.

18    Q.   Do you actually treat individuals who have been

19         injured in automobile accidents?

20    A.   I'm not sure what you mean by treat.  I evaluate

21         imaging studies on patients who have been in

22         accidents, and if it's been serious enough, I will

23         literally do procedures on people.

24    Q.   Well, do people who have been injured in an automobile

25         accident come to see you for treatment for their



Douglas Quint, M.D.
11/13/2012

1     injuries?

2   A.  It depends.  If you're in a serious enough accident

3       and you tear blood vessels let's say going up to the

4       brain, I will see you and I will see you acutely in

5       the angiography suite.  If there's concern about a

6       fracture, I might only see your CAT scan which is

7       obtained in the emergency department and they have me

8       review it.

9   Q.  Okay.  Well, in the past year, how many face-to-face

10      contacts have you had with patients who have been

11      injured in an automobile accident?

12  A.  Not that many.  I'd say, I'd say thirty or forty.  You

13      have to be pretty seriously injured for me to come and

14      do a procedure on you.  I almost always only see your

15      imaging study.

16  Q.  And not the patient?

17  A.  And not the actual patient, that's correct.

18  Q.  Okay.  Now, you've indicated that in this case, you

19      actually reviewed the reports on Mr. Waskowski of the

20      MRIs, correct?

21  A.  Correct.

22  Q.  And the imaging studies, correct?

23  A.  That's correct.

24  Q.  And do you have your file with you here today?

25  A.  I do.



Douglas Quint, M.D.
11/13/2012

Page 35

1   Q.   And could you pull out those reports of the MRIs?

2   A.   I have all four of them, yes.

3   Q.   Okay.  And could I see those, please?

4              MR. TEMROWSKI:  And could I have these

5        marked as exhibits?  Do you want to do it now or

6        afterwards?

7              MR. HEWSON:  It doesn't make any

8        difference.  Let's go off the record.

9              MR. TEMROWSKI:  Why don't you go off the

10       record and let's just have these marked, okay?

11             THE VIDEO TECHNICIAN:  Going off the record

12       at 5:51 p.m.

13             (Off the record at 5:51 p.m.)

14             (Deposition Exhibits Nos. 1 through 6 marked

15             and attached.)

16             (Back on the record at 5:54 p.m.)

17             THE VIDEO TECHNICIAN:  We're back on the

18       record at 5:54 p.m.

19  BY MR. TEMROWSKI:

20  Q.   Doctor, we've now had marked the MRI reports as

21       Exhibits 3, 4, 5, and 6.

22             And would you agree with me that in the

23       case of Mr. Waskowski that Exhibit 3 and 4 which is an

24       MRI of the cervical spine which is the neck and an MRI

25       of the lumbar spine which is the back was performed at



Douglas Quint, M.D.
11/13/2012

Page 36

1        a facility called Macomb MRI?

2   A.   Correct.

3   Q.   And one of Mr. Waskowski's doctors sent him there to

4        have the MRI done, correct?

5   A.   That's correct.

6   Q.   And that's who?

7   A.   I believe it says referring physician on both of them,

8        Doctor Glowacki.

9   Q.   Okay.  And those MRI reports were authored by a

10       radiologist, correct?

11  A.   Correct.

12  Q.   And on the second page it's got a Doctor Michele Keys?

13  A.   Correct.

14  Q.   Okay.  And Exhibits 5 and 6 are a different set of

15       MRIs that were performed at Oakland MRI, correct?

16  A.   That's correct.

17  Q.   And, again, one of Mr. Waskowski's doctors sent

18       Mr. Waskowski to that facility to have MRIs done,

19       correct?

20                  MR. HEWSON:  Objection, foundation.

21                  Go ahead.

22                  THE WITNESS:  Correct.

23  BY MR. TEMROWSKI:

24  Q.   And what doctor is that?

25  A.   That's Doctor Zalmarano.



Douglas Quint, M.D.
11/13/2012

1   Q.   And, again, those MRIs were authored by a radiologist,

2       correct?

3   A.   That's correct, Doctor Maida.

4   Q.   Okay.  Now, would you agree with me that in reading

5       all four of those exhibits over regarding the MRIs at

6       two different facilities of Mr. Waskowski's neck and

7       back that those radiologists who prepared and authored

8       those reports refer to herniated discs?

9               MR. HEWSON:  I'm going to object as to the

10      compound nature of the question.

11               But, Doctor, subject to that, you can

12      answer.

13               THE WITNESS:  Yes.  They use the term disc

14      herniation which is a term commonly used.  Yes.

15  BY MR. TEMROWSKI:

16   Q.   And when I heard your direct testimony today with

17       Mr. Hewson here, I only one time actually heard you

18       use the term herniated disc when you were referring to

19       one of those reports.

20   A.   That's probably true, yes.

21   Q.   What I'd like to know, Doctor, about your testimony

22       here today is are you giving any testimony to this

23       jury as to your opinion as to whether or not

24       Mr. Waskowski was injured in the automobile collision

25       of December 23rd, 2009?



Douglas Quint, M.D.
11/13/2012

1   A.   No, I am not.  I am reviewing imaging studies to see

2        if I have any evidence for a traumatic event involving

3        the head, the neck part of the spine, cervical spine,

4        or the lumbosacral spine.

5   Q.   Okay.  And you never met Mr. Waskowski?

6   A.   That's correct.

7   Q.   You never examined him?

8   A.   That's correct.

9   Q.   If he walked in here today, you won't know who he was?

10  A.   I wouldn't know who he was.

11            MR. TEMROWSKI:  Thank you.  I have nothing

12       else.

13            MR. HEWSON:  Just a couple of follow-up.

14  REEXAMINATION BY MR. HEWSON:

15  Q.   Why didn't you use the word herniation?

16  A.   Herniation has become a general term in terms of what

17       it actually means.  It encompasses so many different

18       things that the current terminology for describing

19       abnormalities in discs has evolved, that the actual

20       terminology people should be using which has been

21       written about for the past ten, fifteen years, bulging

22       discs, protruding discs, extruded discs, sequestered

23       discs, which are more specific.

24            And sometimes people lump everything into

25       the term herniation, and it encompasses such a broad



Douglas Quint, M.D.
11/13/2012

1    range of what could be present that it really doesn't

2    tell people anything.

3  Q.  Now, do you need to meet the patient in order to

4    interpret the films, I'm sorry, the images?

5  A.  No.

6  Q.  My brother counsel marked the April 15th, 2010 MRI of

7    the lumbar spine as one of the exhibits.

8          Can you tell me just which one, what number

9    that is?

10  A.  Of which date?

11  Q.  April 15th, 2010.

12  A.  April 15th is Exhibit 4.

13  Q.  Is the addendum from Doctor Keys attached to that?

14  A.  It is.

15  Q.  What was the addendum or the date of the addendum?

16  A.  The addendum is dated July 27th, 2010.

17  Q.  And what was the addendum or what did it pertain to

18    according at least to this report?

19  A.  Why don't I read it.  Regarding the impression that

20    there are disc herniations at L4-5 and L5-S1, cannot

21    determine whether or not these are new or old disc

22    herniations.  These are age-indeterminate disc

23    herniations.

24          So that's referring to the abnormalities

25    that Doctor Keys identified on the April 15th, 2010



Douglas Quint, M.D.
11/13/2012

Page 40

1        study.   She believes there are disc herniations there

2        but doesn't know how old they are.

3    Q.  And your review of the film, well, you've already

4        explained the herniation issue.

5               Do you agree that there's no way to

6        determine the age of these findings, whatever

7        terminology should have been used?

8    A.  In general, yes, that that's -- it can be very hard to

9        date things.   We, of course, have chronic degenerative

10       changes seen in association with these findings which

11       we see as early as January 4th, 2010 which tells me

12       the patient's degenerative changes were old at that

13       time.

14               MR. HEWSON:   Very good.   Thank you.   I have

15       nothing further.

16               MR. TEMROWSKI:   Nothing else.

17               THE VIDEO TECHNICIAN:   This concludes the

18       deposition, and we're going off the record at 6:00

19       p.m.

20

21               (Deposition concluded at 6:00 p.m.)

22

23

24

25



Douglas Quint, M.D.
11/13/2012

Page 41

1  STATE OF MICHIGAN       )

2                          ) SS.

3  COUNTY OF LIVINGSTON )

4              CERTIFICATE OF NOTARY PUBLIC

5                    I certify that this transcript

6  is a complete, true, and correct record of the

7  testimony of the deponent to the best of my ability

8  taken on Tuesday, November 13, 2012.

9                    I also certify that prior to

10  taking this deposition, the witness was duly sworn by

11  me to tell the truth.

12                   I also certify that I am not a

13  relative or employee of a party, or a relative or

14  employee of an attorney for a party, have a contract

15  with a party, or am financially interested in the

16  action.

17

18

19

20

21

22  Cheryl McDowell, CSR-2662, RPR
23  Notary Public, Livingston County
     State of Michigan
24  Commission Expires September 13, 2013

25



Douglas Quint, M.D.
11/13/2012

Page 1

**A**

ability 20:10
  41:7
able 11:17 15:23
abnormal 23:20
  23:22 26:10
  31:15
abnormalities
  6:6 13:1,16
  15:15 19:16
  22:21 30:2
  31:25 38:19
  39:24
abnormality 14:5
absorber 17:17
absorbers 20:7
academic 6:14
accelerated
  23:21 24:14
  26:6
acceleration
  22:21,22 24:1
  24:6 25:7
accident 26:14
  26:19,25 33:25
  34:2,11
accidents 33:19
  33:22
accomplishments
  7:24
action 41:16
activity 32:3,17
actual 11:8
  34:17 38:19
acute 13:13
  15:15
acutely 34:4
add 20:19
added 7:3
addendum 39:13
  39:15,15,16,17
addition 23:10
additional 7:4
address 5:8
admission 33:9
admittedly 16:8
afternoon 5:5
age 11:2 26:12
  40:6
age-indetermi...

39:22
agree 27:19,23
  35:22 37:4
  40:5
agreed 29:1
ahead 36:21
allowed 25:4
amount 29:20
amounts 30:5
anatomy 17:1
angiograms 6:2
angiography 34:5
angle 32:22
Ann 1:15 4:1,6
  5:10 8:4
answer 24:5
  26:12 37:12
anymore 9:12
  16:22 30:17
apologize 9:13
appearance 5:2
appearances 2:1
  4:10
appearing 2:7,16
  4:12,14
appears 30:24
appointments
  7:25
approximately
  8:23
April 18:21 25:1
  39:6,11,12,25
Arbor 1:15 4:1,6
  5:10 8:4
area 21:18 32:15
areas 15:21
  19:16 21:12
  29:22 33:5
argue 28:5
arm 22:24
arthritis 20:20
  31:24 32:16,20
asked 8:8 9:1,3
  20:3
asking 28:15
aspect 32:21
association
  40:10
assuming 32:17
attached 3:23
  35:15 39:13

attention 9:6
attorney 41:14
attorneys 4:9
authored 36:9
  37:1,7
automobile 1:7
  33:19,24 34:11
  37:24
Avenue 2:4

**B**

back 9:22 12:7
  18:23 20:22
  21:4,6 23:5,12
  23:13,16,19
  25:1 35:16,17
  35:25 37:7
backwards 14:8
BAKOTICH 2:11
basically 12:17
  20:6 24:22
  32:25
basis 21:11 22:8
Beaumont 31:4,9
behalf 2:7,16
  4:13,15
believe 7:22
  32:2 36:7
believes 40:1
bend 23:11
bene 4:22
best 41:7
better 13:12
bilaterally
  10:20
biopsies 6:5,5,6
bit 14:7,8,23
  22:4 24:8,15
  31:15
blood 34:3
board 6:19,21,23
  7:1
bone 3:13 11:22
  16:4 20:19
  29:17,18,19
  30:1,1,5,7,9
  30:10,11,13,17
  31:1,9,25 32:7
bones 10:3,17
  12:13 15:18
  17:7 19:6

20:17 29:22
  32:11
borderline 27:11
bracing 20:17
brain 5:17,19,23
  6:3,8 9:4 26:1
  26:6,8,11,23
  27:3,3,6 34:4
break 11:22
breastbone 32:9
  32:15 33:2,3
bring 23:7
broad 38:25
brother 7:17
  32:2 39:6
brought 7:9
bulge 19:7
bulges 17:10
bulging 14:4,22
  15:19 28:25
  38:21
bump 31:20
bumps 32:13
bunch 6:14

**C**

C 2:11 11:8
call 7:1,1 14:10
  18:7 26:1 28:6
called 6:4 7:6
  10:6 23:14
  25:23 32:10
  36:1
canal 14:9,10,23
  15:2,12,22
  18:14 19:17
cancers 25:10
  29:25
care 21:24
case 1:5 9:2,19
  10:10 18:20
  23:24 24:10
  34:18 35:23
cases 8:16,22
CAT 5:24 10:8
  34:6
category 5:15
catheters 6:2
cause 22:21
causing 14:22
Center 5:10 8:14

**Douglas Quint, M.D.**
**11/13/2012**

central 5:23
  14:21,24 19:12
certain 10:24,24
certificate 7:2
  41:4
certification
  7:1,2,7
certified 6:19
  6:21,23
certify 41:5,9
  41:12
cervical 3:15,19
  9:21 10:13,16
  10:16,17 11:8
  11:18 13:10,19
  13:23 14:2,3
  14:20 21:4,6
  24:17 27:24
  29:12 35:24
  38:3
chance 9:9 25:15
change 12:20
  17:14 19:3,9
  20:16 22:7,20
  22:23,25 24:4
  24:7 28:11
  29:14
changed 24:23
changes 10:13,14
  10:19,23 11:1
  11:3,11 12:21
  13:17,25 14:2
  14:14,18 15:5
  16:12 19:4,20
  19:21,22,23,25
  20:5 22:22
  23:21 24:1,11
  24:13,14 25:12
  27:1,20 28:10
  29:11 30:6,8
  40:10,12
changing 22:4,10
character 22:25
Cheryl 1:18
  41:22
chest 5:18 10:2
  30:19 32:9
chewing 29:25
chronic 10:14
  14:17 19:9,20
  28:11 29:13

40:9
chronologic 12:6
chronologically
  12:3
Civil 4:24
clavicle 32:7,11
clavicles 32:14
  33:2
clinical 21:10
  22:15 26:17
clinically 22:10
close 31:21
closer 16:11
collections
  26:10
collision 37:24
come 13:20 33:25
  34:13
coming 7:8
Commencing 1:16
comment 16:16
  28:24
Commission 41:24
common 11:6
  12:20 19:21
  20:23
commonly 19:2
  37:14
COMPANY 1:8
compare 27:13
compared 27:16
complete 41:6
completed 6:24
completely 17:19
  27:23 30:15
compound 37:10
compress 17:19
  19:15
compressed 20:16
compressing
  17:20
compression
  16:18 17:23
computer 23:8
computers 9:14
concentrate
  29:22
concern 34:5
concerned 28:3
concluded 40:21
concludes 40:17

connection 9:1
  9:19,24 18:20
  26:4
consistent 14:17
consult 8:6
contacts 34:10
contents 3:1 6:8
contract 41:14
Contrast 3:19,21
contusion 26:8
copies 32:2
copy 7:9
cord 12:13 13:18
  15:6,9,13
  16:18 17:2,6,9
  17:15,17,18,21
  17:23 18:3,3,5
  18:6,8,11,13
  18:16
correct 7:25 8:1
  8:19 22:14
  26:16 28:14,23
  29:2,3 32:18
  33:5,16,17
  34:17,20,21,22
  34:23 36:2,4,5
  36:10,11,13,15
  36:16,19,22
  37:2,3 38:6,8
  41:6
correlates 14:14
counsel 7:17
  32:2 39:6
country 6:16
  27:10
County 41:3,23
couple 7:23
  38:13
course 24:9 40:9
court 1:1 4:11
  7:21
cracks 20:9
critical 15:7,8
CSR-2662 1:18
  41:22
current 38:18
curriculum 3:11
  7:9,18 33:9
C2-C3 28:14 29:1
C2-3 28:16
C4 11:4,6,7,9

14:6
C4-5 11:10 14:11
  27:20 28:4,7
C5 11:4,7,7 14:6
C5-6 14:19 28:7
C6 15:17
C7 15:17

_____
              **D**
_____
damage 15:10
dark 10:4
date 4:21 7:18
  7:19 13:7
  39:10,15 40:9
dated 3:13 39:16
day 4:21
days 7:23 30:12
de 4:22
December 13:10
  29:16 37:25
decision 21:24
dedicated 8:5
deep 6:6,7
Defendant 1:9
  2:16
degenerative
  10:13,14,18,23
  10:25 11:3,11
  12:20 13:16
  14:1,2,14,17
  17:14 19:3,4,9
  19:20,21 20:4
  20:5,16,20
  22:22 23:21
  24:1,7,11
  27:20 28:11
  29:13 30:6,8
  40:9,12
demonstrate
  19:19
demonstrates
  19:7
department 34:7
departments
  29:19
depending 21:13
depends 34:2
deponent 41:7
deposition 1:13
  3:10,12,14,16
  3:18,20 4:5,22

**Douglas Quint, M.D.**
**11/13/2012**

5:1 35:14
40:18,21 41:10
describe 27:20
27:25 28:16
described 19:19
33:5
describing 28:8
38:18
description 28:9
determine 13:21
15:23 39:21
40:6
develop 12:21
15:11 19:2,22
19:23 20:23
25:10,10,11
31:24 32:16
diameter 17:3
DIANE 2:10
difference 17:16
35:8
differences 25:4
different 5:22
21:1 25:3,6
28:13,19,22
36:14 37:6
38:17
direct 11:20
12:24 16:13
29:14 37:16
disc 9:14 12:17
12:18,19 14:4
14:4,5,7,22
15:5,19 17:10
17:14 19:6,10
19:12 28:6
37:13,18 39:20
39:21,22 40:1
discs 6:5 12:12
13:15 20:6,15
20:18 37:8
38:19,22,22,22
38:23
disease 24:10
distance 12:15
DISTRICT 1:1,1
DIVISION 1:2
doctor 4:5,11,22
5:2 21:25 22:3
33:9,13 35:20
36:8,12,24,25

37:3,11,21
39:13,25
doctors 36:3,17
doing 6:16 8:16
18:14 21:8
dorsal 18:7
Douglas 1:13 3:3
4:6,17,22 5:9
dozen 8:25
drying 20:8
due 9:7 28:10
duly 4:18 41:10
Dyke 2:4
dynamics 22:20
dysfunctional
23:22

_____

E

earlier 20:3
early 40:11
EASTERN 1:1
edema 16:4
efface 16:23
effacement 16:17
16:20,21 17:13
17:22 18:9
eight 8:25 29:9
eighties 20:13
either 21:24
27:2
electronic 9:14
emergency 34:7
employee 41:13
41:14
encompasses
38:17,25
encroaching
14:25
encroachment
15:13
esse 4:22
essentially
24:24
evaluate 33:20
event 9:8 12:25
13:2 16:9
22:19 24:2
29:11,15 31:12
38:2
everybody 32:12
Everything's

9:14
evidence 11:20
12:1,19,22,24
14:1,2 16:1,13
20:1 29:5,6,9
29:14 38:2
evolved 38:19
exact 23:7
exactly 24:10
examination 3:5
3:6 5:4 23:2
33:12
examine 21:20
examined 4:18
38:7
example 22:22
26:6,8 27:25
29:25
excluding 29:10
excuse 13:4 29:5
exhibit 3:9,10
3:12,14,16,18
3:20 7:14,16
30:23 33:10
35:23 39:12
exhibits 3:23
35:5,14,21
36:14 37:5
39:7
exists 22:7
expect 10:25
11:5 22:18
24:11
Expires 41:24
explained 40:4
exquisitely 16:6
extend 15:6
23:12
extends 19:14
extension 14:7
19:12,15 23:14
23:18
extruded 38:22

_____

F

F 2:9
face 6:7
face-to-face
34:9
facilities 37:6
facility 31:5

36:1,18
fact 28:25
Fair 30:22
family 21:25
fancier 10:7
far 28:3
Farm 1:7 4:15
faster 29:23
Federal 4:23
feel 31:20 32:8
32:12
field 6:25
fifteen 26:19
38:21
fifth 10:17
12:15 14:20
19:6,11
file 7:12 34:24
files 8:18,20,24
film 10:6 40:3
films 9:9,12
13:3,3 24:19
28:20 31:3
39:4
financially
41:15
find 10:9 12:9
12:22 22:18
26:3 29:5,7
30:9
finding 12:14
13:24 14:14
28:13 32:17,21
findings 11:14
11:21,25 13:20
13:21,23 14:16
15:23 18:24
23:3,25 24:18
27:9,14,17
29:1,2 31:8
40:6,10
fine 17:13 28:9
finish 15:16
first 4:18 9:18
11:14 25:22
27:22 28:15,17
32:5
fit 19:20
fits 5:15
five 8:17 15:4,4
21:1



**Douglas Quint, M.D.**
**11/13/2012**

Page 4

flat-out 19:1
flexion 23:14,18
fluid 17:4,5,5,6
  17:7,8,11,11
  17:13,16,19
  18:2,4,6,7,10
  18:11,12,15
  26:10
fluid-filled
  20:15
focal 14:5 27:2
  27:9
follows 4:19
follow-up 38:13
foramen 28:17
foramina 10:18
  10:19 11:11
  14:13 15:1,21
  19:16 27:21
  28:1,4
forgive 8:8
  30:18
forgot 25:18,18
forth 4:24
forties 19:8,25
fortunately
  25:12
forty 34:12
forward 23:12
foundation 36:20
four 15:4 16:8
  21:7 35:2 37:5
fourth 10:17
  14:3 19:5
fracture 12:25
  13:13 16:1,2
  30:13,14,15
  34:6
fractured 16:3
fractures 11:19
  30:10,11 31:12
front 18:4,5,11
further 33:10
  40:15

**G**
general 5:15
  38:16 40:8
generalized 27:4
generated 9:10
getting 20:14

21:14
give 5:8
giving 37:22
Glowacki 36:8
go 14:13 35:8,9
  36:21
going 7:16 11:23
  14:24 17:20
  24:16 29:6
  30:22 34:3
  35:11 37:9
  40:18
Goldsmith 1:6
good 5:5 7:16
  12:12,13 13:15
  13:24 27:12
  33:7 40:14
gotten 21:12
grandfathered
  7:5
Greenfield 2:13
guess 8:25 31:14

**H**
H 2:2
happen 17:10
hard 40:8
hate 13:20
head 5:23 6:8
  21:8 25:17,23
  26:4,5,9,13,18
  26:21,23 27:4
  27:10 29:10
  31:20 38:3
headaches 27:8
healed 30:16
heard 37:16,17
height 12:19
  16:3 20:10
Hellemon 2:12
help 16:19
hematomas 26:11
herniated 13:15
  28:6 37:8,18
herniation 37:14
  38:15,16,25
  40:4
herniations
  39:20,22,23
  40:1
Hewson 2:9,10,12

3:5,7 4:14,14
  4:20 5:4 33:8
  35:7 36:20
  37:9,17 38:13
  38:14 40:14
Hi 5:6
history 21:20
hold 6:9
holes 11:12
Hon 1:6
hospital 8:2,3,4
  8:9,10,13 31:4
  31:9
hours 30:13
huge 26:23
hundred 10:5
Huron 1:14

**I**
identical 24:24
  25:1
identified 11:4
  39:25
identify 5:7 9:7
  10:22 11:17
image 5:23
images 9:15,18
  13:22 15:24
  18:17,19,21,25
  20:24 21:1,2
  24:19 39:4
imaging 5:16,17
  5:19,20 6:12
  9:3,4,17 10:5
  13:4,7 22:5
  23:9 25:16
  29:15 33:21
  34:15,22 38:1
important 13:17
impression 39:19
inch 17:3 19:13
incidental 25:8
include 5:21
included 21:2,5
includes 5:22
  7:24
including 6:15
incremental 23:9
indicated 16:16
  34:18
indication 22:16

27:7
indications 23:1
  26:17 27:11
indirect 12:1,19
  12:24 16:13
  29:14
individuals
  33:18
infections 25:11
inject 29:20
injured 33:19,24
  34:11,13 37:24
injuries 34:1
injury 11:21
  12:1 13:14
  27:3,6
inside 6:2 16:4
INSURANCE 1:8
interested 41:15
interesting 17:1
internist 21:25
interpret 25:15
  39:4
involving 10:15
  29:12 31:13
  38:2
issue 40:4

**J**
J 1:13 3:3 4:17
James 2:9 4:14
January 3:13 9:5
  9:20 12:4,5,6
  13:4 14:16
  23:6 24:4
  27:18 31:1,11
  40:11
JAROSLAW 1:3
jaw 31:19
joint 31:17,19
  31:22 32:4,6,7
  32:11
journey 15:16
July 39:16
junction 32:10
jury 5:7 8:23
  29:17 31:8
  37:23

**K**
Keys 36:12 39:13

Douglas Quint, M.D.
11/13/2012

Page 5

39:25
kind 21:16 22:15
  22:15
kinds 5:20 31:5
knee 5:18
knocked 27:4
know 8:10,20
  21:21 22:3,15
  26:2,17 27:7
  31:3 37:21
  38:9,10 40:2
known 24:9

_____
L

L 2:10
ladies 5:19
late 19:24
lawsuit 33:14
leave 11:12 15:1
  15:21 19:17
Lee 2:2 4:12
  33:13
left 10:20 28:16
  31:13 32:4
let's 22:1 30:16
  34:3 35:8,10
level 11:10
  12:20 14:11,12
  14:19,20 15:3
  15:4,5,17 19:7
  19:10,18,18
  27:21 28:3,4,7
levels 14:3,6
  19:2,19,21
  28:1
lieu 5:2
ligament 11:22
light 30:7
limited 6:8
lingering 16:4
link 29:11
literally 33:23
litigation 8:19
  8:21
little 10:20
  14:7,8,23 20:9
  22:4 24:8,15
  31:15
live 5:2
Livingston 41:3
  41:23

location 10:24
  30:8 32:20
  33:1
locations 11:2
long 6:21
long-distance
  30:3
long-distant
  30:2
look 9:9,10,18
  12:3 13:15,16
  20:13 26:17,24
  27:2
looked 9:17
  11:19 13:22
  18:19,21 20:24
  24:24 25:1
looking 12:12,12
  12:13 13:13
  16:15 21:16
  22:7
looks 24:10
  29:13
lose 20:9,10
loss 12:18 16:2
  26:6 27:5
lot 6:17 27:11
lots 5:22 13:24
low 23:18 27:10
lower 9:22 10:16
  12:7 18:23
  20:22,22 21:4
  21:6 23:5,13
  23:16 24:25
lowest 19:3
lumbar 3:17,21
  12:16,21,23
  18:17 19:4,6
  19:11 21:6
  35:25 39:7
lumbosacral 9:22
  12:8 18:23
  21:5 29:12
  38:4
lump 38:24
lungs 10:4
L4-5 19:18 39:20
L5 12:15
L5-S1 19:18
  39:20

_____
M

M 8:3,9
Macomb 36:1
magnetic 6:12
Maida 37:3
maintenance 7:7
manubrium 33:3
MARC 2:18
March 9:5 13:9
  13:19 18:17
  21:2 22:13
  23:4,10 24:5
  24:17,25,25
  27:19,23,24
  28:13,24
mark 1:6 7:16
  30:22
marked 35:5,10
  35:14,20 39:6
material 14:22
  19:12 29:21,22
  31:16
matter 5:3
McDowell 1:18
  41:22
mean 6:13 9:25
  16:20 32:18,20
  33:4,20
meaning 11:9
means 6:14 16:21
  18:4,10 20:4
  38:17
medical 5:10
  6:10 8:10,14
medicine 22:3
  29:19
meet 39:3
meets 31:19 32:9
  33:2
mention 15:3,7,8
mentioned 25:17
met 38:5
MICHAEL 2:11
Michele 36:12
Michigan 1:1,15
  2:5,14 4:1,6
  5:10,11 6:10
  8:14 41:1,23
mid 10:16,16
mild 14:10,23

32:3,17 33:4
millimeters
  19:13
minimal 27:20
moderate 14:10
month 31:11
months 10:15
  13:9,14 16:8
  16:14 26:19,25
  30:16
motion 23:20,23
mouth 31:21
move 23:15 32:14
  33:8
moving 31:23
MRI 3:15,17,19
  3:21 5:25 10:8
  13:11,12,19,24
  15:25 18:22
  21:6,8 25:17
  26:1,4,5,13,18
  26:21 27:10,22
  27:24 29:1
  35:20,24,24
  36:1,4,9,15
  39:6
MRIs 21:11,17
  24:17 25:23
  27:13,14,17
  28:12 34:20
  35:1 36:15,18
  37:1,5
multiple 13:23
  14:2 28:1
MUTUAL 1:7
myelograms 6:4
MYERS 2:18
M.D 1:13 3:3
  4:17

_____
N

name 33:13
narrow 14:9
  15:20,20 17:11
  17:18
narrowed 18:10
narrowing 10:18
  10:19 11:3,11
  12:15 14:10,12
  14:23 15:1,12
  27:25 28:4,16

natural 24:9
nature 37:10
near 20:18 27:3
neck 6:7 9:21
    10:12,20 11:9
    11:23 13:10
    15:18 16:25
    20:22 21:4,6
    23:1,5,12,12
    23:15,18 24:24
    27:24 35:24
    37:6 38:3
need 39:3
needles 6:3
needs 15:14
negative 30:4
nerves 11:12
    12:12 13:18
    14:13 15:1,21
    19:14,17
nervous 5:24
neural 10:18,19
    11:11 14:13,25
    15:21 19:16
    27:21 28:1,4
    28:16
neurologic 27:9
neurologist 22:2
neuroradiologist
    5:13,14,15,16
    6:22 21:17
neuroradiolog...
    8:6
neuroradiology
    6:11,25 7:4,7
    8:2
neurosurgeon
    22:2
never 38:5,7
new 10:7 20:19
    22:24 25:8
    39:21
nice 10:3,4
    20:15
nine 8:25
normal 19:1,8
    26:5,12 29:23
normally 25:23
Nos 35:14
Notary 41:4,23
notice 4:23

notorious 30:6
November 1:17
    4:2,7 7:19,20
    7:21 41:8
nuclear 29:18
number 39:8

_____

O

Oak 2:14
Oakland 36:15
oath 4:19
object 37:9
Objection 36:20
objective 31:5
obtained 9:5
    21:2 30:20
    34:7
occurred 26:15
occurring 15:10
    16:14
office 8:18
okay 7:9 17:12
    17:18,19 25:20
    25:25 26:2
    34:9,18 35:3
    35:10 36:9,14
    37:4 38:5
old 10:15 39:21
    40:2,12
older 20:12
once 21:7 30:15
ones 14:16 24:23
    27:22
one's 14:24
open 31:21
opinion 37:23
order 12:6 21:19
    22:8 26:18
    39:3
orthopedic 22:2

_____

P

page 1:11 3:2,9
    36:12
pain 22:24 23:1
painful 31:24
papers 6:15
Park 2:14
part 9:21 15:18
    17:1 18:15
    19:3 20:17

32:8 33:3 38:3
particular 13:18
    32:19
particularly
    21:13
party 41:13,14
    41:15
patient 9:16
    21:20,21 22:24
    22:25 23:11,15
    34:16,17 39:3
patients 33:21
    34:10
patient's 21:24
    28:10 29:21
    40:12
pattern 10:24
people 6:2 10:1
    11:8 15:14
    20:12 25:5,9
    25:10,10,11
    26:1,9,21 28:5
    33:23,24 38:20
    38:24 39:2
percent 8:17
perfectly 22:5
performed 21:9
    24:25 27:18
    31:1 35:25
    36:15
performing 31:5
pertain 39:17
physical 22:3
physician 21:24
    36:7
place 11:5,6
    31:24
places 20:23
plain 9:20,24
    10:1,6,10,12
    10:12 11:15,18
    12:4,7,11,23
    21:3 22:12,17
    23:3,6 24:2
    27:18 30:18
plaintiff 1:4
    2:7 4:13 33:14
play 9:25
please 4:9,11
    8:8 13:3 29:5
    29:17 30:18

32:6 35:3
plenty 18:13
posed 31:14
position 8:9
positions 6:9
possible 24:1
post 26:19
posterior 14:7
    14:21,22 19:12
posttraumatic
    26:8 27:1
    29:10
practice 8:12,15
    21:25
pregnant 5:18
prepared 37:7
prescribe 21:17
present 2:18
    39:1
presentations
    6:16
pretty 14:7
    27:10 34:13
primary 21:24
printed 7:22
prior 41:9
probably 10:15
    10:15 37:20
problem 7:13
procedure 4:24
    20:17 34:14
procedures 6:1
    33:23
process 11:17
    25:7,8
produce 20:18
professional 5:8
    7:24
professor 6:11
    6:13 33:16
professorship
    8:11
progress 24:12
protect 17:8,8
    20:10
protruding 38:22
Public 41:4,23
publications
    7:25
pull 7:12 35:1
purposes 4:24



Douglas Quint, M.D.
11/13/2012

pursuant 4:23,23
push 17:11 19:14
pushing 13:17
  15:9 16:22,24
  17:14
put 6:1,3 23:8
  27:5
P.C 2:12
p.m 1:16 4:3,8
  35:12,13,16,18
  40:19,21
P27127 2:9
P31967 2:2
P44628 2:10
P75521 2:11

_____

Q

qualification
  7:3
question 24:6
  31:14 37:10
questions 33:11
quickly 24:12
Quint 1:13 3:3
  4:6,17,22 5:9
Quint's 5:2 33:9
quite 30:11
Q-U-I-N-T 5:9

_____

R

radioactive
  29:20,21 31:16
radiograph 10:7
radiographs 9:21
  10:12 21:3
  23:6 27:18
radiologist 6:24
  21:19 36:10
  37:1
radiologists
  9:11 37:7
radiology 5:16
range 19:8 25:5
  26:21,23 39:1
read 16:16 39:19
reading 37:4
real 9:15
really 8:12
  12:13,14 39:1
reasonable 22:5
  22:8,11

reasons 27:12
recertified 7:6
recognize 31:4
recommend 21:11
record 4:5,10,20
  5:7 8:16 35:8
  35:10,11,13,16
  35:18 40:18
  41:6
redescribing
  32:25
redundant 29:6
REEXAMINATION
  3:7 38:14
refer 37:8
referable 26:22
reference 32:3
referring 36:7
  37:18 39:24
reflect 4:20
regarding 37:5
  39:19
regards 24:18
region 6:16
regular 10:6
  12:18 14:15
  21:3 30:4
relationship
  32:18
relative 15:24
  18:24 23:3,17
  23:25 24:2
  25:15 31:9
  41:13,13
relevant 28:25
reliable 31:4
remember 12:11
repeat 21:5,11
  22:5 23:2
report 27:25
  28:12,16,24
  31:1 39:18
reported 31:9
reporter 4:11
  7:21
reports 9:10,16
  16:15 27:13,16
  28:19,22 34:19
  35:1,20 36:9
  37:8,19
represent 19:9

33:13
requisitions
  23:2
resonance 6:12
respect 8:21
  20:21 32:15
respective 24:23
result 24:2
review 5:17 9:3
  9:6 10:10 12:9
  29:4 30:21
  34:8 40:3
reviewed 8:18,20
  8:22,24 9:15
  9:16 11:15
  13:5,8 25:16
  28:12 34:19
reviewing 13:19
  15:24 38:11
reviews 8:16
ribs 10:3 30:19
  31:13
right 10:21 14:9
  16:5 28:21
  31:16 32:8,11
  32:12 33:1
risks 15:10
room 18:13
ROY 2:2
RPR 1:18 41:22
Rules 4:23
run 22:16
runners 30:2,3

_____

S

sacrum 12:16
  19:11
saw 12:14 14:1,1
  14:12,15 29:9
saying 17:12
says 36:7
scan 3:13 18:22
  25:9 29:17,18
  29:19 30:1,4,9
  30:13,17 31:1
  31:10 32:1
  34:6
scanned 25:6
scanners 25:3
scanning 10:8
  16:11

scans 5:25,25
  25:10 26:21
  27:22 30:7,10
  30:11
school 6:10 8:10
second 21:17
  28:18 36:12
secondary 11:21
see 10:3,25
  12:18,24 13:1
  13:17 15:12,19
  16:2,3,5,13,21
  16:22 20:1,21
  20:22 22:21
  23:2,14,21,22
  23:24 24:4,6
  24:13,14 25:5
  25:12 26:5,7,9
  26:25 27:4
  28:6,8,17,18
  30:5 31:12,15
  31:25 32:12
  33:25 34:4,4,6
  34:14 35:3
  38:1 40:11
seeing 22:1 28:9
seen 16:10 24:8
  25:1 40:10
sensitive 16:6
  30:1,11
sent 36:3,17
September 41:24
sequestered
  38:22
series 20:24
  22:16
serious 33:22
  34:2
seriously 34:13
set 4:21,24 9:18
  11:15 18:19,21
  21:1,1,17 22:8
  22:12 36:14
seventh 15:18
seventies 20:13
shallow 14:6
shin 30:3
shock 17:17 20:7
short 26:12
shorter 20:14
shoulder 31:13

_____

Douglas Quint, M.D.
11/13/2012

show 7:17 30:10
  30:17,22
showed 10:13
side 11:12 23:8
  23:8
sides 10:19
  14:25 18:7,12
significant 10:9
  11:14 23:17
  24:18 26:4
significantly
  15:20 24:22
simply 9:10
sir 5:5 6:9 7:14
  30:25 33:11
sits 17:4,4
six 15:4 30:13
  30:16
sixth 14:20
  15:18
sixties 20:13
slash 11:9
slight 25:4,4
smack 26:9
small 29:20 30:5
soft 11:22,24
  12:25 13:25
  16:5,10
somebody 15:14
  19:8,24 21:23
sorry 11:3 20:3
  39:4
sort 26:22
sorts 15:10
SOUTHERN 1:2
space 16:17 17:4
  17:7,11,12,13
  17:23,25 18:2
  18:11
special 9:6
specialty 6:19
specific 19:5
  38:23
specifically 5:1
spinal 12:13
  13:18 14:3,9
  14:10,23,24
  15:2,6,9,12,13
  15:22 17:2,6,9
  17:15,17,18,21
  18:3,3,4,6,8

18:11,13,14,15
  19:17
spine 3:15,17,19
  3:21 5:17,19
  5:23 6:3,4,6,8
  9:4,21,22,23
  10:13,16,16,18
  11:12,13,18,23
  12:2,8,21,23
  13:10,19,23
  15:16,17,19,20
  16:6,25 17:1,8
  18:23 19:4,6
  20:6,7,11,18
  20:19,21 21:4
  21:5,6,6 22:20
  23:15,22,23
  24:17 27:24
  29:8,12,13
  31:13 35:24,25
  38:3,3,4 39:7
splints 30:3
SS 41:2
stability 20:19
standard 23:11
start 17:20
  19:24 20:8,18
started 9:20
state 1:7 4:10
  4:15 41:1,23
STATES 1:1
status 8:20
staying 12:5
stenosis 14:24
sternal 32:22
sterno 32:10,23
sternoclavicular
  32:4,6,7,10
sternomanubrium
  32:22,24
straight 14:8
Street 1:14
strike 26:2
structure 17:2,4
  31:23
structures 13:18
studies 9:3,4
  21:7,19 23:5
  24:5,22 25:13
  25:14 29:4,10
  29:15 33:21

34:22 38:1
study 10:5 19:1
  19:1 21:15,22
  23:5,10 24:24
  24:24 25:1
  27:8 28:17,18
  29:10 32:19
  34:15 40:1
subarachnoid
  16:17 17:22,25
subdural 26:10
subject 37:11
subspecialist
  22:1
subspecialty
  6:25 7:2
suggest 25:7
  26:6
suite 2:13 34:5
superior 32:21
sure 25:22 28:15
  33:20
surface 16:23
  27:3
surgeon 22:2
surrounding
  17:18 18:15
  26:11
surrounds 18:2,3
swear 4:11
swelling 11:23
  13:1 16:4,5,10
sworn 4:18 41:10
symptoms 21:13
  21:16 22:24
  26:22
system 5:24

_____
            T
_____
TABLE 3:1
take 21:20 26:24
  26:25
taken 1:14 4:6
  5:1 8:15 23:4
  41:8
takes 15:11
  24:12
talk 20:20 25:18
  25:18
talked 14:15
talking 16:20

20:4 26:18
teacher 33:16
teaching 6:17
tear 11:22 34:3
TECHNICIAN 2:18
  4:4 35:11,17
  40:17
techniques 10:8
teens 19:24
tell 8:15,23
  10:22 17:25
  21:10 27:16
  29:17 30:24
  31:8 32:5,23
  39:2,8 41:11
tells 40:11
temporomandib...
  31:17,19,22
Temrowski 2:2,3
  2:3 3:6 4:12
  4:12 33:12,13
  35:4,9,19
  36:23 37:15
  38:11 40:16
ten 38:21
tenth 19:13
tenured 6:11,13
  8:10
term 27:6 37:13
  37:14,18 38:16
  38:25
terminology 11:8
  28:5 38:18,20
  40:7
terms 16:25
  38:16
test 13:12,15,24
  29:18
testified 4:18
testimony 37:16
  37:21,22 41:7
tests 5:20 21:12
  31:6
thank 7:20 12:3
  24:21 33:11
  38:11 40:14
thereunder 4:25
thick 17:2
thing 8:12 15:7
  15:8 22:5,11
  23:13 33:4

Douglas Quint, M.D.
11/13/2012

Page 9

things 6:15
  10:14,25 13:15
  20:9,15 22:4
  23:7 25:6,11
  38:18 40:9
think 10:1,2
  22:10 28:2,9
  28:10
third 14:3 17:3
  17:3
thirty 20:8
  34:12
thousand 7:20
three 13:9,14
  16:8,14 19:13
  33:5
threshold 27:9
time 4:7,9 5:2
  8:7,7,17 15:11
  16:11 18:23
  19:3 20:6,16
  27:5 37:17
  40:13
times 8:23
tissue 11:22
  13:1,25 16:10
tissues 11:24
  16:5
today 4:7 7:10
  34:24 37:16,22
  38:9
today's 7:19
top 12:16 19:11
tracer 32:3,17
training 6:24
  7:4
transcript 3:23
  41:5
translate 16:19
trauma 12:22
  13:10 15:24
  16:12,13 20:2
  26:7 29:7
traumatic 9:8
  11:17,20 12:25
  13:2 16:9,12
  22:19 24:2
  27:6 29:15
  31:12 38:2
treat 33:18,20
treated 15:15

treatment 33:25
trial 5:3
tried 12:5
true 37:20 41:6
truth 41:11
try 20:19
tube 17:5
tubular 17:3
Tuesday 1:17 4:2
  4:7 41:8
turning 29:23
turnover 30:5
twenty-five 6:18
two 7:3,19 19:2
  19:12,19 25:9
  32:11 37:6
type 10:4
typical 11:2,4
typically 10:1

_____ U _____

U 8:3,9
ultrasounds 5:18
unchanged 23:6
underlying 28:11
understand 28:19
understanding
  30:20
unexpected 19:25
unfortunately
  11:1
UNITED 1:1
University 5:10
  6:9,18 8:13
unusual 30:8
upper 32:8
uptake 31:15
  33:4
use 5:24,24,25
  7:13 11:8 28:5
  30:9 37:13,18
  38:15
usually 16:21
  21:23 29:18
Utica 2:5

_____ V _____

v 1:5
VA 8:4
Van 2:4,12
various 9:3

vein 29:21
ventral 16:17
  17:22,25 18:5
  18:10
vertebra 12:16
  14:4,21 16:1,3
  19:11
vessels 34:3
VIDEO 2:18 4:4
  35:11,17 40:17
videotaped 4:5
views 23:11,18
vitae 3:11 7:10
  7:18 33:9
volume 26:6 27:5

_____ W _____

walked 38:9
want 17:14 21:14
  26:24 35:5
wanted 25:22
Waskowski 1:3
  4:13 25:15
  30:19 33:14
  34:19 35:23
  36:18 37:24
  38:5
Waskowski's 9:2
  10:10 29:7
  36:3,17 37:6
wastebasket 27:6
way 17:5 40:5
ways 5:22
weeks 11:24
  26:25
West 1:14
we're 13:14 16:8
  16:19 21:7
  35:17 40:18
we've 14:15 21:7
  35:20
white 10:3
wide 26:21
witness 3:2
  36:22 37:13
  41:10
word 9:24 18:5
  38:15
work 5:9 8:13
  12:5
works 29:19

worry 24:15
worse 21:14
wouldn't 24:9
  38:10
writing 6:15
written 38:21

_____ X _____

x-ray 9:25 10:1
  10:2,3,6 12:18
x-rays 5:18,18
  5:24 9:20,24
  10:11,12 11:15
  11:18 12:4,7
  12:10,11,23
  14:15 21:3
  22:9,12,17
  23:4,19 24:3
  30:4,19

_____ Y _____

Yeah 25:21
year 25:9 26:14
  30:16 34:9
years 6:15,18
  7:3 10:6,15
  15:11,11 24:12
  30:16 38:21
Yep 25:24

_____ Z _____

Zalmarano 36:25

_____ 1 _____

1 1:11 3:10 7:16
  35:14
11-CV-13036 1:5
13 1:17 4:2 41:8
  41:24
13th 4:7 7:20,21
14th 7:19
15th 18:22 25:2
  39:6,11,12,25
18th 13:9,20
  18:17 24:25
  27:24
1986 6:24
1988 7:4
1995 7:8

_____ 2 _____

Douglas Quint, M.D.
11/13/2012

**2** 3:12 30:23
  33:10
**2-3** 28:2
**2005** 7:8
**2009** 29:12,16
  37:25
**2010** 3:13 9:5,20
  12:4,6 13:5,9
  13:20 18:17,22
  23:7 24:4,23
  24:25 27:18,22
  27:24 31:2
  39:6,11,16,25
  40:11
**2011** 9:6 21:2
  22:13 23:4,10
  24:5,17 27:19
  28:13,24
**2012** 1:17 4:2,7
  7:21 27:9 41:8
**2013** 41:24
**2015** 7:8
**23rd** 37:25
**24th** 9:5 21:2
  22:13 23:10
  24:5,17 27:19
  28:13,24
**248** 2:15
**25** 3:13
**25th** 31:2,11
**254-5566** 2:6
**25900** 2:13
**27th** 39:16

_____
            **3**
_____
**3** 3:14 35:21,23
**3-4** 28:2
**326** 2:13
**33** 3:6
**35** 3:10,12,14,16
  3:18,20
**38** 3:7

_____
            **4**
_____
**4** 3:5,16 35:21
  35:23 39:12
**4th** 9:5,20 12:4
  12:5,6 13:4
  14:16 23:6
  24:4 27:18
  40:11

**4-5** 28:2
**41** 1:11
**45109** 2:4
**48237** 2:14
**48317** 2:5

_____
            **5**
_____
**5** 3:18 11:9
  35:21 36:14
**5-6** 28:2
**5:09** 1:16 4:3,8
**5:51** 35:12,13
**5:54** 35:16,18
**586** 2:6

_____
            **6**
_____
**6** 3:20 35:14,21
  36:14
**6-7** 28:2
**6:00** 40:18,21
**623** 1:14

_____
            **9**
_____
**968-5200** 2:15

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313-567-8100