UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAROSLAW WASKOWSKI,

    Plaintiff(s),

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant(s).

Case No. 11-CV-13036

Hon. Sean F. Cox

_____/

## NOTICE OF FILING DEPOSITION(S)
## WITH THE CLERK OF COURT (RULE 26.2)

This deposition is submitted for filing with the Court in compliance with Local Rule 26.2 for the following reason:

_____ This deposition is filed in support of a motion, a copy of which is attached.

_____ This deposition will be used at a trial or hearing before the Court.

\_\_X\_\_ This deposition is being filed upon order of this Court.

_____
Attorney's Signature

Name(s) of Deponent(s):

Kamila Waskowska