HANSON RENAISSANCE
hansonreporting.com

ORIGINAL

1     IN THE DISTRICT COURT OF THE UNITED STATES

2     FOR THE EASTERN DISTRICT OF MICHIGAN

3     SOUTHERN DIVISION

4

5     JAROSLAW WASKOWSKI,

6              Plaintiff,

7    vs.           Civil Action

8             No. 11-CV-13036

9             HON. MARK A. GOLDSMITH

10         MAGISTRATE JUDGE HLUCHANIUK

11     STATE FARM MUTUAL AUTOMOBILE

12     INSURANCE COMPANY,

13             Defendant.

14

15

16             PAGE 1 TO 85

17

18

19     The Deposition of KAMILA WASKOWSKA,

20     Taken at 45109 Van Dyke Avenue,

21     Utica, Michigan,

22     Commencing at 2:35 p.m.,

23     Tuesday, February 28, 2012

24     Before Mary Jeanne Henn, CSR 2940.

25

HANSON RENAISSANCE
hansonreporting.com

```
 1          APPEARANCES:
 2
 3          LEE ROY H. TEMROWSKI P31967
 4          Temrowski & Temrowski
 5          45109 Van Dyke Avenue
 6          Utica, Michigan 48317
 7          586 254-5566
 8          Appearing on behalf of the Plaintiff.
 9
10          JAMES F. HEWSON P27127
11          Hewson & Van Hellemont, P.C.
12          25900 Greenfield Road
13          Suite 326
14          Oak Park, Michigan 48237
15          248 968-5200
16          Appearing on behalf of the Defendant.
17
18          MATT McKINLEY
19          Hanson/Renaissance Court Reporters
20          400 Renaissance Center
21          Suite 2160
22          Detroit, Michigan 48243
23          313-567-8100
24          Video Technician.
25
```

HANSON RENAISSANCE
hansonreporting.com

Page 3

1
2          INDEX TO EXAMINATIONS
3   Witness                                    Page
4   KAMILA WASKOWSKA
5
6
7   EXAMINATION BY MR. HEMSON              5
8
9
10
11          INDEX TO EXHIBITS
12
13  DEPOSITION EXHIBIT NUMBER 1           43
14  Medical Mileage Calculation Form
15  Dated 12-23-2009
16  DEPOSITION EXHIBIT NUMBER 2           50
17  Affidavit of Services Rendered
18  Dated 01-09-2010
19  DEPOSITION EXHIBIT NUMBER 3           59
20  Affidavit of Services Rendered
21  Thirty-six Pages
22
23
24  Exhibits Continued:
25

| | |
|---|---|
| DEPOSITION EXHIBIT NUMBER 4 | 59 |
| Affidavit of Attendant Care Services Rendered Dated 12-27-2009 to 1-2-2010 | |
| DEPOSITION EXHIBIT NUMBER 5 | 71 |
| Affidavit of Attendant Care Services Rendered Dated 3-14-2010 to 3-30-2010 | |
| DEPOSITION EXHIBIT NUMBER 6 | 75 |
| Affidavit of Attendant Care Services Rendered Dated 5-30-2010 to 6-5-2010 | |

HANSON RENAISSANCE COURT REPORTERS & VIDEO hansonreporting.com

Page 5

```
 1              Utica, Michigan
 2              Tuesday, February 28, 2012
 3              Approximately 2:35 p.m.
 4              VIDEO TECHNICIAN:  We are now on the record.  This
 5    is the videotaped deposition of Kamila Waskowska being taken
 6    in Utica, Michigan.  Today is February 28, 2012.  The time
 7    is 2:35:12 p.m.
 8              Will the attorneys introduce themselves and the
 9    court reporter please swear in the witness.
10              MR. TEMROWSKI:  Lee Temrowski appearing on behalf
11    of the plaintiff.
12              MR. HEWSON:  James Hewson appearing on behalf of
13    State Farm.
14                         KAMILA WASKOWSKA,
15    having first been duly sworn, was examined and testified
16    on her oath as follows:
17              MR. HEWSON:  The record should reflect this is the
18    day and date set for the taking of the deposition of Ms. Kamila
19    Waskowska pursuant to notice and agreement of counsel as to
20    time and place for all the purposes set forth under the
21    Federal Rules of Civil Procedure.
22    EXAMINATION BY MR. HEWSON:
23    Q.   Ms. Waskowska, have you ever been deposed before?
24    A.   I believe so, yes.
25    Q.   Can you tell me when that was, please?
```

HANSON RENAISSANCE    hansonreporting.com

Page 6

1   A.   I'm not sure exactly when.  I want to say it was a couple
2        months ago.
3   Q.   Was that in connection with a case?
4   A.   I believe so.
5   Q.   Do you know what case?
6   A.   This one that we're here on.
7   Q.   I have never deposed you before?
8   A.   I don't think so.
9   Q.   Were you deposed in this office?
10  A.   I believe so.
11  Q.   Let me advise you of what this deposition will be since I
12       don't want us to have any misunderstandings.  It's a
13       question and answer period, and if I ask you a question it's
14       your job to answer it unless Mr. Temrowski objects.  If he
15       objects, don't say anything until he makes his statement on
16       the record and he will advise you whether or not to proceed.
17       Okay?
18  A.   Okay.
19  Q.   If I ask you a question that's confusing or unclear, I need
20       you to stop me and tell me that, all right?
21  A.   Okay.
22  Q.   If I ask you a question that you don't know the answer to,
23       I want you to feel free to tell me that you don't know.  I
24       would prefer you not guess, all right?
25  A.   Okay.

Page 7

1    Q.   But if I ask you a question and you answer it, I'm going to

2         assume that you understood me and you're answering me

3         truthfully.  Is that fair?

4    A.   That's fair.

5    Q.   Very good.  For the record, would you state your name and

6         give us your address?

7    A.   My name is Kamila Waskowska, and I live at 31231 Hoover

8         Road, Warren, Michigan 48093.

9    Q.   How long have you lived there?

10   A.   It's going to be two years in May, I believe.

11   Q.   Is that a home or an apartment?

12   A.   It's a condominium.

13   Q.   Does anyone live there with you?

14   A.   My son.

15   Q.   Your son's name and age, please?

16   A.   His name is Lucas McGilton, and his date of birth is

17        April 25, 2010.

18   Q.   He's coming up on two?

19   A.   Two, yes.

20   Q.   Does anyone else live there with you?

21   A.   No, just me and him.

22   Q.   Did you move into the Hoover address right after you

23        had Lucas?

24   A.   I believe it's been a month after, a month or two.

25   Q.   Where did you live before the Hoover address?

HANSON RENAISSANCE
hansonreporting.com

Page 8

1   A.   I lived with my dad, and that was at 2614 Avis Drive.

2        That's Sterling Heights, and it's 48310.

3   Q.   And how long did you live there?

4   A.   I got to think.  I want to say it was close to two years

5        as well.

6   Q.   Go back one more address for me.  Before Avis where did

7        you live?

8   A.   Grosse Pointe Park.

9   Q.   Do you remember the street?

10  A.   It was Beaconsfield.  I do not remember the apartment

11       number, though.

12  Q.   How long did you live there?

13  A.   Four or five years.

14  Q.   What is your date of birth, please?

15  A.   May 22, 1989.

16  Q.   Are you a licensed Michigan driver?

17  A.   Yes, I am.

18  Q.   Do you have your driver's license with you?

19  A.   Yes, I do.

20  Q.   Can you give us the number off the top of that, please?

21  A.   Can I grab it?

22  Q.   Sure.

23  A.   Okay.  It's W-220-461-044-386.

24  Q.   Is that an operator's license, a chauffeur's license?

25  A.   It's an operator's license.

HANSON RENAISSANCE    hansonreporting.com

```
 1   Q.   Have you ever been known by any other name?
 2   A.   No, I have not.
 3   Q.   Have you ever been convicted of a felony?
 4   A.   No.
 5   Q.   How far did you go in school?
 6   A.   I completed high school, and I'm in college right now.
 7   Q.   What high school did you go to?
 8   A.   Grosse Pointe South High School.
 9   Q.   When did you graduate from there?
10   A.   2008.
11   Q.   Where are you going to school now?
12   A.   Oakland Community College.
13   Q.   Is there more than one campus for OCC?
14   A.   Yes.  It's the Auburn Hills one.
15   Q.   You're at Auburn Hills?
16   A.   Uh-huh.
17   Q.   What are you studying there?
18   A.   Criminal justice.
19   Q.   How long have you been in that program?
20   A.   I just started in January.
21   Q.   In 2012?
22   A.   Yep.
23   Q.   Had you attended college at all in 2008 until you just
24        started in 2012?
25   A.   Yes, I did.
```

HANSON RENAISSANCE hansonreporting.com

Page 10

```
1    Q.   Where did you go to school?

2    A.   I went to Macomb Community College.

3    Q.   Which campus?

4    A.   The Macomb.

5    Q.   The one on Garfield?

6    A.   No, the one on Hayes and Twelve Mile.

7    Q.   What did you study there?

8    A.   I just did general studies, no major, no nothing.

9    Q.   For what period of time did you have general studies there?

10   A.   I want to say it was about a year, year and a half.

11   Q.   Do you remember what year or year and a half it was?

12   A.   It was right after I graduated high school.

13   Q.   We're talking about you went from 2008 to 2010, maybe?

14   A.   Not so far.  I want to say about maybe 2009, yeah.

15   Q.   Why did you quit or why did you stop?

16   A.   I got pregnant.

17   Q.   That'll do it.  At OCC how many classes are you taking?

18   A.   I'm taking two.

19   Q.   What are those classes, please?

20   A.   It's introduction to criminal justice and it's just English

21        writing.

22   Q.   Were you able to transfer your credits from Oakland --

23        Macomb to Oakland?

24   A.   I'm not really sure, because it's a different major.  I

25        want to say the general classes get transferred.
```

Page 11

```
 1   Q.  What days of the week do you go to Oakland?
 2   A.  Mondays.
 3   Q.  What hours do you go on Mondays?
 4   A.  9:00 to 3:00.
 5   Q.  How long does your semester or trimester run?
 6   A.  It's a 12-week course.
 7   Q.  You will finish somewhere the end of March or beginning
 8       of April?
 9   A.  April, yes.
10   Q.  Are you employed?
11   A.  Yes, I am.
12   Q.  Where do you work?
13   A.  I work at Sally's Beauty.
14   Q.  Sally's Beauty?
15   A.  Sally's Beauty Supply.
16   Q.  Where are they located?
17   A.  My work is located in Southfield.
18   Q.  Do you know the street address there?
19   A.  29832 Southfield Road.  It's Southfield, and the zip
20       code is 48076, I believe.
21   Q.  How long have you worked there?
22   A.  It's going to be two years in June.
23   Q.  You started in 2010?
24   A.  Yes.
25   Q.  What days of the week do you work?
```

Page 12

```
 1   A.   It varies, there's no set schedule.
 2   Q.   What days of the week is the business open?
 3   A.   It's open Monday through Sunday.
 4   Q.   How many days of the week do you work?
 5   A.   Usually about five days.
 6   Q.   On those days you work how many hours?
 7   A.   It varies.  I mean I get certain hours per week but
 8        never a set schedule.
 9   Q.   When you say certain hours per week, are you telling me
10        there's a minimum number of hours you work?
11   A.   There's a set amount of hours.  Like I get at least 30
12        hours a week.
13   Q.   Is there a regular start time for you?
14   A.   Nope.
15   Q.   Is there a regular finish time for you?
16   A.   Nope.
17   Q.   Can you tell me the hours of the business, how long are
18        they --
19   A.   9:00 until 9:00 Monday through Saturday and 11:00 to 5:00
20        on Sundays.
21   Q.   For example, did you work yesterday?
22   A.   No, I did not.
23   Q.   Did you work Sunday?
24   A.   Yes, I did.
25   Q.   What were your hours on Sunday?
```

HANSON RENAISSANCE  hansonreporting.com

Page 13

1   A.   11:00 to 5:00.

2   Q.   Is that fairly standard for you, that is if you're called

3        to work on a Sunday, you would work 11:00 to 5:00?

4   A.   Yes.  Sometimes it's 10:00 to 5:00 if I have to open.

5   Q.   Are you scheduled to work tomorrow?

6   A.   Yes, I am.

7   Q.   What are your hours tomorrow?

8   A.   12:00 to 9:00, I believe.

9   Q.   Is that shift normal for you or is that out of the ordinary?

10  A.   That's just like probably once a week that I have a longer

11       shift.

12  Q.   What are your responsibilities there?

13  A.   I'm an outside salesperson.  That means I do deliveries

14       to different salons, if they need any color, any shampoos,

15       stuff like that, as well as customer service.

16  Q.   Are you required to punch a clock to record your time?

17  A.   Yes, I am.

18  Q.   Are you required to punch in and punch out?

19  A.   Yes, I am.

20  Q.   Are you required to punch in and out for lunch?

21  A.   Yes, I am.

22  Q.   Has that been the practice at your employment ever since

23       you started there about two years ago?

24  A.   Yes.

25  Q.   Were you employed prior to working at Sally's Beauty Supply?

HANSON RENAISSANCE
hansonreporting.com

```
 1   A.   Yes, I was.

 2        Q.   Where did you work?

 3   A.   I worked at American Polish Cultural Center as well as

 4        Bowl One.

 5        Q.   Let's start with American Polish Cultural Center.

 6   A.   Sure.

 7        Q.   Is that at Fifteen and Dequindre?

 8   A.   Yes, it is.

 9        Q.   What did you do there?

10   A.   I was a waitress.

11        Q.   How long did you work there?

12   A.   I'm not sure.   I want to say it was a year or year and

13        a half.   I took a break whenever I had my son.

14        Q.   What hours did you work?

15   A.   It varied.   It was waitressing, so it was not really a

16        set schedule.

17        Q.   Was there a predominant period of time you would be working,

18        like you would work mornings or afternoons?

19   A.   Yes.   I usually did mornings.   It was from 9:00 until 2:00.

20        Q.   When you were working at the American Polish Cultural

21        Center, were you living with your father?

22   A.   Yes, I was.

23        Q.   How many hours a week were you working, ma'am?

24   A.   I want to say it was about 20.

25        Q.   You said you had had another job?
```

Page 14

Page 15

1  A.  I did.  It was just Sunday nights.  It was at Bowl One.
2  Q.  Bowl One?
3  A.  Yep.
4  Q.  Where is that located?
5  A.  It's on Fourteen Mile between John R and Dequindre.
6  Q.  What did you do there?
7  A.  I was a bartender.
8  Q.  What hours did you work there?
9  A.  5:30 till midnight.
10 Q.  Were you working at the American Polish Cultural Center
11     at the same time that you were going to Macomb?
12 A.  No.
13 Q.  Macomb was after?
14 A.  No, Polish Cultural Center was after Macomb.
15 Q.  Did you work anywhere while you were going to Macomb?
16 A.  Yes, I did.
17 Q.  Where was that?
18 A.  Pepper Bottoms.
19 Q.  What is Pepper Bottoms?
20 A.  It's a bar.
21 Q.  Where are they located?
22 A.  On Nine and a half and Harper.
23 Q.  How long did you work there?
24 A.  About a year.
25 Q.  Do you remember what year that was, from when to when?

HANSON RENAISSANCE hansonreporting.com

```
 1   A.   I want to say it was between '08 and '09.
 2   Q.   Would that have been your first job after high school?
 3   A.   Yes, it was.
 4   Q.   Do you remember where you were living when you were working
 5        that job at Pepper Bottoms?
 6   A.   I started living in Grosse Pointe and then we moved to
 7        Sterling Heights.
 8   Q.   Do you remember the date of your father's accident?
 9   A.   It was December 23, 2009.
10   Q.   Do you remember if you were scheduled to work that day?
11   A.   I was working that day.
12   Q.   Where were you working that day?
13   A.   I was at the American Polish Cultural Center.
14   Q.   How did you find out about the accident?
15   A.   There was actually a customer that came in to my work and
16        said there has been a car accident on the crossing of
17        Fifteen and Dequindre, right?  Yes.  Then I received a phone
18        call from my mom saying that my dad has been in an accident,
19        and that's where it was.
20   Q.   Do you know if your mother was with your father at the time
21        of the accident?
22   A.   She was not.
23   Q.   Do you know how she came to learn of the accident?
24   A.   I think my father called her from the flower shop.
25   Q.   Did he call you from the flower shop?
```

HANSON RENAISSANCE hansonreporting.com

```
 1   A.   No, he did not, because I was at work.
 2   Q.   You did not see the accident itself?
 3   A.   No, I did not.
 4   Q.   When the customer came in and told you about the accident,
 5        what did you do?
 6   A.   I just said wow, and then a couple minutes later I received
 7        a phone call from my mom.
 8   Q.   After you received the phone call from your mother, what
 9        did you do?
10   A.   I ran to the car scene.
11   Q.   Where was your father's car when you got to the scene?
12   A.   It was between the road and a parking lot of the flower
13        shop, so it was like on the side.
14   Q.   When you say on the side, it wasn't tipped over onto its
15        side?
16   A.   No, it was just -- in the park -- not in the parking lot,
17        but in an area where the flower shop is at, like on the
18        grass.
19   Q.   Where was your father when you got there?
20   A.   He was outside of the car.
21   Q.   Were the police there?
22   A.   Yes, they were.
23   Q.   Were you able to talk to the police at all?
24   A.   Yes, I did.
25   Q.   What did you tell them?
```

Page 17

HANSON RENAISSANCE
hansonreporting.com

Page 18

```
 1  A.  I just asked what happened and they explained the scene to
 2      me and they asked me if my dad was doing okay, and I said
 3      yeah.
 4  Q.  How did you come to the conclusion your dad was doing okay?
 5  A.  He was talking to me.  He was in shock.  He wasn't really
 6      like -- when I asked him what happened, he wasn't able to
 7      actually describe the whole accident to me, although he
 8      was able to communicate on like basic levels.
 9  Q.  Do you remember what he told you relative to how the
10      accident occurred?
11  A.  I just asked him if he's okay and he said yes.
12  Q.  Did an ambulance come to the scene while you were there?
13  A.  There was an ambulance already there.
14  Q.  Did your father or you on his behalf ask whether or not
15      he could leave in the ambulance?
16  A.  No.
17  Q.  Were you under the impression at that point that he needed
18      an ambulance?
19  A.  I don't think so.
20  Q.  Why don't you think so?
21  A.  I mean he wasn't bleeding anywhere.  There was no like cuts,
22      no, no scratches on him.  He said he was just like hurting
23      from the seat belt.
24  Q.  Did any other family member come to the scene while you
25      were there?
```

HANSON RENAISSANCE
hansonreporting.com

Page 19

```
 1    A.   My sister did.

 2    Q.   Her name?

 3    A.   Margaret Waskowska.  Now it's different.

 4    Q.   In what way is it different?

 5    A.   She became a citizen and she actually got married, so now

 6         it's Margaret Jerowski.

 7    Q.   Can you spell the last name?

 8    A.   I'll try.

 9    Q.   Thank you.

10    A.   J-E-R-O-W-S-K-I, I believe.

11    Q.   Jerowski?

12    A.   Jerowski.  J-E-R-O-W-S-K-I, I believe.  Sorry.

13    Q.   That's fine, that's fine.  What time or how long after

14         you got to the scene did Margaret get there?

15    A.   About ten to 15 minutes.

16    Q.   Do you know if your father's car was drivable from the

17         scene?

18    A.   It was not.

19    Q.   Did you try to drive it?

20    A.   Nope.

21    Q.   Did you arrange for the tow truck?

22    A.   The tow truck was arranged by the police.

23    Q.   How did your father leave the scene?

24    A.   My sister came in a car and we drove away.

25    Q.   Were you done at work?
```

HANSON RENAISSANCE
hansonreporting.com

1  A.  Yes, they let me go for the day.

2  Q.  How had you gotten to work that day?

3  A.  I drove myself.

4  Q.  Where was your car?

5  A.  It stayed at the Polish Center.

6  Q.  Now, at this particular point in time after you left the

7      accident scene, you are still living with your dad; am

8      I right?

9  A.  Yes, I was.

10 Q.  Where was Margaret living?

11 A.  She was living with us as well.

12 Q.  Did you take your father to the hospital that night?

13 A.  Not that night, no. We went, I believe, two weeks or so

14     after. We went to St. John Macomb.

15 Q.  In that two-week period of time, did your father treat

16     with anyone that you know of?

17 A.  I don't remember. I know he was taking Ibuprofen, but

18     other than that, that's all I can recall.

19 Q.  Did you continue to work after the accident in that two-week

20     period of time before you went to St. John's Macomb?

21 A.  I think so.

22 Q.  Was Margaret working at the time, if you know?

23 A.  Yes, she was.

24 Q.  Do you know where she was working?

25 A.  She was working at the American Polish Cultural Center.

HANSON RENAISSANCE
hansonreporting.com

```
 1              as well.
 2    Q.   Do you know what she was doing there?
 3    A.   She was a waitress.
 4    Q.   Was she working during the day as well?
 5    A.   No, she was not.
 6    Q.   When was she working?
 7    A.   I don't remember.
 8    Q.   Did you go with your father to visit Dr. Wietrzykowski?
 9    A.   No, I did not.
10    Q.   Do you know if Margaret went with him?
11    A.   I'm not sure.  I believe she did, but I'm not sure 100
12              percent.
13    Q.   Now, I have a date of December 29 that your dad went to
14              see Dr. Wietrzykowski.
15    A.   It might have been that day.
16    Q.   Which would be about six days after the accident?
17    A.   Right, because of the holidays.
18    Q.   Do you know if he treated with anyone else from the
19              twenty-third to the twenty-ninth?
20    A.   No, because of the holidays there was nobody open.
21    Q.   Did you try to go to an urgent care or a hospital to
22              see if they were open?
23    A.   I remember we went to that St. John, but I don't remember
24              exactly what day it was.
25    Q.   Did your father complain to you in that six-day period
```

Page 21

HANSON RENAISSANCE
hansonreporting.com

1       of time?
2  A.   He said his shoulder was hurting.  We could see some
3       bruising on his shoulder as well as his neck.  Then he
4       complained of a headache.
5  Q.   Which shoulder was he complaining about?
6  A.   It was his left one.
7  Q.   Where did you see the bruising on his neck?
8  A.   It was like on his neck, it would have been like around
9       here, and then his seat belt bruising was just here,
10      whatever it is.  The seat belt had hit him or had stopped
11      him from moving anywhere.
12 Q.   When you say around here, the court reporter can't get that.
13      Are you talking about the side of his neck?
14 A.   Yes, the side of his neck, the left side where the head rest
15      would be at.
16 Q.   Was there any other bruising that you observed?
17 A.   Not that I can recall.
18 Q.   You said he complained of headaches?
19 A.   Yes, he did.
20 Q.   How often did he complain of headaches?
21 A.   Pretty much every day.
22 Q.   What would he do for those headaches?
23 A.   He took Ibuprofen.
24 Q.   When he would take the Ibuprofen, would he report to you
25      or mention to you that his headaches had gone away?

Page 22

HANSON RENAISSANCE   hansonreporting.com

```
 1   A.   He said they went away but that after they came back.

 2   Q.   Do you remember what it was, what set of circumstances

 3        it was, that led you and your father to go to St. John's

 4        Macomb Hospital?

 5   A.   We just wanted to get him checked out to see if maybe

 6        his shoulder was dislocated or something.

 7   Q.   That was two weeks after the accident, correct?

 8   A.   I don't remember.

 9   Q.   Do you know whether he saw Dr. Wietrzykowski more than once?

10   A.   From what I know, he seen him only once because he did not

11        speak Polish.

12   Q.   In the period of time between the accident and the visit

13        to St. John's Macomb --

14   A.   Okay.

15   Q.   -- was your father able to bathe himself?

16   A.   Yes, but he said it caused him pain.

17   Q.   Did he tell you where it caused him pain?

18   A.   Around the shoulder area.  He would not be able to lift

19        his arm high.

20   Q.   In that period of time he was taking his own showers?

21   A.   Yes, but it took him a longer time than it did normally.

22   Q.   How long would that be?

23   A.   I want to say it would have been about 20 minutes or so.

24   Q.   Is that a longer time, is that what you're telling me, a

25        normal time period would be about ten?
```

HANSON RENAISSANCE
hansonreporting.com

1    A.   Before the accident, yes.

2    Q.   It took him about 20 minutes?

3    A.   After the accident, yes.

4    Q.   That was by himself?

5    A.   Yes.

6    Q.   In the period of time from the accident until St. John's

7         Hospital, was he able to dress himself?

8    A.   With help.

9    Q.   What kind of help?

10   A.   Helping to get the shirts through his arm and his head.

11   Q.   Now, you meant getting his arm into the arm hole of the

12        shirt?

13   A.   Right, yes.

14   Q.   What side are we talking about?

15   A.   His left side.

16   Q.   Other than that he could put on his underwear, his socks,

17        his pants?

18   A.   His pants, he needed help getting them through like because

19        he could not like kind of hold the pants.

20   Q.   What was your understanding, if you had one, as to why he

21        couldn't hold his pants?

22   A.   Like he could hold them but like he couldn't like bend to a

23        point, whatever, like his whole body was bent because he was

24        in pain.

25   Q.   How long would it take to get his pants and shirt on?

HANSON RENAISSANCE  hansonreporting.com

Page 25

```
 1   A.   Before the accident or after?
 2   Q.   Let's talk about after.
 3   A.   It would take him about five minutes.
 4   Q.   Before the accident you didn't help him?
 5   A.   No.
 6   Q.   What else would you help him relative to his clothes?
 7   A.   Before or after?
 8   Q.   Let's talk about afterwards.  Thank you.
 9   A.   His socks, he could not put his own socks.  He could not put
10        his own shoes on, especially tied his shoes.  The shirts,
11        the coats, the hat.  I mean it's kind of hard to put a hat
12        on with one hand.
13   Q.   What kind of hats are we talking about?
14   A.   Like just winter hats.
15   Q.   He's right-handed; am I right?
16   A.   He's right-handed, yeah, but I mean put a hat on with one
17        hand, it's hard.  Just dressing in general, it causes him
18        pain to like bend forward, to put his head back, to put
19        his arm up.
20   Q.   How long would it take you to dress him?
21   A.   Altogether?
22   Q.   Yes.
23   A.   Around five to ten minutes.
24   Q.   Again, we're talking about after the accident?
25   A.   Right.
```

```
 1   Q.   Did you ever have to help him get dressed before the
 2        accident?
 3   A.   No, I did not.
 4   Q.   Now, when he was working and you were working and going to
 5        school and Margaret was working and going to school, who was
 6        doing the chores around the house before the accident?
 7   A.   We all chipped in.  I mean we're not little girls anymore,
 8        you know.
 9   Q.   I understand.  I'm just trying to figure out who was doing
10        what.  Who was primarily responsible for the laundry before
11        the accident?
12   A.   We all were responsible for our own.
13   Q.   Okay.  After the accident did you have to help your father
14        with the laundry?
15   A.   Yeah, it all fell on me and Margaret.
16   Q.   How long would that take you to do his laundry?  I guess
17        did you have to fold it for him?
18   A.   Well, yeah.  We did the washing, the drying, the folding,
19        sometimes the ironing if it was like dress shirts or
20        something like that.  Around two hours with it all being
21        completed.
22   Q.   Two hours per week?
23   A.   No, we would do laundry probably twice if not three times
24        a week.
25   Q.   In that two hours are including yours and Margaret's or
```

Page 27

```
 1      just your dad's?
 2   A. I'm talking about myself and my dad's.
 3   Q. Is there any way for you to differentiate as to how much
 4      is your dad's?
 5   A. It would probably take me about an hour and a half.  I mean
 6      my laundry was -- after I moved, it was all in my house.
 7   Q. Why couldn't your dad fold the laundry?
 8   A. It hurt him.  His hand.  I mean he only has certain
 9      movements that he can do with his arm.
10   Q. What movements can he do with his arm?
11   A. He can lift his arm to about like -- I want to say like
12      right here.  He can't do anything past because it causes
13      him pain.  He cannot move his shoulder around like this.
14   Q. Okay.
15   A. He can barely move his hands right to left.
16   Q. When you say barely move his hands, is there --
17   A. His arms altogether, I'm sorry.
18   Q. No, no, that's okay.  I just want to make sure.  Are you
19      talking about he's having difficulty with his right hand
20      as well?
21   A. No, just the left one.
22   Q. Is he having difficulty with his elbow that you know of?
23   A. I don't know.
24   Q. Is he having difficulty with his wrists that you know of?
25   A. I don't know.
```

Page 28

```
 1    Q.   You're estimating that the laundry takes an hour and a half
 2         twice a week?
 3    A.   Around that time, yes.
 4    Q.   What else would you do for him around the house that he
 5         used to be able to do for himself?
 6    A.   We would cut the grass and Margaret -- we would take the
 7         dogs out, wash the windows, wash the floors, sweep the
 8         floors at least twice a day.
 9    Q.   Why twice a day?
10    A.   The dogs.  We have a Rottweiler and a Chihuahua, so the
11         Rottweiler sheds a lot.  There's just hair everywhere.
12         The dishes.  What else?  Do the groceries for him, cook
13         his meals.  I mean there's a lot.
14    Q.   Let's go through those things one at a time.  Did you
15         cut the grass before the accident?
16    A.   No, we did not.
17    Q.   Who cut the grass?
18    A.   My dad did.
19    Q.   Who walked the dogs?
20    A.   We all chipped in.
21    Q.   That would include your father?
22    A.   Once in a week he would, yeah.
23    Q.   How often were you washing the windows?
24    A.   We washed the windows twice a week.
25    Q.   All the windows in the house?
```

HANSON RENAISSANCE
hansonreporting.com

HANSON RENAISSANCE   hansonreporting.com

Page 29

1   A.   Like the balcony doors.

2   Q.   Is that where the dogs came in and out?

3   A.   Yeah.

4   Q.   They put their nose up against the glass?

5   A.   Exactly.

6   Q.   Those would be the only windows that you would wash?

7   A.   We would wash the windows once a week anyways.  We're kind

8        of neat-freaks.

9   Q.   How many windows are we talking about here?

10  A.   I want to say close to ten.

11  Q.   Did your dad do that before?

12  A.   No, he didn't.

13  Q.   Was that pretty much you and your sister?

14  A.   Like once in awhile my sister would do it, and then my

15       dad did whenever we were too busy with work, yeah.

16  Q.   It was mostly your job?

17  A.   Kind of.

18  Q.   You got to help me out how there.  How is it kind of your

19       job?

20  A.   Like he did stuff at home and he helped a lot.  I mean he

21       did everything he wanted to do and then he wanted us to chip

22       in with help.

23  Q.   Now, did you keep track of the things that you did on a

24       daily basis?

25  A.   We would put it on the form.  Me and Margaret, we would chip

HANSON RENAISSANCE hansonreporting.com

1    them in.  We would do them like depending on who had more
2    time.
3    Q.  When you say chip them in, you mean somebody would put
4    them on a form?
5    A.  Yeah, we would both fill them in.
6    Q.  Did you do that in handwriting or typing or how would you
7        do it?
8    A.  We did it typing.
9    Q.  Where did you get the forms for that?
10   A.  I'm not sure.  I believe here, but State Farm might have
11       mailed them.
12   Q.  State Farm didn't send the forms directly to you?
13   A.  I think my dad got them somewhere.
14   Q.  When did you start helping your father bathe?
15   A.  It was probably about six months after the accident.
16   Q.  Now we're talking about June?
17   A.  I think so.  I mean at that point he said just the pain
18       was unbearable.
19   Q.  During that period of time, up until June 2010, he was
20       bathing by himself?
21   A.  Yes, but like I said, it would take him a longer amount
22       of time than it normally did.  I think he was just kind
23       of embarrassed to ask for help with that.
24   Q.  Do you know why he didn't return to work?
25   A.  He was scared to drive after the accident.  He had like

HANSON RENAISSANCE
hansonreporting.com

Page 31

```
 1    anxieties about just getting in the car.  He was afraid he
 2    would get in a car accident again.  I mean me and my sister
 3    tried a menu where he literally holds onto everything he can
 4    hold onto.
 5  Q. Who would attend his doctors' appointments with him?
 6  A. It depended on the day.  There was really no set schedule.
 7  Q. Is there any way to know which of you would have been at
 8    any particular appointment?
 9  A. Not that I can distinguish, no.
10  Q. Would somebody go with him to his physical therapy
11    appointments?
12  A. Yes.
13  Q. Would you stay at the physical therapy place?
14  A. Yes, we did.
15  Q. How long would that normally take?
16  A. About an hour.
17  Q. Why would you stay there?
18  A. Well, he needed help getting off the beds.  I know the guys
19    are there to help him, but sometimes it's just not enough
20    with one person.  Plus he needs to be driven there, driven
21    back, he needs help getting in and out of the car, opening
22    the doors;
23  Q. Is it your testimony that he can't get out of a car on
24    his own?
25  A. It's hard, yes.
```

HANSON RENAISSANCE
hansonreporting.com

1    Q.  Hard in what way that you have observed?

2    A.  He has a hard time like from sitting down, he has a hard

3        time standing up because it's so low he can't really push

4        himself out with both arms.  This is one.

5    Q.  You would take him to physical therapy, stay there for

6        the time it took --

7    A.  Yep.

8    Q.  -- and then go back home with him, correct?

9    A.  Yes.

10   Q.  And either you or your sister would do the same thing

11       for his doctors' appointments?

12   A.  Yes.

13   Q.  That would include Dr. Glowacki?

14   A.  Yes, it would.

15   Q.  You were somehow assisting with the physical therapy he

16       was receiving when you were at physical therapy?

17   A.  No, I did not.  We did exercises at home, but that's

18       about it.

19   Q.  Describe the exercises that you helped him with at home.

20   A.  We did his like squish ball to kind of help of with his

21       muscles in the whole arm.  We did a big ball for his back.

22       We do head movements under shower because the hot water

23       helps relax the muscles.  We did -- we do C-step (phon)

24       activities to help with his shoulder to rotate it since it's

25       messed up.  Like he can do only a little bit.  I mean

HANSON RENAISSANCE
hansonreporting.com

1   there's a little bit of progress but not a whole lot.

2   Q.  Let me make sure I understand.  The squish ball you're

3      talking about is a ball he squeezes with his left hand?

4   A.  Right.

5   Q.  How many times is he supposed to do that?

6   A.  We do three sets of about 15 to 20.

7   Q.  When you say we, you're just observing him do this, right?

8   A.  Yeah.  Well, I help him squeeze a little harder.  Like I try

9      to hold his hand for a little bit longer so that muscle is

10     Kind of helped.  Kind of -- it's just like he does this so

11     the muscle stays contracted, and then if I help him hold the

12     ball, the muscle stays contracted for a little bit longer so

13     it helps him exercise the muscle so he gets better movement

14     with it.

15  Q.  Is it your understanding that he's weak, his left hand is

16     weak?

17  A.  Yes.

18  Q.  Have you ever expressed that to Dr. Glowacki, that there's

19     actual weakness in the grip?

20  A.  We did, and he said to keep on doing with the exercises.

21  Q.  You still do those today?

22  A.  Yes, we do.

23  Q.  How many times a day do you do that?

24  A.  We do them between three to four times a day.

25  Q.  How long does that take, just squeezing the ball?

Page 34

1   A.   I mean the whole exercise.  We don't do just one exercise
2        at a time.  We do them for about 15 to a half an hour.
3   Q.   Okay.  That's three to four times a day?
4   A.   Yes.
5   Q.   Is there a particular period of time you're supposed to
6        do them in and then allow him to rest and then repeat those?
7   A.   Not that I was described by a doctor, no.
8   Q.   Is there a normal period of time that you allow your father
9        to rest between the exercises?
10  A.   About 45 seconds.  I mean 30 to 45 seconds.
11  Q.   Then once the series is done for 15 minutes to a half hour,
12       how long do you wait before you repeat these exercises?
13  A.   Well, no.  We do the whole exercise in that half an hour.
14       We don't do just one exercise, we do different exercises.
15  Q.   I understand, but if you're telling me you're doing them
16       four times a day --
17  A.   Right.
18  Q.   -- then you do 15 minutes to a half hour of all the
19       exercises, right?
20  A.   Right.
21  Q.   Then you repeat the 15 minutes?
22  A.   Oh, yes, yes.  We do them about every -- I want to say
23       between two to three hours in between.
24  Q.   Now, if you're at school or you're at work, how do you
25       observe him doing that?

HANSON RENAISSANCE
hansonreporting.com

HANSON RENAISSANCE
hansonreporting.com

Page 35

1   A.   I'm not there, so my sister helps him.

2   Q.   Actually, with your not being there, there are times in the

3        daytime that you wouldn't have that personal knowledge as to

4        what the exercises were or how they were done; am I right?

5   A.   Right.  I mean me and my sister try to communicate and we

6        see each other to kind of keep him on the same schedule

7        with the exercises.

8   Q.   Now, you mentioned something about a big ball.

9   A.   Yes.

10  Q.   He lays on this?

11  A.   We sit on them and we try to like -- we rotate on it

12       with him kind of leaning kind of backwards.

13  Q.   Why do you do that, as you understand it?

14  A.   For his lower back, for his discs.

15  Q.   Who told you to do that?

16  A.   Physical therapy did.

17  Q.   Who did you talk to at physical therapy?

18  A.   Dr. Lozinski.

19  Q.   Do you know if Dr. Lozinski was the person who performed

20       the physical therapy for your father?

21  A.   I don't think so.  I think there was assistants there.

22  Q.   Who was the assistant, if you remember?

23  A.   I do not know.

24  Q.   Do you know how many assistants there were?

25  A.   I mean I have seen two faces, from what I can remember.

1    Q.  Two faces other than Dr. Lozinski, right?
2    A.  Yes.
3    Q.  Did you ever observe the physical therapy that your father
4        was receiving?
5    A.  No.  He was in a room with the physical therapist.
6    Q.  You wouldn't be in there watching?
7    A.  No.
8    Q.  Has your father's back issue improved at all, in your
9        observation, since using the big ball, sitting on it,
10       trying to rotate his trunk?
11   A.  Not really.  I mean it's to exercise but that's about it.
12   Q.  When he sits on the ball, his feet are on the floor?
13   A.  Yes, they are.
14   Q.  Does he hold himself up straight while he sits on the ball?
15   A.  With our help, yes.
16   Q.  When you say with your help --
17   A.  We're afraid he's going to fall back because I mean the ball
18       can always roll out, you know.  It's not really stable.
19   Q.  Was he having balance problems?
20   A.  No.  It's just -- I mean if he falls we don't want him to
21       hurt his back any more than it already is.
22   Q.  Would you keep your hands on him?
23   A.  Yeah, we would hold his right hand.  That way we don't
24       injure the left one or we don't squeeze somewhere where
25       it might hurt him.

HANSON RENAISSANCE
hansonreporting.com

HANSON RENAISSANCE
hansonreporting.com

Page 37

1   Q.  During the day -- during the day, again, this would be
2       your sister, not you?
3   A.  It depends. It varies.
4   Q.  It depends on who's home?
5   A.  Right.
6   Q.  It depends on who's at school?
7   A.  Yes.
8   Q.  Has he had a fall while he's sitting on the ball?
9   A.  No, he did not.
10  Q.  How long does he normally go through that exercise?
11  A.  We do the same sets, like we would do them for about two
12      minutes and then a minute rest and then another two minutes.
13  Q.  Then you said you were doing head movements with him?
14  A.  Right.
15  Q.  Could you show me what those are?
16  A.  Under the shower or just normal?
17  Q.  Well, did you do them without the shower?
18  A.  We do them -- yeah, we try to rotate him right and then left
19      and then up and down and we try to do the circle movement.
20  Q.  Who showed you how to do that?
21  A.  Dr. Lozinski.
22  Q.  You put your hands next to your jawbone when you were doing
23      it. Do you move your father's head?
24  A.  We help him, yeah. We try to push him but he complains.
25  Q.  Is it that he can't move his head at all?

HANSON RENAISSANCE
hansonreporting.com

Page 38

```
 1   A.   I mean he can move it a little bit but not a whole lot.
 2   Q.   Those are the exercises you do four times a day?
 3   A.   Yes.
 4   Q.   Those take between 15 minutes to a half hour?
 5   A.   Yes.
 6   Q.   You have done them every day since this accident?
 7   A.   Pretty much.
 8   Q.   Let me ask you this:  Between the time the accident happened
 9        and the time that he went to St. John's Macomb --
10   A.   We didn't do nothing.
11   Q.   You weren't doing that?
12   A.   No.
13   Q.   Did you start doing those only after the physical therapy
14        at Euro Rehab?
15   A.   Yes.
16   Q.   Did you see the people at Euro Rehab before you saw Dr.
17        Glowacki?
18   A.   No, we did not.
19   Q.   You saw Dr. Glowacki first?
20   A.   Yes.
21   Q.   How did you get to Dr. Glowacki?
22   A.   I believe my dad got a recommendation from somewhere or
23        he found him in the Yellow -- I'm not sure about the whole
24        process.
25   Q.   Did you have a family doctor?
```

1    A.   No, I didn't.

2    Q.   Had you ever treated with Dr. Glowacki?

3    A.   No, I did not.

4    Q.   Do you believe it was Dr. Glowacki who sent your dad over

5         to Euro Rehab?

6    A.   Yes, he did.

7    Q.   Okay.  Now, other than -- let me ask you this:  During

8         the day does your father get his own meals, can he make

9         a sandwich?

10   A.   No.

11   Q.   He can't do anything?

12   A.   No.

13   Q.   Why can't he grocery shop?

14   A.   It's lifting, he can't lift anything.

15   Q.   He can't lift anything with his right hand either?

16   A.   I mean a little bit, yeah.  Well, he can, he can, but not

17        the left one, yeah.  It's just that that hurts him like

18        bending back and forward.

19   Q.   Does he actually go to the grocery store with you and just

20        walk around?

21   A.   Yes, he does.  Better exercise.

22   Q.   I understand.  I'm sure that's been encouraged, that he

23        does as much as he can?

24   A.   Exactly, it makes him feel better.  Even to get out of the

25        house makes him feel better.  He's kind of stuck in there

HANSON RENAISSANCE
hansonreporting.com

```
 1                                                       now.
 2  Q.   What else do you do for him?
 3  A.   Inside the house, outside?
 4  Q.   Let's start inside the house.
 5  A.   Okay, so we do the groceries, the dishes, the meals, the
 6       dusting, the sweeping, the windows.  What else?  I mean
 7       everything around the house, pretty much me and my sister
 8       do.
 9  Q.   Are you going to tell me that your father was dusting
10       the house before the accident?
11  A.   He sure was.  Ain't that something?
12  Q.   Yes, it is.  Now, for him personally, cooking his food,
13       doing folding and ironing his laundry, assisting him with
14       his exercises --
15  A.   Uh-huh.
16  Q.   Yes?
17  A.   Yes.
18  Q.   Escorting him to physical therapy and doctor's appointments.
19  A.   Yes.
20  Q.   What else do you do for him personally, for his body, for
21       his care?
22  A.   We help him dress, we help him take his medication as he
23       can't really distinguish the difference between them.  We --
24       I said dressed, right?
25  Q.   You did say dressed.
```

HANSON RENAISSANCE
hansonreporting.com

Page 41

```
 1   A.   The bathing, the grooming.  We supervise him.  I mean he
 2   needs help getting in and out of the chair and in and out of the
 3   couch and off the bed.  Just anything to help him be like
 4   a normal person.
 5   Q.   Tell me about this problem with his medications.  Why
 6   can't he take his own meds?
 7   A.   His vision got worse so he can't really read the labels.
 8   Q.   Has he been checked for that?
 9   A.   Yes, he wears glasses.
10   Q.   Can he see with his glasses on, if you know?
11   A.   Yes.
12   Q.   He can read when he's wearing his glasses?
13   A.   Right.
14   Q.   So if he's wearing his glasses, why do you need to help
15   him with his meds?
16   A.   Just to make sure that he takes them accurately.
17   Q.   Why do you have a concern that he might not take them
18   accurately?
19   A.   Just the scare of it.  I mean you never know.
20   Q.   Has he ever taken more medication than he was supposed to?
21   A.   Not that I know of.
22   Q.   Has he ever taken less than he was supposed to?
23   A.   One time, yes.
24   Q.   How did you find that out?
25   A.   He was having pain again.
```

HANSON RENAISSANCE
hansonreporting.com

Page 42

1   Q. All right. Grooming, what do you do for him from a grooming
2      standpoint?
3   A. Cut his hair. We do -- we clip his toes, we do his nails.
4   Q. Who cut his hair before the accident?
5   A. He did.
6   Q. He cut his own hair?
7   A. Yep. He just buzzed it, you know.
8   Q. I understand. The bathing issue, after six months you
9      started helping him with his bathing?
10  A. Right.
11  Q. Why was that, please?
12  A. He couldn't like get down to do his legs because his back
13     was killing him, so he could not wash his feet, his legs,
14     his back. I mean whenever he could reach with his right
15     arm, but not anything anywhere else. It was too - it was
16     like inconvenient for him to -- it hurt him, that's what it
17     was doing. It just hurt him to like reach down to wash his
18     legs.
19  Q. Is it your impression that he got worse in that six-month
20     period of time?
21  A. Yes, he did.
22  Q. And during this period of time he was going to Euro Rehab
23     three times a week; am I right?
24  A. In the first six months?
25  Q. Yes.

1  A.  No, he did not.

2  Q.  When did he start with them?

3  A.  After seeing Dr. Glowacki.

4  Q.  Do you have any recollection when the first time was

5      that he saw Dr. Glowacki?

6  A.  I don't remember.

7  Q.  Now, I have --

8      MR. HEWSON:  Jeanne, would you mind marking

9      this as one.

10     DEPOSITION EXHIBIT 1

11     Medical Mileage Calculation Form

12     Dated 12-23-2009

13     WAS MARKED BY THE REPORTER

14     FOR IDENTIFICATION.

15     BY MR. HEWSON:

16 Q.  Ma'am, do you recognize these forms?

17 A.  Yep.

18 Q.  What do you understand them to be?

19 A.  They're the mileage we drive my dad and where we go.

20 Q.  Okay.  You kept track of these?

21 A.  My sister and I did, yes.

22 Q.  Did you write them down on any other paper?

23 A.  No, we just put them in the computer as we went.

24 Q.  Now, I'm looking at the medical mileage form.

25 A.  Yep.

Page 43

HANSON RENAISSANCE
hansonreporting.com

Page 44

```
 1    Q.   I think the second or third entry there is for Euro Rehab.
 2    A.   The fourth one, yes.
 3    Q.   The fourth one?
 4    A.   Yep.
 5    Q.   Could you tell us what date?
 6    A.   It's January 7, 2010; January 9, 2010; and January 12, 2010.
 7    Q.   Seven, nine and 12?
 8    A.   Yep.
 9    Q.   That's Euro Rehab?
10    A.   Yes.
11    Q.   How far did you take him?
12    A.   Down to Hamtramck.
13    Q.   Did you go on those dates?
14    A.   I believe me and my sister both would.  We interchanged.
15    Q.   Do you remember if you went on those dates?
16    A.   I don't remember.
17    Q.   Is there anything that would tell us who went with him,
18         you or your sister?
19    A.   No.
20    Q.   The two of you did not go together?
21    A.   No, we did not.  It was either/or.
22    Q.   When I asked you a moment ago if your father got worse in
23         the first six months after the accident, you said he was
24         not going to Euro Rehab in that six months.
25    A.   Not that I could remember.
```

HANSON RENAISSANCE   hansonreporting.com

Page 45

```
 1  Q.  That document would indicate that he was at Euro Rehab about
 2      a week and a half after or two weeks after the accident,
 3      right?
 4  A.  Right.
 5  Q.  So in that period of time is it possible that you would not
 6      have taken him down to Euro Rehab at all during that --
 7  A.  It might have been, yes.
 8  Q.  If he was getting progressively worse, did you ever tell
 9      Dr. Glowacki that even though he was getting the physical
10      therapy he now couldn't bathe himself on his own six months
11      after?
12  A.  We did tell him, yeah.
13  Q.  You recall doing that yourself, though?
14  A.  No, I do not.  I believe we talked about it at home when he
15      asked us to help him.  We're like why didn't you mention it
16      earlier, and then we talked with Dr. Glowacki saying that
17      he's not bathing himself anymore, he needs help doing that.
18  Q.  When you say we, I know this gets a little sloppy, and
19      please forgive me --
20  A.  That's fine.
21  Q.  I'm trying to make sure I understand who said what to whom.
22  A.  Right.
23  Q.  Do you remember personally having that conversation with
24      Dr. Glowacki?
25  A.  No, I don't.
```

```
1  Q.  Are you interpreting something Margaret may have said to
2      you?
3  A.  No, I'm talking like we talked about it at home.
4  Q.  Okay.  All right.  When you say we talked about it at home,
5      you, your dad and Margaret?
6  A.  Yes.
7  Q.  But you don't recall or have any recollection of telling
8      Dr. Glowacki yourself that these problems arose?
9  A.  Right.
10 Q.  Do you know where you got those forms?
11 A.  I do not.
12 Q.  Do you know when they were actually filled out?
13 A.  I remember filling them after -- like I know me and my
14     sister were sending them in certain periods, about four
15     or five weeks.
16 Q.  Let me make sure I understand.  You would fill out that
17     form or type it out, it's typed out.
18 A.  Right, yes.
19 Q.  You would do that how long after the events had occurred?
20 A.  We would fill it as we went but we would send them in
21     periods of four to five weeks.
22 Q.  Thank you.
23 A.  You're welcome.
24 Q.  So when I look at that form and it says January 7, went to
25     Euro Rehab --
```

HANSON RENAISSANCE
hansonreporting.com

1   A.   Right.

2   Q.   -- that entry would have been made on that document either

3        that day or right after, the next day?

4   A.   Yes.

5   Q.   You did that consistently with all the mileage forms?

6   A.   Yes, we did.  It's the easiest way to stay on track.

7   Q.   I understand.  There are no other documents or charts or

8        calendars that would show those mileages because the only

9        place you wrote them down is on those medical mileage forms?

10  A.   Yes.

11  Q.   What car were you driving, if there was one car that you

12       drove, to get your dad places?

13  A.   There was not one car.

14  Q.   How many cars do you guys have?

15  A.   My sister has one, and then I actually -- now I have two

16       in my name.  Back then I only had one.

17  Q.   What kind of car did you have?

18  A.   I have a Chevy Cobalt.

19  Q.   How about Margaret, what kind of car did she have?

20  A.   Back then she had a Mazda 6.

21  Q.   Was she driving the car that your dad had been involved

22       in the accident in?

23  A.   No, that car was totaled.

24  Q.   That car was totaled?

25  A.   Yes.  Sorry.

Page 47

hansonreporting.com

HANSON RENAISSANCE

1   Q.  That's okay.

2   A.  Wrong word.

3   Q.  That's okay.  Who chose the mileage amount that's on that

4       form?

5   A.  We wrote it from the odometer.

6   Q.  Okay.

7   A.  Like one way back -- I mean there and back.

8   Q.  The mileage amount, I think there's a charge down there

9       for how many cents a mile.

10  A.  It just came on the form, $.24.

11  Q.  If you were driving your car, how would you be reimbursed

12      for this mileage?

13  A.  I mean we were -- I mean I would pay my own gas from then,

14      and then whenever this came we would get some kind of -- I

15      mean we would get the amount that we used.

16  Q.  What I'm asking is you say the amount that you used.  How

17      would you get it, would you get a check, cash, how would

18      you get it?

19  A.  I think it came in check and then my dad gave us cash.

20  Q.  Was there ever any cash amount written down, any receipt,

21      anything like that --

22  A.  Not that I recall.

23  Q.  -- to show what you actually got?

24  A.  No, not that I recall.

25  Q.  During this period of time when you were driving your dad,

HANSON RENAISSANCE hansonreporting.com

1     were you paying for your own car insurance?
2 A.  Yes, I was.
3 Q.  Were you ever reimbursed for that?
4 A.  No, I was not.
5 Q.  Did you pay for your own oil changes and maintenance?
6 A.  Yes, I did.
7 Q.  Were you ever reimbursed for that?
8 A.  Not that I recall.
9 Q.  Did your dad ever give you money for those things?
10 A.  Not that I can remember.
11 Q.  Any other maintenance like brakes and things like
12     that during that period of time?
13 A.  No.
14 Q.  No new tires that you can recall?
15 A.  No.
16 Q.  Was there one of the two of you primarily responsible for
17     filling out those forms?
18 A.  Not really. We just went as we -- I mean we went -- it went
19     -- it's not like -- we filled it as we went. There you go.
20 Q.  Okay. When did Margaret move out of the house?
21 A.  She did not. She is still living in the house.
22 Q.  She's on Avis?
23 A.  She's still on Avis.
24 Q.  Okay. You moved out -- please forgive me. You moved out
25     when?

Page 50

1   A.   I want to say it was May of 2010.  It was after my son was
2        born.
3        MR. HEWSON:  Will you mark that as two for me,
4        Jeanne.
5        DEPOSITION EXHIBIT 2
6        Affidavit of Services Rendered
7        Dated 01-09-2010
8        WAS MARKED BY THE REPORTER
9        FOR IDENTIFICATION.
10       BY MR. HEWSON:
11   Q.   Could you identify Exhibit Number 2 for me?
12   A.   Yep.  It's the household chores that we did.
13   Q.   What is the date on the bottom, please?
14   A.   January 9, 2010.
15   Q.   Who filled this out?
16   A.   Both me and my sister did.
17   Q.   This, however, is not signed by your sister or doesn't
18        have her name on it, right?
19   A.   Right.
20   Q.   Why is that?
21   A.   I'm not 100 percent sure.  I guess because there's only
22        a signature for one person.
23   Q.   On this list you have put down the days of the week and
24        the dates next to it --
25   A.   Right.

HANSON RENAISSANCE
hansonreporting.com

Page 51

```
 1    Q.   -- and described the services performed, correct?
 2    A.   Right.
 3    Q.   And, for example, on the first day of the week, Sunday,
 4         what is the date, the first date that you have there?
 5    A.   December 27, 2009.
 6    Q.   Now, does that say taking out the trash?
 7    A.   Yes.
 8    Q.   That took you a half hour?
 9    A.   There was a lot of trash.  It was after the holidays.
10    Q.   Did you know every time you listed taking out the trash
11         it was a half hour?
12    A.   No, I did not.
13         MR. HEWSON:  Jeanne, would you hand those to the
14    witness, please.  We'll mark that next package as Exhibit 3
15    when we get it back, Okay, Jeanne.
16    BY MR. HEWSON:
17    Q.   The Affidavit of Services Rendered --
18    A.   Right.
19    Q.   -- bears your signature; am I correct?
20    A.   Yes, it is.
21    Q.   That's the one -- we will just start with the second
22         one which is January 23, 2010, correct?
23    A.   Yes.
24    Q.   You've got taking out the trash?
25    A.   January 23 is ironing.
```

HANSON RENAISSANCE
hansonreporting.com

1    Q.   I'm sorry, on the one I'm looking at which is dated
2         January 23, 2010 next to your signature --
3    A.   Okay, yes.  Sorry.
4    Q.   That's all right.  January 10 says taking out the trash,
5         30 minutes?
6    A.   Right.
7    Q.   January 17 says taking out the trash, 30 minutes?
8    A.   Right.
9    Q.   It didn't take you 30 minutes to take out the trash every
10        time, did it?
11   A.   I mean it might have.  I'm not 100 percent sure.
12   Q.   How would you keep track of the time before you put it down?
13   A.   I mean I look at the time.  I mean there is also -- I mean
14        there's poop in the backyard that needs to be picked up.  I
15        mean it does take quite a long time.
16   Q.   That would be a different chore, though, right?
17   A.   Yeah.
18   Q.   When it says taking out the trash, $20.00 for 30 minutes,
19        that would be --
20   A.   Just the garbage.
21   Q.   Just the garbage, you think?
22   A.   I mean it would make sense, too, yeah.
23   Q.   Now, I believe you have listed on all of those forms that
24        it takes 30 minutes to take out the trash.
25   A.   Right.

HANSON RENAISSANCE
hansonreporting.com

Page 53

```
 1   Q.   Then you have cleaning the kitchen on Monday?
 2   A.   Which date?
 3   Q.   Which would be the twenty -- I'm sorry.  Which would be the
 4        eleventh -- I'm sorry, the eleventh is dusting.
 5   A.   Correct.
 6   Q.   Forty-five minutes?
 7   A.   Right.
 8   Q.   Cleaning the bathrooms on the twelfth, an hour and 30
 9        minutes?
10   A.   Right.
11   Q.   Doing the laundry for an hour and 45 minutes?
12   A.   Uh-huh.
13   Q.   Yes?
14   A.   Yep.
15   Q.   Walking the dog for 45 minutes?
16   A.   Uh-huh.
17   Q.   Yes?
18   A.   Yes.
19   Q.   Doing the grocery shopping for two hours 30 minutes?
20   A.   Yes.
21   Q.   Your dad is with you during that period of time?
22   A.   Yes, he is.
23   Q.   Floor sweeping and washing, an hour and 30 minutes on
24        Saturday, correct?
25   A.   Right.
```

HANSON RENAISSANCE
hansonreporting.com

Page 54

1  Q.  How did you keep track of these times, the rest of the
2      times we're talking about?
3  A.  I mean we just looked at the clock.  I didn't think as
4      long as it got done it didn't matter how long it took us.
5  Q.  When you list on the affidavit that you're grocery shopping,
6      for example, for that period of time, do you include that
7      period of time in the supervision of your father when you're
8      asking for attendant care?
9  A.  I don't recall.  I don't remember.  I want to say we just
10     said that we went grocery shopping, but it might have been
11     listed in the supervision.
12 Q.  That's my question.  Do you remember?
13 A.  I don't remember.
14 Q.  Did you actually get paid for those services?
15 A.  Until when it got paid for, yes.
16 Q.  How much were you being paid?
17 A.  For the household chores?
18 Q.  Yes.
19 A.  $20.00 a day.
20 Q.  How much total did you get paid?
21 A.  Oh, I don't remember.
22 Q.  Did you declare that money on your income tax return?
23 A.  This year?
24 Q.  Let's talk about 2010.  Did you declare that money?
25 A.  I don't remember.

HANSON RENAISSANCE
hansonreporting.com

1    Q.   Who did your taxes?

2    A.   H&R Block.

3    Q.   Do you have a copy of your income tax returns for 2010?

4    A.   I do.  Not with me, though.

5    Q.   If I ask you for those, you can give them to Mr. Temrowski?

6    A.   Sure.

7    Q.   How were you being paid?

8    A.   Cash.

9    Q.   Do you know how much Margaret was paid for this?

10   A.   I mean we did $20.00 a day.  It wasn't separately, it

11        was just all together.

12   Q.   I don't understand that.  Is Margaret being paid, too?

13   A.   We split the money, yes.

14   Q.   Did you split the money evenly?

15   A.   Yes, we did.

16   Q.   If you take a look at those forms, just take a look through

17        them.

18   A.   Okay

19   Q.   The last one I have, is May 21, 2011.  Is that

20        the last one you have?

21   A.   My pages are stuck.

22   Q.   That's fine.

23   A.   Yes, May 21, 2011.

24   Q.   Did you stop doing chores after that?

25   A.   No.  We still do them today.

HANSON RENAISSANCE   hansonreporting.com

```
 1    Q.   Did you fill out any forms?
 2    A.   They're at home, they're just not mailed yet.  I mean what
 3         happened was State Farm denied it so we kept on doing them.
 4         The forms were just not mailed yet.
 5    Q.   What you're telling me --
 6    A.   I believe we sent them after that.
 7    Q.   These are the only ones I have.  Do you believe that there
 8         are forms filled out that are called Affidavit of Services
 9         Rendered after May 21, 2011?
10    A.   Yes, they are.
11    Q.   You believe those to be at home?
12    A.   Yeah.  We have a copy of them, and I know they were sent
13         to State Farm after that date.
14    Q.   Did you send them yourself?
15    A.   Yes.
16    Q.   In this package that I gave you which we're marking as
17         Exhibit 3, I'm missing January 31, 2011 to March 12, 2011.
18         Do you remember whether or not --
19    A.   What's the date again, I'm sorry?
20    Q.   No, no, it's not a problem.  The last form, there's a gap
21         between the form dated next to your name 2-8-11.  Do you see
22         that ends on January 29 of '11?
23    A.   Right here where my sister's signature is under?
24    Q.   Yes.  I want to ask you about that in a minute, too.
25    A.   Okay.
```

HANSON RENAISSANCE
hansonreporting.com

Kamila Waskowska
2/28/2012

Page 57

1    Q.  But from there the next page I have, the date of the report
2        is 5-21-2011, and the last date of service is March 26,
3        2011, do you see that?
4    A.  I'm lost.
5    Q.  That's okay.  That's all right.  Look.  Look down in the
6        lower right-hand corner.
7    A.  Yes, on the date.
8    Q.  Yes.  2-8-11, do you see that one?
9    A.  2-8-11, yes.
10   Q.  Now, the last date of service is Saturday, January 29, '11,
11       on that form; am I right?
12   A.  On this one, no, it ends in -- this one ends in December 4.
13   Q.  Of what year?
14   A.  2010.  It was sent on 2-8-11.
15   Q.  I see.  They were all filled out on 2-8.
16   A.  Right.  They were mailed on that date, that's why the date
17       is there, but the dates on the actual are different.
18   Q.  Okay.  Then keep going down to the last February 8, 2011
19       date.  There's four pages -- five pages that are dated
20       2-8-11.
21   A.  Yep.
22   Q.  The last one --
23   A.  I see where you're going.  I see, yeah.
24   Q.  January 29, 2011.
25   A.  There's a gap for two weeks.

HANSON RENAISSANCE hansonreporting.com

Page 58

1   Q.  Actually, there's a gap. There's a gap from January --
2   A.  More than that, I'm sorry.
3   Q.  January 30 to the next page is March 12.
4   A.  Right.
5   Q.  Do you remember if you were doing services for your father
6       in that period of time?
7   A.  Yes, we were.
8   Q.  Did he take any vacations in 2011?
9   A.  No, he did not.
10  Q.  Were you working in that period of time from January 31,
11      2011 to March 12, 2011?
12  A.  Yes, I was.
13  Q.  Now, on that same form -- stay with me. Where the one that
14      ends January 29, 2011, your sister for the first time signs
15      those forms.
16  A.  On the one for February.
17  Q.  Right, the one sent in February 8, 2011.
18  A.  Right.
19  Q.  Why?
20  A.  I'll be honest with you, I do not know.
21  Q.  Because the rest of those forms are only signed by you.
22  A.  Right.
23  Q.  Do you know who signed the forms you haven't turned in yet?
24  A.  I did.
25  Q.  Just you?

HANSON RENAISSANCE
hansonreporting.com

1    A.  As far as I'm concerned, yes.

2         Q.  That's your memory?

3    A.  Yes.

4    MR. HEWSON:  If you could hand them back to the

5    court reporter so she can put a sticker on it.

6         THE WITNESS:  Sure.

7         MR. HEWSON:  Thank you.

8    THE WITNESS:  Although I don't know if they're

9    in order.  I'll be honest with you.

10        MR. HEWSON:  That's all right.

11        THE WITNESS:  Sorry.

12                DEPOSITION EXHIBIT 3

13            Affidavit of Services Rendered

14                 Thirty-six Pages

15            WAS MARKED BY THE REPORTER

16                 FOR IDENTIFICATION.

17        BY MR. HEWSON:

18        Q.  In addition to these forms you also filled out Affidavits

19    of Attendant Care Services Rendered?

20        A.  Yes, I did.

21    MR. HEWSON:  Jeanne, would you mark that as

22                 Exhibit 4, please.

23                DEPOSITION EXHIBIT 4

24            Affidavit of Attendant Care

25                 Services Rendered

HANSON RENAISSANCE
hansonreporting.com

```
 1        Dated 12-27-2009 to 1-2-2010
 2        WAS MARKED BY THE REPORTER
 3        FOR IDENTIFICATION.
 4   BY MR. HEWSON:
 5   Q.   Ms. Waskowska, you filled these forms out as well?
 6   A.   Yes, I did.
 7   Q.   You typed them out?
 8   A.   Yes.  We both did, me and my sister both did.
 9   Q.   Now, let me ask you this:  You would sit together and one of
10        you would put your fingers on the keys and you would discuss
11        what was done?
12   A.   No.  Whoever did the day would fill it out.
13   Q.   Now, I've got the first day that is typed out here.
14   A.   Right.
15   Q.   It has January 9, 2010 on the bottom of the second page;
16        is that correct?
17   A.   No, mine is January 2, 2010.
18   Q.   Okay.
19   A.   You're talking about the date under my signature, right?
20   Q.   Yes.  The date under your signature is January 2 on the
21        one you have?
22   A.   Yes, it is.
23   Q.   Just a second, I have to check my copies.  Thank you.
24   A.   You're welcome.
25   Q.   Now, on that same page, the second page, you've typed in
```

HANSON RENAISSANCE    hansonreporting.com

Kamila Waskowska
2/28/2012
Page 61

1   your name and Margaret's, or it's Malgorzata is actually
2   her name, correct?
3   A.   Right.
4   Q.   She goes by Margaret, right?
5   A.   Yes. Well, it's changed to Margaret now legally.
6   Q.   Are you an American Citizen?
7   A.   I'm not.
8   Q.   What is your status in this country?
9   A.   I'm a legal alien. That's what they call us.
10  Q.   Were you born in Poland?
11  A.   Yes, I was.
12  Q.   Now, you're the only one who signed this particular form?
13  A.   Yes, I am.
14  Q.   Why is that?
15  A.   I don't remember.
16  Q.   If I'm reading this correctly, beginning on December 27 --
17  A.   Right.
18  Q.   -- which is Sunday --
19  A.   Uh-huh.
20  Q.   -- services were to be performed for your dad, you helped
21       him out?
22  A.   Yes.
23  Q.   You did not provide those services on the twenty-fourth or
24       the twenty-fifth or the twenty-sixth; am I correct?
25  A.   That I remember, no.

HANSON RENAISSANCE    hansonreporting.com

Page 62

1  Q. On those days between the day of the accident and the day he
2     commenced these services, your dad got himself in and out of
3     bed, right?
4  A. With a little bit of help.  He asked for help.  I mean
5     they weren't recorded but he still used our help.
6  Q. What did you have to do to get him in and out?
7  A. We just helped him kind of like pull him up.  We helped
8     him stand -- I mean pull him up out of bed.
9  Q. You have listed that here on the twenty-seventh as being
10    15 minutes.
11 A. Right.
12 Q. You've got assist with bathing.  A little bit ago you told
13    me you hadn't helped him with bathing for six months after
14    the accident.
15 A. Right.  We just helped him get in and out of the shower
16    because it's like a step over and get his towels ready
17    and all that.
18 Q. So you would help him into the shower and then he would
19    shower himself?
20 A. Right.
21 Q. But on here you've got assist with bathing for an hour.
22 A. Right.
23 Q. That's not accurate, is it?
24 A. I guess then no.
25 Q. Assist with dressing and undressing.  A little while ago

Page 63

1   you told me it took about 15 minutes.
2   A.  Right.
3   Q.  Here you've got --
4   A.  That was just for -- I mean the 15 minutes was just for a
5   shirt and pants.  We didn't -- I mean that's throughout the
6   whole day if we were going in and out with coats and pants
7   -- I mean and shoes and hats and all that.  It wasn't just
8   that one period of time, it was throughout the whole day.
9   It says dressing and undressing.
10  Q.  So it took an hour?
11  A.  Right, throughout the whole day.
12  Q.  Administer medications, it took 30 minutes?
13  A.  Yep.  At the beginning we were confusing.  You know, I mean
14  it was the first days.  We were kind on point with whatever
15  he had to take.
16  Q.  Preparing meals, two hours?
17  A.  Yes.
18  Q.  Did that include your meal preparation as well?
19  A.  No, just his.  He likes Polish food, so golumpkis take a
20  long time.
21  Q.  Do you have to stand there and watch them when you cook
22  them?
23  A.  What do you mean?
24  Q.  Golumpkis, do you have to stand there and watch them or do
25  you bake them in the oven?

HANSON RENAISSANCE  hansonreporting.com

Page 64

```
 1  A.  I mean you have to roll them.  We make them from scratch.
 2      We don't buy them halfway done.
 3  Q.  I understand, but my question is aren't they baked in an
 4      oven?
 5  A.  Right.
 6  Q.  They're left in the oven for how long?
 7  A.  About 35 minutes.
 8  Q.  You have here help with bending, standing, walking.
 9  A.  Right.
10  Q.  How did you help him with bending?
11  A.  To like pick stuff up in the beginning.  He would like pick
12      the choice for the dogs and all that.  And bending is like
13      sitting down and standing up.
14  Q.  How would you help him walk?
15  A.  Through the doors, opening the door for him.
16  Q.  He was doing the walking, you were just holding the doors
17      for him?
18  A.  Right.
19  Q.  You have listed that as an hour and 30 minutes?
20  A.  Throughout the whole day.
21  Q.  Is that just an estimate?
22  A.  I'm not sure.  I would assume so, yeah.  I mean we don't
23      walk with a timer counting every second, every minute we
24      were with him.
25  Q.  I understand.  Massage one hour?
```

HANSON RENAISSANCE
hansonreporting.com

```
 1   A.  Yes.
 2   Q.  That's the first I've heard of that in connection with your
 3       testimony.  Who is giving him the massage?
 4   A.  My sister and I.
 5   Q.  What area of the body are you massaging?
 6   A.  Lower back and shoulders.
 7   Q.  Who showed you how to do that?
 8   A.  I want to say it was Euro Rehab.  One of the persons in
 9       there showed us exactly what to do.  It kind of relaxed
10       him more.
11   Q.  Is it your recollection now that he had been to Euro Rehab
12       as of December 27, the first say of your services?
13   A.  I mean according to this yes, then.
14   Q.  What did that form say?
15   A.  That was the mileage saying that he was there before.
16   Q.  Actually, that's the mileage that says he was there
17       January 7?
18   A.  Right.  I might have not been with him but he might have
19       went.
20   Q.  You don't recall?
21   A.  I don't recall going with him.
22   Q.  You don't recall him being there.  Remember you said that
23       over the holidays you couldn't find anybody open?
24   A.  Right, the doctors.  This is after, this is January, this
25       is after all the holidays already passed.
```

Page 65

Page 66

1  Q.  Sure.  The first day of your services, though, when you

2      did the massage, is December 27.

3  A.  Right.  It wasn't like already known what to do.  It was

4      just to do it to help him kind of like relax.  There was

5      really no direction from a doctor at that point.  Later on

6      they did show us, however, how to do everything correctly.

7  Q.  That took an hour?

8  A.  After every exercise we have to do massages.

9  Q.  Now, you told me you were doing the exercises four times

10     a day.

11 A.  Between three to four I said.

12 Q.  This says three times a day.

13 A.  Right.

14 Q.  That's what these forms say pretty consistently?

15 A.  We do sometimes.  Whenever he aches a little bit more

16     we'll do it one more time than we're supposed to.

17 Q.  On the days it's 15 minutes, we're talking 45 total minutes.

18     You have three 15-minute sessions, right?

19 A.  Between 15 to a half hour, they were.

20 Q.  Then you've got an entry here for supervising the injured

21     person.

22 A.  Right.

23 Q.  Where did you get the information that would indicate that

24     your father needed supervision?

25 A.  I mean he needs someone to be there with him to help him get

HANSON RENAISSANCE hansonreporting.com

```
 1   off the couch, like I said before, help him get out of the
 2   chair, help him get something to drink.  He needs someone
 3   there to be there to help him get the things that he can't
 4   get.
 5 Q.  You told me that's included in help with bending, standing,
 6   walking.
 7 A.  No, that was help with -- kind of, yeah, but he still needs
 8   like help being there.  Like he can't just be at the home
 9   by himself.
10 Q.  Why?
11 A.  Well, what if he falls and he can't get up?
12 Q.  Has he had any falls?
13 A.  No, but he might.
14 Q.  Well, he might have fallen before the accident, too, right?
15 A.  No, he didn't.
16 Q.  He didn't fall after the accident either, did he?
17 A.  But he might.  You never know if like there's a shooting
18   pain and he just falls down, like he had problems with his
19   legs after the accident.
20 Q.  How tall is your dad?
21 A.  Taller than I am.
22 Q.  Okay.  He's a big man, right?
23 A.  Right.
24 Q.  Are you going to catch him if he falls?
25 A.  No, but I might help him avoid the fall.  Like if I'm there
```

HANSON RENAISSANCE   hansonreporting.com   00R66773200

Page 68

```
 1   to help him to get up, I know he's not going to just give
 2   out and then fall.
 3 Q.  In that time, from December 27, 2009 up until today, has
 4     your father fallen?
 5 A.  No, he has not.
 6 Q.  Did any doctor tell you that he was a fall risk?
 7 A.  Not that I remember.
 8 Q.  Did any doctor or physical therapist advise you that your
 9     father should walk only with a walker or a cane?
10 A.  Not that I know of, but I mean he's my father.  Do I want
11     to risk him falling down and getting hurt any more?
12 Q.  My question is how does supervising him in this context
13     prevent him from falling?
14 A.  I'm there to help him if he needs me.
15 Q.  Okay.  Now, at the top of this form you have indicated that
16     he is awake for 15 hours.
17 A.  Right.
18 Q.  You only provide services for 12.
19 A.  Right.
20 Q.  The other three hours he's pretty much on his own?
21 A.  Yeah, but he's in bed laying down already ready for bed.
22 Q.  When it says hours per day he's awake, 15 hours, are you
23     telling me after you get done with these services he goes
24     to bed for three hours?
25 A.  He lays there, yeah, and he just watches TV.  What else
```

HANSON RENAISSANCE
hansonreporting.com

```
 1                    is he supposed to do?
 2         Q.   He's by himself watching TV for the remaining three hours
 3                    he's awake of his waking time?
 4         A.   Until he goes to bed, yes.
 5         Q.   During that period of time he can get up and go to the
 6                    bathroom?
 7         A.   Not that I know of.  I'm not there.
 8         Q.   Now, you continue to repeat these services every day.
 9                    How much per hour were you being paid for these services
10                    12 hours a day?
11         A.   $15.00 an hour.
12         Q.   Did you actually receive $15.00 an hour?
13         A.   No, I believe whatever State Farm paid was $12.00, and
14                    we took whatever we got.  We all have bills to pay.
15         Q.   Can you tell me how much you actually received?
16         A.   I do not know.  It was in cash.  I can't recall.
17         Q.   In 2010 did you report this money as income?
18         A.   Not that I know of.
19         Q.   Did you ever keep track of the total amount?
20         A.   No, I did not.
21         Q.   Do you know how much your sister was paid?
22         A.   The same amount as I was.  We had a verbal agreement
23                    that we would get paid $15.00 an hour.
24         Q.   So were you being paid $15.00 an hour even though State Farm
25                    was only paying $12.00?
```

HANSON RENAISSANCE
hansonreporting.com

```
 1   A.   No.  It was just a verbal agreement.  We took whatever we
 2        got.
 3   Q.   Back in January of 2010 you were in school, right?
 4   A.   No, I wasn't.
 5   Q.   Were you working?
 6   A.   I was.
 7   Q.   Is there any way for us to know how many of these services
 8        you were doing on a particular day and how many your sister
 9        was doing?
10   A.   No.
11   Q.   Without having your work records, for example, there's no
12        way for me to know how many hours you worked on January 2,
13        2010 or January 3; is that right?
14   A.   Right.
15   Q.   On these forms when you're indicating that there's 12 hours
16        worth of time, did you ever add up the times to make sure it
17        was 12 hours?
18   A.   I mean kind of, but not really.  We tried to fit whatever
19        we could into that 12 hours.  Sometimes we did more but we
20        never did less than 12 hours.
21   Q.   Take a look at Tuesday, which would be the third entry on
22        the first page of that exhibit.
23   A.   Uh-huh.
24   Q.   Dr. Wletrzykowski visit, four hours?
25   A.   Right.
```

Page 71

1   Q.  Why are you charging four hours for that visit?

2   A.  I wasn't there with him, so --

3   Q.  You weren't there?

4   A.  No, I did not go to the doctor with him.

5   Q.  Do you know who did?

6   A.  I believe my sister took him.

7   Q.  Do you know why he had to be attended at the doctor's

8       office?

9   A.  He was scared to drive there.  He had somebody to take him

10      down there, plus if the doctor didn't speak English (sic),

11      how is he supposed to communicate with him?  It was a shot

12      in the dark, picking that doctor out of the yellow pages.

13  Q.  Does your father speak any English?

14  A.  A little bit, yeah.

15          MR. HEWSON:  Will you mark this for me, Jeanne.

16          DEPOSITION EXHIBIT 5

17          Affidavit of Attendant Care

18          Services Rendered

19          Dated 3-14-2010 to 3-30-2010

20          WAS MARKED BY THE REPORTER

21          FOR IDENTIFICATION.

22  BY MR. HEWSON:

23  Q.  You have Exhibit 5 in front of you, ma'am?

24  A.  Yes, I do.

25  Q.  Can you tell us -- let's start with the second page of

HANSON RENAISSANCE
hansonreporting.com

HANSON RENAISSANCE   hansonreporting.com

1       that exhibit.
2  A.   Okay.
3  Q.   What date that was signed on.
4  A.   On March 20, 2010.
5  Q.   This one is signed by your sister?
6  A.   Yes, it is.
7  Q.   Why is she now signing this form?
8  A.   Because she was helping me with it.  I really don't remember
9       why the first one was not signed by her since she was
10      helping me with it as well.
11 Q.   I want you to assume the forms that I have reflect that
12      is the first one she signed.
13 A.   Okay.
14 Q.   Does that have anything to do with when she actually
15      participated in the services?
16 A.   No, she was helping before.
17 Q.   Does the fact that that's the first one she signed indicate
18      that is the first time she contributed to the form?
19 A.   It might have been.  I'm not remembering the exact reason
20      why is this the first time she signed it.
21 Q.   Now, on this particular form we've still got getting in
22      and out of bed, 15 minutes.
23 A.   Uh-huh.
24 Q.   Assist with bathing an hour.
25 A.   Okay.

HANSON RENAISSANCE
hansonreporting.com

Page 73

```
 1   Q.   We're still not in June, so you would agree with me that
 2        the assist with bathing an hour is not accurate?
 3   A.   I would say so, yes.  We were still there for the 12 hours
 4        or more in the day.
 5   Q.   True, but that's where you lived, right?
 6   A.   Right.
 7   Q.   You were going to be there anyway?
 8   A.   Right.
 9   Q.   Either you were going to be in school or at work or you
10        were going to be at the house?
11   A.   Right, but if I wasn't at the house I would have worked
12        more.
13   Q.   Did you take a cut in hours as a result of your father's
14        accident?
15   A.   I did.
16   Q.   How much did you cut your hours?
17   A.   I was from about 30 to about 15 to 20.
18   Q.   Where were you working then?
19   A.   At the Polish Center.
20   Q.   What procedure did you have to go through, if any, to reduce
21        your hours?  Did you have to put it in writing?
22   A.   No, I just had to let them know verbally.  I mean they knew
23        about the car accident.
24   Q.   Now, we've still got you supervising the injured person --
25   A.   Right.
```

Page 74

1   Q.   -- on the fourteenth of March.  On Monday, the fifteenth,
2        you've got pretty much the same things up to running errands
3        with the injured person, four hours.
4   A.   Okay.
5   Q.   Is that the same thing as going to the grocery store?
6   A.   No, it's not.  It was probably him had to be somewhere like
7        going a bank or going to see -- I want to say we might have
8        had to see somebody, wherever he had to go to somewhere.  We
9        were not at home.
10  Q.   We don't know specifically what that is?
11  A.   I don't remember, so -
12  Q.   Did you ever write that down anywhere?
13  A.   What do you mean, write down what?
14  Q.   What the errand would have been on a calendar that would
15       say March 15, 2010?
16  A.   I wouldn't have it, no.
17  Q.   Now, look on the next date, Tuesday the sixteenth.
18  A.   Yep.
19  Q.   You've got physical therapy two hours.
20  A.   Right.  I believe that they were going down to Hamtramck,
21       so it would include the time we were driving back and forth.
22  Q.   Then you were supervising him again for an hour and 15
23       minutes?
24  A.   Uh-huh.
25  Q.   Now, on Sunday you supervised him for three hours and

HANSON RENAISSANCE
hansonreporting.com

```
 1            15 minutes?
 2      A.    Right.
 3      Q.    What is the difference?
 4      A.    The physical therapy.  There's no physical therapy on
 5            Sundays.
 6      Q.    What you did -- what you're saying here is the amount of
 7            time you spent supervising him was based on whether or not
 8            there was physical therapy?
 9      A.    Or doctor appointments, or I mean there's different things
10            we do.  I mean if he wanted to go to the zoo, we could have
11            went to the zoo instead of supervising him.  I mean it
12            depends on what he wants to do on a certain day.
13                  MR. HEWSON:  Could you mark this one for me,
14            Jeanne.
15                  DEPOSITION EXHIBIT 6
16                  Affidavit of Attendant Care
17                  Services Rendered
18                  Dated 5-30-2010 to 6-5-2010
19                  WAS MARKED BY THE REPORTER
20                  FOR IDENTIFICATION.
21      BY MR. HEWSON:
22      Q.    Ma'am, do you recognize Exhibit 6?
23      A.    Yes.
24      Q.    This is an Affidavit of Attendant Care Services Rendered
25            for the period May 30, 2010 to June 5, 2010; am I correct?
```

HANSON RENAISSANCE   hansonreporting.com

```
 1   A.   Yes.
 2   Q.   Now, you had said it was approximately six months before you
 3        really had to help your father with his bathing, correct?
 4   A.   Yes.
 5   Q.   Now, on these forms, beginning May 30 and through the first
 6        week of June, up to June 5, you indicate that you were
 7        assisting him with bathing and it's taking an hour.  Can
 8        you tell me what took an hour?
 9   A.   Helping him wash his back, his hair, his feet, drying him.
10        I mean handing him the soap to wash his like torso if he
11        wanted to.  It takes a lot to help a grown man take a bath,
12        especially for me and my sister that we're pretty much half
13        his size.
14   Q.   Do we know which of the two of you actually performed those
15        services for him from May 30, 2010 to June 5?
16   A.   It was both of us.
17   Q.   At the same time?
18   A.   Not at the same time.  Different days, but we both did it,
19        depending on who had availability that day.
20   Q.   Not to be indelicate, but what was your father wearing when
21        he was bathing, if anything?
22   A.   Briefs, like his underwear.
23   Q.   Did you ever ask the people at Euro Rehab about assistive
24        devices so your father could bathe himself or reach his
25        back, that sort of thing?
```

1    A.    No.

2    Q.    Did you know that there were long-handled sponges and all

3          kinds of devices for people who have that kind of inability

4          to take care of themselves?

5    A.    Nobody ever mentioned it to me, no.

6    Q.    Dr. Lozinski and Dr. Glowacki knew that you were helping to

7          bathe your father and none of them told you how he could do

8          it on his own?

9    A.    I mean they said whatever he's comfortable with, but they

10         never mentioned to me that there's devices out there that

11         we can go buy.

12   Q.    Do you have a personal recollection of telling them that

13         you were bathing your father?

14   A.    I do not.

15   Q.    On the second day on this form which would be June 1, I

16         believe, Monday, you had to supervise him for four hours.

17   A.    Right.

18   Q.    Why is that?

19   A.    I mean there was nothing else we could do.  He wanted just

20         to stay home.  We had no doctor visits, no visit with

21         anybody else, so he just wanted to stay home and he just

22         needed somebody to be there with him.

23   Q.    Just so I'm clear, can you tell me what four-hour period

24         of time that would have been, what part of the day?

25   A.    It would have been throughout the whole day.  There's not

HANSON RENAISSANCE
hansonreporting.com

1  like we're sitting home from 2:00 to 6:00.  It's just

2  throughout the whole day.

3  Q.  I believe on the next day, that Tuesday, you have listed

4  physical therapy --

5  A.  Right.

6  Q.  -- for two hours?

7  A.  Yes.

8  Q.  And you're charging basically $30.00 or $24.00, whatever it

9  is, for that two-hour period of time to sit with your father

10  at physical therapy, right?

11  A.  That would be correct.  I mean I'm giving him my time of the

12  day.  I mean why would I do it for free if I can go out and

13  do work and earn money a different way?  He needs me there

14  and I'm getting paid for it.  It's like a normal job.

15  Q.  Let me ask you this, though:  How do I know that on that

16  day, June 2, it was you that --

17  A.  There's no way of knowing.  It was either me or my sister.

18  Q.  No, but what you just said was why would you do it for free.

19  You could have gotten other work.  My question for you is:

20  How do we know it was you on that day that was sacrificing

21  two or four hours of your time?

22  A.  There's really no way of knowing.

23  Q.  On those days when you weren't sacrificing two or four hours

24  of your time --

25  A.  Right.

HANSON RENAISSANCE
hansonreporting.com

Page 79

```
 1   Q.   -- you could have gone and done other work somewhere else?
 2   A.   No.  At this time I already had my son.
 3   Q.   So as of --
 4   A.   I was off work at that time.
 5   Q.   Then you're not in a situation where you could go and make
 6        extra money because you're not working because you had your
 7        son?
 8   A.   Right.
 9   Q.   Were you bringing your son over to your dad's house?
10   A.   No.
11        Who was watching your son?
12   A.   His dad.
13   Q.   I'm sorry, what was your son's birth date?
14   A.   April 25, 2010.
15   Q.   As of June 2 he was only six weeks old or five weeks old?
16   A.   Right.
17   Q.   Is it your testimony you were leaving your five-week-old
18        child with his father so you could go over and assist your
19        father with bathing?
20   A.   My dad needed me.  Yes.
21   Q.   Now, I have these attendant care forms through May 21, 2011.
22        That's about the same time as the last set of forms for the
23        services.
24   A.   Right.
25   Q.   Did you fill out any more of these Affidavits of Attendant
```

HANSON RENAISSANCE
hansonreporting.com

```
 1             Care?
 2        A.   They were mailed, yes.
 3        Q.   Who were they mailed to?
 4        A.   State Farm.  I don't remember the exact address.
 5        Q.   How many of these forms did you send in after May of 2011?
 6        A.   I want to say about two times, once or twice.
 7        Q.   Do you remember how many total forms there would have been
 8             in those one or two mailings after May of --
 9        A.   I want to say they mailed up to November, October or
10             November.
11        Q.   Of 2011?
12        A.   Yes.
13        Q.   Did you keep forms after October, November of 2011?
14        A.   They're still at home being filled, yes.
15        Q.   Has your father improved any?
16        A.   Not really, no.
17        Q.   Have you taken him to any other doctor?
18        A.   No.
19        Q.   Why?
20        A.   I mean Dr. Glowacki is doing a good job helping him.
21        Q.   Why do you think so?
22        A.   I mean he gives him -- I mean he's his doctor.  He's the one
23             that treated him from the beginning.  He's still the one
24             that knows more about his condition than any other doctor
25             would.
```

HANSON RENAISSANCE
hansonreporting.com

Page 81

```
 1   Q.   But he's not any better.  Doesn't that concern you?
 2   A.   Yeah, because it might say that my dad might not be able to
 3        ever work again.  I mean he's pretty much at home doing
 4        nothing right now.  He's like incapable of anything.
 5   Q.   My question was with that concern that you have --
 6   A.   Yes, that --
 7   Q.   Why wouldn't you take him to U of M or Beaumont or somewhere
 8        else to get a second opinion?
 9   A.   Because nobody else is paying him to go.  I mean I don't
10        think State Farm right now is covering any other doctors.  I
11        don't think they're covering doctors right now.  I believe
12        there's a debt at Euro Rehab, so I mean how are we supposed
13        to pay for all these doctors if he doesn't work?
14   Q.   How much is the debt at Euro Rehab?
15   A.   I'll be honest with you, I do not know exact number.
16   Q.   Do you know how much money was paid to Euro Rehab?
17   A.   Not that I know of.
18   Q.   Do you know if there's any outstanding balance to Dr.
19        Glowacki?
20   A.   Not that I know of.
21   Q.   Nobody has been calling the house and asking your father
22        to pay these medical bills?
23   A.   I don't think so, no.  I mean I don't live at the house
24        anymore, so I wouldn't know of any.
25   Q.   Has your father gotten any worse since the accident?
```

HANSON RENAISSANCE
hansonreporting.com

```
 1   A.   Not that I noticed.
 2   Q.   When was the last time you went to a doctor's appointment
 3        with your father, if you ever did?
 4   A.   I don't remember the exact date.
 5   Q.   Can you tell me the month or the year?
 6   A.   It was probably last month.
 7   Q.   We're talking January?
 8   A.   Yes.
 9   Q.   Of 2012?
10   A.   Yes.
11   Q.   Who did you go to?
12   A.   Dr. Glowacki.
13   Q.   Do you recall what the discussion was with Dr. Glowacki?
14   A.   No, I don't remember.
15   Q.   Were you in the examining room?
16   A.   Yes.
17   Q.   Does your father have any medical appointments scheduled
18        in the future that you are aware of?
19   A.   He does, but I just don't know any exact dates.
20   Q.   Has the amount of time that you spend with your father gone
21        down since you went back to school and are working and
22        taking care of your child?
23   A.   Yes.  My sister takes care of him most of the time.
24   Q.   Can you tell me since you have gone back to work to Sally's
25        Beauty Shop, or since you went to work at Sally's Beauty
```

HANSON RENAISSANCE
hansonreporting.com

Page 83

1   Shop two tears ago and returned to school -- or actually,
2   you were going to Macomb and working at Sally's.
3   A.   No.
4   Q.   No?
5   A.   No.  I stopped Macomb in '09.
6   Q.   Okay.  You went to Sally's in June of 2010?
7   A.   Right.
8   Q.   And that would have been just about the time your father
9   started needing help with his bathing?
10  A.   Right.
11  Q.   And you were working, you told me, 30 hours a week.
12  A.   Not at the beginning.  I started at 15 hours a week.
13  Q.   When did you go up to 30?
14  A.   About half a year ago or so, maybe a year.  I don't remember
15  exactly.  It just gradually started going up.
16  Q.   And you are taking care of your son and now you're back to
17  school?
18  A.   Yes.
19  Q.   How much time do you spend with your dad now?
20  A.   It depends.  I mean if I have a day off at work I'll go
21  to my dad's and then Lucas will stay with his father.
22  Q.   We're just talking about when you get a day off?
23  A.   No, even after work.  I mean always something -- even if
24  it's two, three hours a day, I know it's always something.
25  Q.   How much do you claim your father owes you at this

HANSON RENAISSANCE
hansonreporting.com

```
 1        particular point?
 2   A.   I do not know exactly.
 3   Q.   Did you ever sit down and write it out?
 4   A.   No, I did not.
 5   Q.   Did you ever keep track of your own hours?  Not yours and
 6        your sister's, your own hours yourself.
 7   A.   No, I did not.
 8             MR. HEWSON:  Very good.  Thank you very much for
 9        your time.  I don't have anything else.
10             THE WITNESS:  Okay.
11             MR. TEMROWSKI:  No questions.
12             VIDEO TECHNICIAN:  We are ending this deposition.
13        The time is 4:21:48 p.m.
14        (The deposition was concluded at 4:21 p.m.)
15
16
17
18
19
20
21
22
23
24
25
```

Page 85

2    CERTIFICATE OF NOTARY

4    STATE OF MICHIGAN     )
5                          ) SS
6    COUNTY OF MACOMB      )

7    I, Mary Jeanne Henn, Certified Shorthand Reporter, a
8    Notary Public in and for the above county and state, do
9    hereby certify that the above deposition was taken before
10   me at the time and place hereinbefore set forth; that the
11   witness was by me first duly sworn to testify to the truth,
12   and nothing but the truth, that the foregoing questions
13   asked and answers made by the witness were duly recorded by
14   me stenographically and reduced to computer transcription;
15   that this is a true, full and correct transcript of my
16   stenographic notes so taken; and that I am not related to,
17   nor of counsel to either party nor interested in the event
18   of this cause.

22   Mary Jeanne Henn CSR2940
23   Notary Public,
24   Macomb County, Michigan
25   My Commission expires:  August 27, 2013

A

**able** 10:22 17:23 18:6,8 23:15,18 24:7 28:5 81:2
**accident** 16:8,14 16:16,18,21,23 17:2,4 18:7,10 20:7,19 21:16 23:7,12 24:1,3,6 25:1,4,24 26:2,6 26:11,13 28:15 30:15,25 31:2 38:6,8 40:10 42:4 44:23 45:2 47:22 62:1,14 67:14,16,19 73:14,23 81:25
**accurate** 62:23 73:2
**accurately** 41:16 41:18
**aches** 66:15
**Action** 1:7
**activities** 32:24
**actual** 33:19 57:17
**add** 70:16
**addition** 59:18
**address** 7:6,22,25 8:6 11:18 80:4
**Administer** 63:12
**advise** 6:11,16 68:8
**affidavit** 3:17,20 4:3,7,11 50:6 51:17 54:5 56:8 59:13,24 71:17 75:16,24
**Affidavits** 59:18 79:25
**afraid** 31:1 36:17
**afternoons** 14:18
**age** 7:15
**ago** 6:2 13:23 44:22 62:12,25 83:1,14
**agree** 73:1
**agreement** 5:19 69:22 70:1
**Ain't** 40:11
**alien** 61:9
**allow** 34:6,8
**altogether** 25:21 27:17
**ambulance** 18:12,13 18:15,18
**American** 14:3,5,20 15:10 16:13
20:25 61:6
**amount** 12:11 30:21 48:3,8,15,16,20 69:19,22 75:6 82:20
**answer** 6:13,14,22 7:1
**answering** 7:2
**answers** 85:13
**anxieties** 31:1
**anybody** 65:23 77:21
**anymore** 26:7 45:17 81:24
**anyway** 73:7
**anyways** 29:7
**apartment** 7:11 8:10
**APPEARANCES** 2:1
**appearing** 2:8,16 5:10,12
**appointment** 31:8 82:2
**appointments** 31:5 31:11 32:11 40:18 75:9 82:17
**approximately** 5:3 76:2
**April** 7:17 11:8,9 79:14
**area** 17:17 23:18 65:5
**arm** 23:19 24:10,11 24:11 25:19 27:9 27:10,11 32:21 42:15
**arms** 27:17 32:4
**arose** 46:8
**arrange** 19:21
**arranged** 19:22
**asked** 18:1,2,6,11 44:22 45:15 62:4 85:13
**asking** 48:16 54:8 81:21
**assist** 62:12,21,25 72:24 73:2 79:18
**assistant** 35:22
**assistants** 35:21 35:24
**assisting** 32:15 40:13 76:7
**assistive** 76:23
**assume** 7:2 64:22 72:11
**attend** 31:5
**attendant** 4:3,7,11
54:8 59:19,24 71:17 75:16,24 79:21,25
**attended** 9:23 71:7
**attorneys** 5:8
**Auburn** 9:14,15
**August** 85:25
**AUTOMOBILE** 1:11
**availability** 76:19
**Avenue** 1:20 2:5
**Avis** 8:1,6 49:22 49:23
**avoid** 67:25
**awake** 68:16,22 69:3
**aware** 82:18
**awhile** 29:14

B

**back** 8:6 23:1 25:18 31:21 32:8 32:21 35:14 36:8 36:17,21 39:18 42:12,14 47:16 47:20 48:7,7 51:15 59:4 65:6 70:3 74:21 76:9 76:25 82:21,24 83:16
**backwards** 35:12
**backyard** 52:14
**bake** 63:25
**baked** 64:3
**balance** 36:19 81:18
**balcony** 29:1
**ball** 32:20,21 33:2 33:3,12,25 35:8 36:9,12,14,17 37:8
**bank** 74:7
**bar** 15:20
**barely** 27:15,16
**bartender** 15:7
**based** 75:7
**basic** 18:8
**basically** 78:8
**basis** 29:24
**bath** 76:11
**bathe** 23:15 30:14 45:10 76:24 77:7
**bathing** 30:20 41:1 42:8,9 45:17 62:12,13,21 72:24 73:2 76:3 76:7,21 77:13 79:19 83:9
**bathroom** 69:6
**bathrooms** 53:8
**Beaconsfield** 8:10
**bears** 51:19
**Beaumont** 81:7
**Beauty** 11:13,14,15 13:25 82:25,25
**bed** 41:3 62:3,8 68:21,21,24 69:4 72:22
**beds** 31:18
**beginning** 11:7 61:16 63:13 64:11 76:5 80:23 83:12
**behalf** 2:8,16 5:10 5:12 18:14
**believe** 5:24 6:4 6:10 7:10,24 11:20 13:8 19:10 19:12 20:13 21:11 30:10 38:22 39:4 44:14 45:14 52:23 55:19 56:6,7,11 69:13 71:6 74:20 77:16 78:3 81:11
**belt** 18:23 22:9,10
**bend** 24:22 25:18
**bending** 39:18 64:8 64:10,12 67:5
**bent** 24:23
**better** 33:13 39:21 39:24,25 81:1
**big** 32:21 35:8 36:9 67:22
**bills** 69:14 81:22
**birth** 7:16 8:14 79:13
**bit** 32:25 33:1,9 33:12 38:1 39:16 62:4,12 66:15 71:14
**bleeding** 18:21
**Block** 55:2
**body** 24:23 40:20 65:5
**born** 50:2 61:10
**bottom** 50:13 60:15
**Bottoms** 15:18,19 16:5
**Bowl** 14:4 15:1,2
**brakes** 49:11
**break** 14:13
**Briefs** 76:22
**bringing** 79:9
**bruising** 22:3,7,9

HANSON RENAISSANCE hansonreporting.com 301-567-2700

22:16
**business** 12:2,17
**busy** 29:15
**buy** 64:2 77:11
**buzzed** 42:7

C

**Calculation** 3:14 43:11
**calendar** 74:14
**calendars** 47:8
**call** 16:18,25 17:7 17:8 61:9
**called** 13:2 16:24 56:8
**calling** 81:21
**campus** 9:13 10:3
**cane** 68:9
**car** 16:16 17:10,11 17:20 19:16,24 20:4 31:1,2,21 31:23 47:11,11 47:13,17,19,21 47:23,24 48:11 49:1 73:23
**care** 4:3,7,11 21:21 40:21 54:8 59:19,24 71:17 75:16,24 77:4 79:21 80:1 82:22 82:23 83:16
**cars** 47:14
**case** 6:3,5
**cash** 48:17,19,20 55:8 69:16
**catch** 67:24
**cause** 85:18
**caused** 23:16,17
**causes** 25:17 27:12
**Center** 2:20 14:3,5 14:21 15:10,14 16:13 20:5,25 73:19
**cents** 48:9
**certain** 12:7,9 27:8 46:14 75:12
**CERTIFICATE** 85:2
**Certified** 85:7
**certify** 85:9
**chair** 41:2 67:2
**changed** 61:5
**changes** 49:5
**charge** 48:8
**charging** 71:1 78:8
**charts** 47:7
**chauffeur's** 8:24
**check** 48:17,19
60:23
**checked** 23:5 41:8
**Chevy** 47:18
**Chihuahua** 28:10
**child** 79:18 82:22
**chip** 29:21,25 30:3
**chipped** 26:7 28:20
**choice** 64:12
**chore** 52:16
**chores** 26:6 50:12 54:17 55:24
**chose** 48:3
**circle** 37:19
**circumstances** 23:2
**Citizen** 19:5 61:6
**Civil** 1:7 5:21
**claim** 83:25
**classes** 10:17,19 10:25
**cleaning** 53:1,8
**clear** 77:23
**clip** 42:3
**clock** 13:16 54:3
**close** 8:4 29:10
**clothes** 25:6
**coats** 25:11 63:6
**Cobalt** 47:18
**code** 11:20
**college** 9:6,12,23 10:2
**color** 13:14
**come** 18:4,12,24
**comfortable** 77:9
**coming** 7:18
**commenced** 62:2
**Commencing** 1:22
**Commission** 85:25
**communicate** 18:8 35:5 71:11
**Community** 9:12 10:2
**COMPANY** 1:12
**complain** 21:25 22:20
**complained** 22:4,18
**complaining** 22:5
**complains** 37:24
**completed** 9:6 26:21
**computer** 43:23 85:14
**concern** 41:17 81:1 81:5
**concerned** 59:1
**concluded** 84:14
**conclusion** 18:4
**condition** 80:24
**condominium** 7:12
**confusing** 6:19 63:13
**connection** 6:3 65:2
**consistently** 47:5 66:14
**context** 68:12
**continue** 20:19 69:8
**Continued** 3:24
**contracted** 33:11 33:12
**contributed** 72:18
**conversation** 45:23
**convicted** 9:3
**cook** 28:12 63:21
**cooking** 40:12
**copies** 60:23
**copy** 55:3 56:12
**corner** 57:6
**correct** 23:7 32:8 51:1,19,22 53:5 53:24 60:16 61:2 61:24 75:25 76:3 78:11 85:15
**correctly** 61:16 66:6
**couch** 41:3 67:1
**counsel** 5:19 85:17
**counting** 64:23
**country** 61:8
**county** 85:6,8,24
**couple** 6:1 17:6
**course** 11:6
**court** 1:1 2:19 5:9 22:12 59:5
**covering** 81:10,11
**credits** 10:22
**criminal** 9:18 10:20
**crossing** 16:16
**CSR** 1:24
**CSR2940** 85:22
**Cultural** 14:3,5,20 15:10,14 16:13 20:25
**customer** 13:15 16:15 17:4
**cut** 28:6,15,17 42:3,4,6 73:13 73:16
**cuts** 18:21
**C-step** 32:23

D

**dad** 8:1 16:18 18:2
18:4 20:7 21:13 27:7 28:18 29:11 29:15 30:13 38:22 39:4 43:19 46:5 47:12,21 48:19,25 49:9 53:21 61:20 62:2 67:20 79:12,20 81:2 83:19
**dad's** 27:1,2,4 79:9 83:21
**daily** 29:24
**dark** 71:12
**date** 5:18 7:16 8:14 16:8 21:13 44:5 50:13 51:4 51:4 53:2 56:13 56:19 57:1,2,7 57:10,16,16,19 60:19,20 72:3 74:17 79:13 82:4
**dated** 3:15,18 4:5 4:9,13 43:12 50:7 52:1 56:21 57:19 60:1 71:19 75:18
**dates** 44:13,15 50:24 57:17 82:19
**day** 5:18 16:10,11 16:12 20:1,2 21:4,15,24 22:21 28:8,9 31:6 33:23,24 34:3,16 37:1,1 38:2,6 39:8 47:3,3 51:3 54:19 55:10 60:12,13 62:1,1 63:6,8,11 64:20 66:1,10,12 68:22 69:8,10 70:8 73:4 75:12 76:19 77:15,24,25 78:2 78:3,12,16,20 83:20,22,24
**days** 11:1,25 12:2 12:4,5,6 21:16 50:23 62:1 63:14 66:17 76:18 78:23
**daytime** 35:3
**debt** 81:12,14
**December** 16:9 21:13 51:5 57:12 61:16 65:12 66:2 68:3
**declare** 54:22,24

**Defendant** 1:13 2:16
**deliveries** 13:13
**denied** 56:3
**depended** 31:6
**depending** 30:1 76:19
**depends** 37:3,4,6 75:12 83:20
**deposed** 5:23 6:7,9
**deposition** 1:19 3:13,16,19 4:2,6 4:10 5:5,18 6:11 43:10 50:5 59:12 59:23 71:16 75:15 84:12,14 85:9
**Dequindre** 14:7 15:5 16:17
**describe** 18:7 32:19
**described** 34:7 51:1
**Detroit** 2:22
**devices** 76:24 77:3 77:10
**difference** 40:23 75:3
**different** 10:24 13:14 19:3,4 34:14 52:16 57:17 75:9 76:18 78:13
**differentiate** 27:3
**difficulty** 27:19 27:22,24
**direction** 66:5
**directly** 30:12
**discs** 35:14
**discuss** 60:10
**discussion** 82:13
**dishes** 28:12 40:5
**dislocated** 23:6
**distinguish** 31:9 40:23
**DISTRICT** 1:1,2
**DIVISION** 1:3
**doctor** 34:7 38:25 66:5 68:6,8 71:4 71:10,12 75:9 77:20 80:17,22 80:24
**doctors** 31:5 32:11 65:24 81:10,11 81:13
**doctor's** 40:18 71:7 82:2
**document** 45:1 47:2
**documents** 47:7
**dog** 53:15
**dogs** 28:7,10,19 29:2 64:12
**doing** 18:2,4 21:2 26:6,9 33:20 34:15,25 37:13 37:22 38:11,13 40:13 42:17 45:13,17 53:11 53:19 55:24 56:3 58:5 64:16 66:9 70:8,9 80:20 81:3
**door** 64:15
**doors** 29:1 31:22 64:15,16
**Dr** 21:8,14 23:9 32:13 33:18 35:18,19 36:1 37:21 38:16,19 38:21 39:2,4 43:3,5 45:9,16 45:24 46:8 70:24 77:6,6 80:20 81:18 82:12,13
**dress** 24:7 25:20 26:19 40:22
**dressed** 26:1 40:24 40:25
**dressing** 25:17 62:25 63:9
**drink** 67:2
**drivable** 19:16
**drive** 8:1 19:19 30:25 43:19 71:9
**driven** 31:20,20
**driver** 8:16
**driver's** 8:18
**driving** 47:11,21 48:11,25 74:21
**drove** 19:24 20:3 47:12
**drying** 26:18 76:9
**duly** 5:15 85:11,13
**dusting** 40:6,9 53:4
**Dyke** 1:20 2:5

**E**

**earlier** 45:16
**earn** 78:13
**easiest** 47:6
**EASTERN** 1:2
**either** 32:10 39:15 47:2 67:16 73:9 78:17 85:17
**either/or** 44:21
**elbow** 27:22
**eleventh** 53:4,4
**embarrassed** 30:23
**employed** 11:10 13:25
**employment** 13:22
**encouraged** 39:22
**ends** 56:22 57:12 57:12 58:14
**English** 10:20 71:10,13
**entry** 44:1 47:2 66:20 70:21
**errand** 74:14
**errands** 74:2
**Escorting** 40:18
**especially** 25:10 76:12
**estimate** 64:21
**estimating** 28:1
**Euro** 38:14,16 39:5 42:22 44:1,9,24 45:1,6 46:25 65:8,11 76:23 81:12,14,16
**evenly** 55:14
**event** 85:17
**events** 46:19
**exact** 72:19 80:4 81:15 82:4,19
**exactly** 6:1 21:24 29:5 39:24 65:9 83:15 84:2
**EXAMINATION** 3:7 5:22
**EXAMINATIONS** 3:2
**examined** 5:15
**examining** 82:15
**example** 12:21 51:3 54:6 70:11
**exercise** 33:13 34:1,1,13,14 36:11 37:10 39:21 66:8
**exercises** 32:17,19 33:20 34:9,12,14 34:19 35:4,7 38:2 40:14 66:9
**exhibit** 3:13,16,19 4:2,6,10 43:10 50:5,11 51:14 56:17 59:12,22 59:23 70:22 71:16,23 72:1 75:15,22
**Exhibits** 3:11,24
**expires** 85:25
**explained** 18:1
**expressed** 33:18
**extra** 79:6

**F**

**F** 2:10
**faces** 35:25 36:1
**fact** 72:17
**failing** 68:11
**fair** 7:3,4
**fairly** 13:2
**fall** 36:17 37:8 67:16,25 68:2,6
**fallen** 67:14 68:4
**falling** 68:13
**falls** 36:20 67:11 67:12,18,24
**family** 18:24 38:25
**far** 9:5 10:14 44:11 59:1
**Farm** 1:11 5:13 30:10,12 56:3,13 69:13,24 80:4 81:10
**father** 14:21 16:20 16:24 17:19 18:14 19:23 20:12,15 21:8,25 23:3,15 26:13 28:21 30:14 34:8 35:20 36:3 39:8 40:9 44:22 54:7 58:5 66:24 68:4 68:9,10 71:13 76:3,20,24 77:7 77:13 78:9 79:18 79:19 80:15 81:21,25 82:3,17 82:20 83:8,21,25
**father's** 16:8 17:11 19:16 36:8 37:23 73:13
**February** 1:23 5:2 5:6 57:18 58:16 58:17
**Federal** 5:21
**fee** 6:23
**feel** 39:24,25
**feet** 36:12 42:13 76:9
**fell** 26:15
**felony** 9:3
**Fifteen** 14:7 16:17
**fifteenth** 74:1
**figure** 26:9

HANSON RENAISSANCE   hansonreporting.com

hit 22:10
Hills 9:14,15
  16:2 23:19
high 9:6,7,8 10:12
  75:21 84:8
  71:15,22 75:12
  59:10,17,21 60:4,7
  51:13,16 59:4,7
  43:8,15 50:3,10
  5:12,22,17,22
Hewson 2:10,11 3:7
hereinbefore 85:10
Henn 1:24 85:7,22
  35:1
helps 32:23 33:13
  77:20
  72:10,16 76:9
  30:14 42:9 72:8
helping 24:10
  63:7,13,15
helped 29:20 32:19
  76:3,11 83:9
  67:25 68:1,14
  67:1,2,3,5,7,8
  64:10,22 66:4,25
  62:4,4,5,18 64:8
  41:14,15,17
  40:22,22 41:2,3
  36:15,16 37:24
  32:20,24 33:8,11
  31:18,19,21
  29:18,22 30:23
  25:4,6 26:1,13
help 24:8,9,18
Hellemont 2:11
Heights 8:2 16:7
heard 65:2
  22:22,25
headaches 22:18,20
  37:13,23,25
headache 22:4
head 22:14 24:10
Hayes 10:6
hats 25:13,14 63:7
hat 25:11,11,16
Harper 15:22
harder 33:8
  31:25 32:1,2,2
hard 25:11,17
  38:8 56:3
happened 18:1,6
  2:19
handwriting 30:6
Hanson/Renaiss...
  69:4
goes 61:4 68:23
  36:22 37:22

hands 27:15,16
handing 76:10
  51:13 59:4
  36:12
  27:19 33:3,9,15
hand 25:12,17 27:8
  74:20
Hamtramck 44:12
halfway 4:2
  76:12 83:14
  34:18 38:4 45:2
  28:1 34:2,11,13
half 10:10,11
  42:6
H 2:3

## H

guys 31:18 47:14
  50:21 62:24
guess 8:24 26:16
grown 76:11
  16:6
Grosse 8:8 9:8
  42:1
grooming 41:1 42:1
  74:5
  53:19 54:5,10
grocery 39:13,19
  40:5
grip 33:19
Greenfield 2:12
  28:15,17
grass 17:18 28:6
graduated 10:12
graduate 9:9
gradually 83:15
grab 8:21
  81:25
gotten 20:2 78:19
  8:4
good 7:5 80:20
golumpkis 63:19,24
GOLDSMITH 1:9
  73:7,9,10 74:5,7
  65:21 67:7 68:1
  57:18,23 63:6
  40:9 42:22 44:24
  32:4,5 36:17
  11:22 15:11,15
going 7:1,10 9:11
  69:4
goes 61:4 68:23

  83:20
  78:8 82:11 83:13
  78:12 79:5,18
  74:15 77:10,11
  69:7 71:4 73:20
  44:19 49:19
  31:16 43:16
  31:10 32:8 37:10
  29:16 31:13
  11:1,3 20:1 21:8
go 6:6 9:5,7 10:1
  22:13
  80:20 81:10
  43:3,5 45:9,16
  35:24 46:6 77:6
  33:18 38:17,19
Glowacki 32:13
  41:14
glasses 41:9,10,12
glass 18:22
giving 65:3 78:11
gives 60:22
  55:15 68:1
give 7:6 8:20 49:9
  72:21 78:14
  31:1,18,21 41:2
getting 24:11,18
  25:17
general 10:8,9,25
gas 58:1
garbage 52:20,21
Garfield 10:5
  58:1,20 57:25
gap 56:20 57:25

## G

future 82:18
full 85:15
front 71:23
four-hour 77:23
fourth 2:1,2,3
fourteenth 74:1
Fourteen 15:5
  78:1 74:3 77:16
  46:14,21 75:19
  34:3,16 38:2
four 8:13 33:24
found 38:18
forward 25:18
  39:18
Forty-five 53:6

  85:10
forth 5:20 74:21
  80:13
  79:21,22 80:5,7
  75:5,21 76:5
  59:18 60:5 66:14
  58:15,21,23
  55:16 56:1,4,8
  55:23 57:22 58:23
  43:16 46:10 47:5
forms 30:9,12
  72:1
  65:14 68:15 72:17
  58:13 63:12
  56:20,23 57:11
  46:17,24 48:4,10
  30:4 43:11,24
  30:25 29:25
form 3:14
  48:24
  49:24
forgive 45:19
foregoing 85:12
food 40:12 63:19
follows 5:16
  40:13
folding 26:18
  26:17 27:1
  17:11,12,17
flower 16:24,25
floors 27:8
floor 36:12 53:23
  79:17
five-week-old
  57:19 79:16
  25:3,23 46:15,21
five 8:13 12:5
first 70:18
  76:5 85:11
  72:12,17,18,20
  66:1 70:22 72:9
  63:14 65:2,12
  58:14 60:13
  44:23 51:3,4
  38:19 42:24 48:4
first 5:15 16:2
finish 11:7 12:15
fingers 60:10
  45:20 55:22
  45:23
find 16:14 41:24
  49:17
filling 46:13
  50:15 56:8 57:15
  58:8 60:13
filled 46:15,20
fill 30:5 46:16,20

**HLUCHANIUK** 1:10
**hold** 24:19,21,22 31:4 33:9,11 36:14,23
**holding** 64:16
**holds** 31:3
**hole** 24:11
**holidays** 21:17,20 51:9 65:23,25
**home** 7:11 29:20 32:8,17,19 37:4 45:14 46:3,4 56:2,11 67:8 74:9 77:20,21 78:1 80:14 81:3
**HON** 1:9
**honest** 58:20 59:9 81:15
**Hoover** 7:7,22,25
**hospital** 20:12 21:21 23:4 24:7
**hot** 32:22
**hour** 27:5 28:1 31:16 34:2,11,13 34:18 38:4 51:8 51:11 53:8,11,23 62:21 63:10 64:19,25 66:7,19 69:9,11,12,23,24 72:24 73:2 74:22 76:7,8
**hours** 11:3 12:6,7 12:9,10,11,12,17 12:25 13:7 14:14 14:23 15:8 26:20 26:22,25 34:23 53:19 63:16 68:16,20,22,22 68:24 69:2,10 70:12,15,17,19 70:20,24 71:1 73:3,13,16,21 74:3,19,25 77:16 78:6,21,23 83:11 83:12,24 84:5,6
**house** 26:6 27:6 28:4,25 39:25 40:3,4,7,10 49:20,21 73:10 73:11 79:9 81:21 81:23
**household** 50:12 54:17
**hurt** 27:8 36:21,25 42:16,17 68:11
**hurting** 18:22 22:2
**hurts** 39:17

**H&R** 55:2

I

**Ibuprofen** 20:17 22:23,24
**IDENTIFICATION** 43:14 50:9 59:16 60:3 71:21 75:20
**identify** 50:11
**impression** 18:17 42:19
**improved** 36:8 80:15
**inability** 77:3
**incapable** 81:4
**include** 28:21 32:13 54:6 63:18 74:21
**included** 67:5
**including** 26:25
**income** 54:22 55:3 69:17
**inconvenient** 42:16
**indelicate** 76:20
**INDEX** 3:2,11
**indicate** 45:1 66:23 72:17 76:6
**indicated** 68:15
**indicating** 70:15
**information** 66:23
**injure** 36:24
**injured** 66:20 73:24 74:3
**inside** 40:3,4
**insurance** 1:12 49:1
**interchanged** 44:14
**interested** 85:17
**interpreting** 46:1
**introduce** 5:8
**introduction** 10:20
**involved** 47:21
**ironing** 26:19 40:13 51:25
**issue** 36:8 42:8

J

**James** 2:10 5:12
**January** 9:20 44:6 44:6,6 46:24 50:14 51:22,25 52:2,4,7 56:17 56:22 57:10,24 58:1,3,10,14 60:15,17,20 65:17,24 70:3,12 70:13 82:7
**JAROSLAW** 1:5
**jawbone** 37:22
**Jeanne** 1:24 43:8 50:4 51:13,15 59:21 71:15 75:14 85:7,22
**Jerowski** 19:6,11 19:12
**job** 6:14 14:25 16:2,5 29:16,19 78:14 80:20
**John** 15:5 20:14 21:23
**John's** 20:20 23:3 23:13 24:6 38:9
**JUDGE** 1:10
**June** 11:22 30:16 30:19 73:1 75:25 76:6,6,15 77:15 78:16 79:15 83:6
**justice** 9:18 10:20
**J-E-R-O-W-S-K-I** 19:10,12

K

**Kamila** 1:19 3:4 5:5,14,18 7:7
**keep** 29:23 33:20 35:6 36:22 52:12 54:1 57:18 69:19 80:13 84:5
**kept** 43:20 56:3
**keys** 60:10
**killing** 42:13
**kind** 24:9,19 25:11 25:13 29:7,17,18 30:22 32:20 33:10,10 35:6,12 35:12 39:25 47:17,19 48:14 62:7 63:14 65:9 66:4 67:7 70:18 77:3
**kinds** 77:3
**kitchen** 53:1
**knew** 73:22 77:6
**know** 6:5,22,23 11:18 16:20,23 19:16 20:16,17 20:22,24 21:2,10 21:18 23:9,10 26:8 27:22,23,24 27:25 30:24 31:7 31:18 35:19,23 35:24 36:18 41:10,19,21 42:7 45:18 46:10,12 46:13 51:10 55:9 56:12 58:20,23 59:8 63:13 67:17 68:1,10 69:7,16 69:18,21 70:7,12 71:5,7 73:22 74:10 76:14 77:2 78:15,20 81:15 81:16,17,18,20 81:24 82:19 83:24 84:2
**knowing** 78:17,22
**knowledge** 35:3
**known** 9:1 66:3
**knows** 80:24

L

**labels** 41:7
**laundry** 26:10,14 26:16,23 27:6,7 28:1 40:13 53:11
**laying** 68:21
**lays** 35:10 68:25
**leaning** 35:12
**learn** 16:23
**leave** 18:15 19:23
**leaving** 79:17
**led** 23:3
**Lee** 2:3 5:10
**left** 20:6 22:6,14 24:15 27:15,21 33:3,15 36:24 37:18 39:17 64:6
**legal** 61:9
**legally** 61:5
**legs** 42:12,13,18 67:19
**let's** 14:5 25:2,8 28:14 40:4 54:24 71:25
**levels** 18:8
**license** 8:18,24,24 8:25
**licensed** 8:16
**lift** 23:18 27:11 39:14,15
**lifting** 39:14
**likes** 63:19
**list** 50:23 54:5
**listed** 51:10 52:23 54:11 62:9 64:19 78:3
**literally** 31:3
**little** 26:7 32:25 33:1,8,9,12 38:1 39:16 45:18 62:4 62:12,25 66:15

71:14
**live** 7:7,13,20,25 8:3,7,12 81:23
**lived** 7:9 8:1 73:5
**living** 14:21 16:4 16:6 20:7,10,11 49:21
**located** 11:16,17 15:4,21
**long** 7:9 8:3,12 9:19 11:5,21 12:17 14:11 15:23 19:13 23:22 24:25 25:20 26:16 31:15 33:25 34:12 37:10 46:19 52:15 54:4 54:4 63:20 64:6
**longer** 13:10 23:21 23:24 30:21 33:9 33:12
**long-handled** 77:2
**look** 46:24 52:13 55:16,16 57:5,5 70:21 74:17
**looked** 54:3
**looking** 43:24 52:1
**lost** 57:4
**lot** 17:12,16 28:11 28:13 29:20 33:1 38:1 51:9 76:11
**low** 32:3
**lower** 35:14 57:6 65:6
**Lozinski** 35:18,19 36:1 37:21 77:6
**Lucas** 7:16,23 83:21
**lunch** 13:20

M

**M** 81:7
**Macomb** 10:2,4,23 15:11,13,14,15 20:14,20 23:4,13 38:9 83:2,5 85:6 85:24
**MAGISTRATE** 1:10
**mailed** 30:11 56:2 56:4 57:16 80:2 80:3,9
**mailings** 80:8
**maintenance** 49:5 49:11
**major** 10:8,24
**Malgorzata** 61:1
**man** 67:22 76:11
**March** 11:7 56:17 57:2 58:3,11 72:4 74:1,15
**Margaret** 19:3,6,14 20:10,22 21:10 26:5,15 28:6 29:25 46:1,5 47:19 49:20 55:9 55:12 61:4,5
**Margaret's** 26:25 61:1
**mark** 1:9 50:3 51:14 59:21 71:15 75:13
**MARKED** 43:13 50:8 59:15 60:2 71:20 75:19
**marking** 43:8 56:16
**married** 19:5
**Mary** 1:24 85:7,22
**massage** 64:25 65:3 66:2
**massages** 66:8
**massaging** 65:5
**MATT** 2:18
**matter** 54:4
**Mazda** 47:20
**ma'am** 14:23 43:16 71:23 75:22
**McGilton** 7:16
**McKINLEY** 2:18
**meal** 63:18
**meals** 28:13 39:8 40:5 63:16
**mean** 12:7 18:21 25:11,16 26:7 27:5,8 28:13 29:20 30:3,17 31:2 32:25 34:1 34:10 35:5,25 36:11,17,20 38:1 39:16 40:6 41:1 41:19 42:14 48:7 48:13,13,15 49:18 52:11,13 52:13,13,15,22 54:3 55:10 56:2 62:4,8 63:4,5,7 63:13,23 64:1,22 65:13 66:25 68:10 70:18 73:22 74:13 75:9 75:10,11 76:10 77:9,19 78:11,12 80:20,22,22 81:3 81:9,12,23 83:20
83:23
**means** 13:13
**meant** 24:11
**medical** 3:14 43:11 43:24 47:9 81:22 82:17
**medication** 40:22 41:20
**medications** 41:5 63:12
**meds** 41:6,15
**member** 18:24
**memory** 59:2
**mention** 22:25 45:15
**mentioned** 35:8 77:5,10
**menu** 31:3
**messed** 32:25
**Michigan** 1:2,21 2:6,14,22 5:1,6 7:8 8:16 85:4,24
**midnight** 15:9
**mile** 10:6 15:5 48:9
**mileage** 3:14 43:11 43:19,24 47:5,9 48:3,8,12 65:15 65:16
**mileages** 47:8
**mind** 43:8
**mine** 60:17
**minimum** 12:10
**minute** 37:12 56:24 64:23
**minutes** 17:6 19:15 23:23 24:2 25:3 25:23 34:11,18 34:21 37:12,12 38:4 52:5,7,9,18 52:24 53:6,9,11 53:15,19,23 62:10 63:1,4,12 64:7,19 66:17,17 72:22 74:23 75:1
**missing** 56:17
**misunderstandings** 6:12
**mom** 16:18 17:7
**moment** 44:22
**Monday** 12:3,19 53:1 74:1 77:16
**Mondays** 11:2,3
**money** 49:9 54:22 54:24 55:13,14 69:17 78:13 79:6 81:16
**month** 7:24,24 82:5 82:6
**months** 6:2 30:15 42:8,24 44:23,24 45:10 62:13 76:2
**mornings** 14:18,19
**mother** 16:20 17:8
**move** 7:22 27:13,15 27:16 37:23,25 38:1 49:20
**moved** 16:6 27:6 49:24,24
**movement** 33:13 37:19
**movements** 27:9,10 32:22 37:13
**moving** 22:11
**muscle** 33:9,11,12 33:13
**muscles** 32:21,23
**MUTUAL** 1:11

N

**nails** 42:3
**name** 7:5,7,15,16 9:1 19:2,7 47:16 50:18 56:21 61:1 61:2
**neat-freaks** 29:8
**neck** 22:3,7,8,13 22:14
**need** 6:19 13:14 41:14
**needed** 18:17 24:18 31:18 66:24 77:22 79:20
**needing** 83:9
**needs** 31:20,21 41:2 45:17 52:14 66:25 67:2,7 68:14 78:13
**never** 6:7 12:8 41:19 67:17 70:20 77:10
**new** 49:14
**night** 20:12,13
**nights** 15:1
**nine** 15:22 44:7
**Nope** 12:14,16 19:20
**normal** 13:9 23:25 34:8 37:16 41:4 78:14
**normally** 23:21 30:22 31:15 37:10
**nose** 29:4

**Notary** 85:2,8,23
**notes** 85:16
**notice** 5:19
**noticed** 82:1
**November** 80:9,10 80:13
**number** 3:13,16,19 4:2,6,10 8:11,20 12:10 50:11 81:15

**O**

**Oak** 2:14
**Oakland** 9:12 10:22 10:23 11:1
**oath** 5:16
**objects** 6:14,15
**observation** 36:9
**observe** 34:25 36:3
**observed** 22:16 32:1
**observing** 33:7
**OCC** 9:13 10:17
**occurred** 18:10 46:19
**October** 80:9,13
**odometer** 48:5
**office** 6:9 71:8
**Oh** 34:22 54:21
**oil** 49:5
**okay** 6:17,18,21,25 8:23 18:2,4,11 23:14 26:13 27:14,18 34:3 39:7 40:5 43:20 46:4 48:1,3,6 49:20,24 51:15 52:3 55:18 56:25 57:5,18 60:18 67:22 68:15 72:2 72:13,25 74:4 83:6 84:10
**old** 79:15,15
**once** 13:10 23:9,10 28:22 29:7,14 34:11 80:6
**ones** 56:7
**open** 12:2,3 13:4 21:20,22 65:23
**opening** 31:21 64:15
**operator's** 8:24,25
**opinion** 81:8
**order** 59:9
**ordinary** 13:9
**outside** 13:13 17:20 40:3
**outstanding** 81:18
**oven** 63:25 64:4,6
**owes** 83:25

**P**

**package** 51:14 56:16
**page** 1:16 3:3 57:1 58:3 60:15,25,25 70:22 71:25
**pages** 3:21 55:21 57:19,19 59:14 71:12
**paid** 54:14,15,16 54:20 55:7,9,12 69:9,13,21,23,24 78:14 81:16
**pain** 23:16,17 24:24 25:18 27:13 30:17 41:25 67:18
**pants** 24:17,18,19 24:21,25 63:5,6
**paper** 43:22
**park** 2:14 8:8 17:16
**parking** 17:12,16
**part** 77:24
**participated** 72:15
**particular** 20:6 31:8 34:5 61:12 70:8 72:21 84:1
**party** 85:17
**passed** 65:25
**pay** 48:13 49:5 69:14 81:13,22
**paying** 49:1 69:25 81:9
**people** 38:16 76:23 77:3
**Pepper** 15:18,19 16:5
**percent** 21:12 50:21 52:11
**performed** 35:19 51:1 61:20 76:14
**period** 6:13 10:9 14:17 20:15,20 21:25 23:12,20 23:25 24:6 30:19 34:5,8 42:20,22 45:5 48:25 49:12 53:21 54:6,7 58:6,10 63:8 69:5 75:25 77:23 78:9
**periods** 46:14,21
**person** 31:20 35:19 41:4 50:22 66:21 73:24 74:3
**personal** 35:3 77:12
**personally** 40:12 40:20 45:23
**persons** 65:8
**phon** 32:23
**phone** 16:17 17:7,8
**physical** 31:10,13 32:5,15,16 35:16 35:17,20 36:3,5 38:13 40:18 45:9 68:8 74:19 75:4 75:4,8 78:4,10
**pick** 64:11,11
**picked** 52:14
**picking** 71:12
**place** 5:20 31:13 47:9 85:10
**places** 47:12
**plaintiff** 1:6 2:8 5:11
**please** 5:9,25 7:15 8:14,20 10:19 42:11 45:19 49:24 50:13 51:14 59:22
**plus** 31:20 71:10
**point** 18:17 20:6 24:23 30:17 63:14 66:5 84:1
**Pointe** 8:8 9:8 16:6
**Poland** 61:10
**police** 17:21,23 19:22
**Polish** 14:3,5,20 15:10,14 16:13 20:5,25 23:11 63:19 73:19
**poop** 52:14
**possible** 45:5
**practice** 13:22
**predominant** 14:17
**prefer** 6:24
**pregnant** 10:16
**preparation** 63:18
**Preparing** 63:16
**pretty** 22:21 29:13 38:7 40:7 66:14 68:20 74:2 76:12 81:3
**prevent** 68:13
**primarily** 26:10 49:16
**prior** 13:25
**probably** 13:10 26:23 27:5 30:15 74:6 82:6
**problem** 41:5 56:20
**problems** 36:19 46:8 67:18
**procedure** 5:21 73:20
**proceed** 6:16
**process** 38:24
**program** 9:19
**progress** 33:1
**progressively** 45:8
**provide** 61:23 68:18
**Public** 85:8,23
**pull** 62:7,8
**punch** 13:16,18,18 13:20
**purposes** 5:20
**pursuant** 5:19
**push** 32:3 37:24
**put** 24:16 25:9,9 25:11,16,18,18 29:4,25 30:3 37:22 43:23 50:23 52:12 59:5 60:10 73:21
**P.C** 2:11
**p.m** 1:22 5:3,7 84:13,14
**P27127** 2:10
**P31967** 2:3

**Q**

**question** 6:13,13 6:19,22 7:1 54:12 64:3 68:12 78:19 81:5
**questions** 84:11 85:12
**quit** 10:15
**quite** 52:15

**R**

**R** 15:5
**ran** 17:10
**reach** 42:14,17 76:24
**read** 41:7,12
**reading** 61:16
**ready** 62:16 68:21
**really** 10:24 14:15 18:5 31:6 32:3 36:11,18 40:23 41:7 49:18 66:5

70:18 72:8 76:3 78:22 80:16
**reason** 72:19
**recall** 20:18 22:17 45:13 46:7 48:22 48:24 49:8,14 54:9 65:20,21,22 69:16 82:13
**receipt** 48:20
**receive** 69:12
**received** 16:17 17:6,8 69:15
**receiving** 32:16 36:4
**recognize** 43:16 75:22
**recollection** 43:4 46:7 65:11 77:12
**recommendation** 38:22
**record** 5:4,17 6:16 7:5 13:16
**recorded** 62:5 85:13
**records** 70:11
**reduce** 73:20
**reduced** 85:14
**reflect** 5:17 72:11
**regular** 12:13,15
**Rehab** 38:14,16 39:5 42:22 44:1 44:9,24 45:1,6 46:25 65:8,11 76:23 81:12,14 81:16
**reimbursed** 48:11 49:3,7
**related** 85:16
**relative** 18:9 25:6
**relax** 32:23 66:4
**relaxed** 65:9
**remaining** 69:2
**remember** 8:9,10 10:11 15:25 16:4 16:8,10 18:9 20:17 21:7,23,23 23:2,8 35:22,25 43:6 44:15,16,25 45:23 46:13 49:10 54:9,12,13 54:21,25 56:18 58:5 61:15,25 65:22 68:7 72:8 74:11 80:4,7 82:4,14 83:14
**remembering** 72:19
**Renaissance** 2:20
**Rendered** 3:17,20 4:4,8,12 50:6 51:17 56:9 59:13 59:19,25 71:18 75:17,24
**repeat** 34:6,12,21 69:8
**report** 22:24 57:1 69:17
**reporter** 5:9 22:12 43:13 50:8 59:5 59:15 60:2 71:20 75:19 85:7
**Reporters** 2:19
**required** 13:16,18 13:20
**responsibilities** 13:12
**responsible** 26:10 26:12 49:16
**rest** 22:14 34:6,9 37:12 54:1 58:21
**result** 73:13
**return** 30:24 54:22
**returned** 83:1
**returns** 55:3
**right** 6:20,24 7:22 9:6 10:12 16:17 20:8 21:17 24:13 25:15,25 27:12 27:15,19 33:4,7 34:17,19,20 35:4 35:5 36:1,23 37:5,14,18 39:15 40:24 41:13 42:1 42:10,14,23 45:3 45:4,22 46:4,9 46:18 47:1,3 50:18,19,25 51:2 51:18 52:4,6,8 52:16,25 53:7,10 53:25 56:23 57:5 57:11,16 58:4,17 58:18,22 59:10 60:14,19 61:3,4 61:17 62:3,11,15 62:20,22 63:2,11 64:5,9,18 65:18 65:24 66:3,13,18 66:22 67:14,22 67:23 68:17,19 70:3,13,14,25 73:5,6,8,11,25 74:20 75:2 77:17 78:5,10,25 79:8 79:16,24 81:4,10 81:11 83:7,10
**right-hand** 57:6
**right-handed** 25:15 25:16
**risk** 68:6,11
**road** 2:12 7:8 11:19 17:12
**roll** 36:18 64:1
**room** 36:5 82:15
**rotate** 32:24 35:11 36:10 37:18
**Rottweiler** 28:10 28:11
**ROY** 2:3
**Rules** 5:21
**run** 11:5
**running** 74:2

S

**sacrificing** 78:20 78:23
**salesperson** 13:13
**Sally's** 11:13,14 11:15 13:25 82:24,25 83:2,6
**salons** 13:14
**sandwich** 39:9
**Saturday** 12:19 53:24 57:10
**saw** 23:9 38:16,19 43:5
**saying** 16:18 45:16 65:15 75:6
**says** 46:24 52:4,7 52:18 63:9 65:16 66:12 68:22
**scare** 41:19
**scared** 30:25 71:9
**scene** 17:10,11 18:1,12,24 19:14 19:17,23 20:7
**schedule** 12:1,8 14:16 31:6 35:6
**scheduled** 13:5 16:10 82:17
**school** 9:5,6,7,8 9:11 10:1,12 16:2 26:5,5 34:24 37:6 70:3 73:9 82:21 83:1 83:17
**scratch** 64:1
**scratches** 18:22
**seat** 18:23 22:9,10
**second** 44:1 51:21 60:15,23,25 64:23 71:25 77:15 81:8
**seconds** 34:10,10
**see** 17:2 21:14,22 22:2,7 23:5 35:6 38:16 41:10 56:21 57:3,8,15 57:23,23 74:7,8
**seeing** 43:3
**seen** 23:10 35:25
**semester** 11:5
**send** 30:12 46:20 56:14 80:5
**sending** 46:14
**sense** 52:22
**sent** 39:4 56:6,12 57:14 58:17
**separately** 55:10
**series** 34:11
**service** 13:15 57:2 57:10
**services** 3:17,20 4:4,8,12 50:6 51:1,17 54:14 56:8 58:5 59:13 59:19,25 61:20 61:23 62:2 65:12 66:1 68:18,23 69:8,9 70:7 71:18 72:15 75:17,24 76:15 79:23
**sessions** 66:18
**set** 5:18,20 12:1,8 12:11 14:16 23:2 31:6 79:22 85:10
**sets** 33:6 37:11
**Seven** 44:7
**shampoos** 13:14
**sheds** 28:11
**shift** 13:9,11
**shirt** 24:12,25 63:5
**shirts** 24:10 25:10 26:19
**shock** 18:5
**shoes** 25:10,10 63:7
**shooting** 67:17
**shop** 16:24,25 17:13,17 39:13 82:25 83:1
**shopping** 53:19 54:5,10
**Shorthand** 85:7
**shot** 71:11
**shoulder** 22:2,3,5 23:6,18 27:13 32:24

**shoulders** 65:6
**show** 37:15 47:8 48:23 66:6
**showed** 37:20 65:7 65:9
**shower** 32:22 37:16 37:17 62:15,18 62:19
**showers** 23:20
**sic** 71:10
**side** 17:13,14,15 22:13,14,14 24:14,15
**signature** 50:22 51:19 52:2 56:23 60:19,20
**signed** 50:17 58:21 58:23 61:12 72:3 72:5,9,12,17,20
**signing** 72:7
**signs** 58:14
**sister** 19:1,24 29:13,14 31:2 32:10 35:1,5 37:2 40:7 43:21 44:14,18 46:14 47:15 50:16,17 58:14 60:8 65:4 69:21 70:8 71:6 72:5 76:12 78:17 82:23
**sister's** 56:23 84:6
**sit** 35:11 60:9 78:9 84:3
**sits** 36:12,14
**sitting** 32:2 36:9 37:8 64:13 78:1
**situation** 79:5
**six** 21:16 30:15 42:8,24 44:23,24 45:10 62:13 76:2 79:15
**sixteenth** 74:17
**six-day** 21:25
**six-month** 42:19
**size** 76:13
**sloppy** 45:18
**soap** 76:10
**socks** 24:16 25:9,9
**somebody** 30:3 31:10 71:9 74:8 77:22
**son** 7:14 14:13 50:1 79:2,7,9,11 83:16
**son's** 7:15 79:13
**sorry** 19:12 27:17 47:25 52:1,3 53:3,4 56:19 58:2 59:11 79:13
**sort** 76:25
**South** 9:8
**SOUTHERN** 1:3
**Southfield** 11:17 11:19,19
**speak** 23:11 71:10 71:13
**specifically** 74:10
**spell** 19:7
**spend** 82:20 83:19
**spent** 75:7
**split** 55:13,14
**sponges** 77:2
**squeeze** 33:8 36:24
**squeezes** 33:3
**squeezing** 33:25
**squish** 32:20 33:2
**SS** 85:5
**St** 20:14,20 21:23 23:3,13 24:6 38:9
**stable** 36:18
**stand** 62:8 63:21 63:24
**standard** 13:2
**standing** 32:3 64:8 64:13 67:5
**standpoint** 42:2
**start** 12:13 14:5 30:14 38:13 40:4 43:2 51:21 71:25
**started** 9:20,24 11:23 13:23 16:6 42:9 83:9,12,15
**state** 1:11 5:13 7:5 30:10,12 56:3,13 69:13,24 80:4 81:10 85:4 85:8
**statement** 6:15
**STATES** 1:1
**status** 61:8
**stay** 31:13,17 32:5 47:6 58:13 77:20 77:21 83:21
**stayed** 20:5
**stays** 33:11,12
**stenographic** 85:16
**stenographically** 85:14
**step** 62:16
**Sterling** 8:2 16:7
**sticker** 59:5
**stop** 6:20 10:15 55:24
**stopped** 22:10 83:5
**store** 39:19 74:5
**straight** 36:14
**street** 8:9 11:18
**stuck** 39:25 55:21
**studies** 10:8,9
**study** 10:7
**studying** 9:17
**stuff** 13:15 29:20 64:11
**Suite** 2:13,21
**Sunday** 12:3,23,25 13:3 15:1 51:3 61:18 74:25
**Sundays** 12:20 75:5
**supervise** 41:1 77:16
**supervised** 74:25
**supervising** 66:20 68:12 73:24 74:22 75:7,11
**supervision** 54:7 54:11 66:24
**Supply** 11:15 13:25
**supposed** 33:5 34:5 41:20,22 66:16 69:1 71:11 81:12
**sure** 6:1 8:22 10:24 14:6,12 21:11,11 27:18 30:10 33:2 38:23 39:22 40:11 41:16 45:21 46:16 50:21 52:11 55:6 59:6 64:22 66:1 70:16
**swear** 5:9
**sweep** 28:7
**sweeping** 40:6 53:23
**sworn** 5:15 85:11

**T**

**take** 20:12 22:24 24:25 25:3,20 26:16 27:5 28:6 30:21 31:15 32:5 33:25 38:4 40:22 41:6,17 44:11 52:9,9,15,24 55:16,16 58:8 63:15,19 70:21 71:9 73:13 76:11 77:4 81:7
**taken** 1:20 5:5 41:20,22 45:6 80:17 85:9,16
**takes** 28:1 41:16 52:24 76:11 82:23
**talk** 17:23 25:2,8 35:17 54:24
**talked** 45:14,16 46:3,4
**talking** 10:13 18:5 22:13 24:14 25:13,24 27:2,19 29:9 30:16 33:3 46:3 54:2 60:19 66:17 82:7 83:22
**tall** 67:20
**Taller** 67:21
**tax** 54:22 55:3
**taxes** 55:1
**tears** 83:1
**Technician** 2:24 5:4 84:12
**tell** 5:25 6:20,23 12:17 17:25 23:17 40:9 41:5 44:5,17 45:8,12 68:6 69:15 71:25 76:8 77:23 82:5 82:24
**telling** 12:9 23:24 34:15 46:7 56:5 68:23 77:12
**Temrowski** 2:3,4,4 5:10,10 6:14 55:5 84:11
**ten** 19:15 23:25 25:23 29:10
**testified** 5:15
**testify** 85:11
**testimony** 31:23 65:3 79:17
**Thank** 19:9 25:8 46:22 59:7 60:23 84:8
**therapist** 36:5 68:8
**therapy** 31:10,13 32:5,15,16 35:16 35:17,20 36:3 38:13 40:18 45:10 74:19 75:4 75:4,8 78:4,10
**thing** 32:10 74:5 76:25
**things** 28:14 29:23 49:9,11 67:3 74:2 75:9

**think** 6:8 8:4 16:24 18:19,20 20:21 30:13,17 30:22 35:21,21 44:1 48:8,19 52:21 54:3 80:21 81:10,11,23
**third** 44:1 70:21
**Thirty-six** 3:21 59:14
**three** 26:23 33:6 33:24 34:3,23 42:23 66:11,12 66:18 68:20,24 69:2 74:25 83:24
**tied** 25:10
**till** 15:9
**time** 5:6,20 10:9 12:13,15 13:16 14:17 15:11 16:20 19:13 20:6 20:15,20,22 22:1 23:12,20,21,24 23:25 24:6 28:3 28:14 30:2,19,22 32:2,3,6 34:2,5 34:8 38:8,9 41:23 42:20,22 43:4 45:5 48:25 49:12 51:10 52:10,12,13,15 53:21 54:6,7 58:6,10,14 63:8 63:20 66:16 68:3 69:3,5 70:16 72:18,20 74:21 75:7 76:17,18 77:24 78:9,11,21 78:24 79:2,4,22 82:2,20,23 83:8 83:19 84:9,13 85:10
**timer** 64:23
**times** 26:23 33:5 33:23,24 34:3,16 35:2 38:2 42:23 54:1,2 66:9,12 70:16 80:6
**tipped** 17:14
**tires** 49:14
**today** 5:6 33:21 55:25 68:3
**toes** 42:3
**told** 17:4 18:9 35:15 62:12 63:1 66:9 67:5 77:7 83:11
**tomorrow** 13:5,7
**top** 8:20 68:15
**torso** 76:10
**total** 54:20 66:17 69:19 80:7
**totaled** 47:23,24
**tow** 19:21,22
**towels** 62:16
**track** 29:23 43:20 47:6 52:12 54:1 69:19 84:5
**transcript** 85:15
**transcription** 85:14
**transfer** 10:22
**transferred** 10:25
**trash** 51:6,9,10,24 52:4,7,9,18,24
**treat** 20:15
**treated** 21:18 39:2 80:23
**tried** 31:3 70:18
**trimester** 11:5
**truck** 19:21,22
**true** 73:5 85:15
**trunk** 36:10
**truth** 85:11,12
**truthfully** 7:3
**try** 19:8,19 21:21 33:8 35:5,11 37:18,19,24
**trying** 26:9 36:10 45:21
**Tuesday** 1:23 5:2 70:21 74:17 78:3
**turned** 58:23
**TV** 68:25 69:2
**twelfth** 53:8
**Twelve** 10:6
**twenty** 53:3
**twenty-fifth** 61:24
**twenty-fourth** 61:23
**twenty-ninth** 21:19
**twenty-seventh** 62:9
**twenty-sixth** 61:24
**twenty-third** 21:19
**twice** 26:23 28:2,8 28:9,24 80:6
**two** 7:10,18,19,24 8:4 10:18 11:22 13:23 20:13 23:7 26:20,22,25 34:23 35:25 36:1 37:11,12 44:20 45:2 47:15 49:16 50:3 53:19 57:25 63:16 74:19 76:14 78:6,21,23 80:6,8 83:1,24
**two-hour** 78:9
**two-week** 20:15,19
**type** 46:17
**typed** 46:17 60:7 60:13,25
**typing** 30:6,8

**U**

**U** 81:7
**Uh-huh** 9:16 40:15 53:12,16 61:19 70:23 72:23 74:24
**unbearable** 30:18
**unclear** 6:19
**understand** 26:9 33:2 34:15 35:13 39:22 42:8 43:18 45:21 46:16 47:7 55:12 64:3,25
**understanding** 24:20 33:15
**understood** 7:2
**underwear** 24:16 76:22
**undressing** 62:25 63:9
**UNITED** 1:1
**urgent** 21:21
**usually** 12:5 14:19
**Utica** 1:21 2:6 5:1 5:6

**V**

**vacations** 58:8
**Van** 1:20 2:5,11
**varied** 14:15
**varies** 12:1,7 37:3
**verbal** 69:22 70:1
**verbally** 73:22
**Video** 2:24 5:4 84:12
**videotaped** 5:5
**vision** 41:7
**visit** 21:8 23:12 70:24 71:1 77:20
**visits** 77:20
**vs** 1:7

**W**

**wait** 34:12
**waitress** 14:10 21:3
**waitressing** 14:15
**waking** 69:3
**walk** 39:20 64:14 64:23 68:9
**walked** 28:19
**walker** 68:9
**walking** 53:15 64:8 64:16 67:6
**want** 6:1,12,23 8:4 10:10,14,25 14:12,24 16:1 23:23 27:11,18 29:10 34:22 36:20 50:1 54:9 56:24 65:8 68:10 72:11 74:7 80:6 80:9
**wanted** 23:5 29:21 29:21 75:10 76:11 77:19,21
**wants** 75:12
**Warren** 7:8
**wash** 28:7,7 29:6,7 42:13,17 76:9,10
**washed** 28:24
**washing** 26:18 28:23 53:23
**Waskowska** 1:19 3:4 5:5,14,19,23 7:7 19:3 60:5
**WASKOWSKI** 1:5
**wasn't** 17:14 18:5 18:6,21 55:10 63:7 66:3 70:4 71:2 73:11
**watch** 63:21,24
**watches** 68:25
**watching** 36:6 69:2 79:11
**water** 32:22
**way** 19:4 27:3 31:7 32:1 36:23 47:6 48:7 70:7,12 78:13,17,22
**weak** 33:15,16
**weakness** 33:19
**wearing** 41:12,14 76:20
**wears** 41:9
**week** 11:1,25 12:2 12:4,7,9,12 13:10 14:23 26:22,24 28:2,22 28:24 29:7 42:23 45:2 50:23 51:3 76:6 83:11,12
**weeks** 20:13 23:7

45:2 46:15,21 57:25 79:15,15
**welcome** 46:23 60:24
**went** 10:2,13 20:13 20:14,20 21:10 21:13,23 23:1 38:9 43:23 44:15 44:17 46:20,24 49:18,18,18,19 54:10 65:19 75:11 82:2,21,25 83:6
**weren't** 38:11 62:5 71:3 78:23
**we'll** 51:14 66:16
**we're** 6:6 10:13 25:24 26:7 29:7 30:16 36:17 45:15 54:2 56:16 66:16,17 73:1 76:12 78:1 82:7 83:22
**we've** 72:21 73:24
**Wietrzykowski** 21:8 21:14 23:9 70:24
**windows** 28:7,23,24 28:25 29:6,7,9 40:6
**winter** 25:14
**witness** 3:3 5:9 51:14 59:6,8,11 84:10 85:11,13
**word** 48:2
**work** 11:12,13,17 11:25 12:4,6,10 12:21,23 13:3,3 13:5 14:2,11,14 14:18 15:8,15,23 16:10,15 17:1 19:25 20:2,19 29:15 30:24 34:24 70:11 73:9 78:13,19 79:1,4 81:3,13 82:24,25 83:20,23
**worked** 11:21 14:3 70:12 73:11
**working** 13:25 14:17,20,23 15:10 16:4,11,12 20:22,24,25 21:4 21:6 26:4,4,5 58:10 70:5 73:18 79:6 82:21 83:2 83:11
**worse** 41:7 42:19

44:22 45:8 81:25
**worth** 70:16
**wouldn't** 35:3 36:6 74:16 81:7,24
**wow** 17:6
**wrists** 27:24
**write** 43:22 74:12 74:13 84:3
**writing** 10:21 73:21
**written** 48:20
**Wrong** 48:2
**wrote** 47:9 48:5
**W-220-461-044-386** 8:23

**Y**

**yeah** 10:14 18:3 25:16 26:15,18 28:22 29:3,15 30:5 33:8 36:23 37:18,24 39:16 39:17 45:12 52:17,22 56:12 57:23 64:22 67:7 68:21,25 71:14 81:2
**year** 10:10,10,11 10:11 14:12,12 15:24,25 54:23 57:13 82:5 83:14 83:14
**years** 7:10 8:4,13 11:22 13:23
**Yellow** 38:23 71:12
**Yep** 9:22 15:3 32:7 42:7 43:17,25 44:4,8 50:12 53:14 57:21 63:13 74:18
**yesterday** 12:21

**Z**

**zip** 11:19
**zoo** 75:10,11

**$**

**$12.00** 69:13,25
**$15.00** 69:11,12,23 69:24
**$20.00** 52:18 54:19 55:10
**$24.00** 78:8
**$30.00** 78:8

**0**

**01-09-2010** 3:18

50:7
**08** 16:1
**09** 16:1 83:5

**1**

**1** 1:16 3:13 43:10 77:15
**1-2-2010** 4:5 60:1
**10** 52:4
**10:00** 13:4
**100** 21:11 50:21 52:11
**11** 56:22 57:10
**11-CV-13036** 1:8
**11:00** 12:19 13:1,3
**12** 44:6,7 56:17 58:3,11 68:18 69:10 70:15,17 70:19,20 73:3
**12-week** 11:6
**12-23-2009** 3:15 43:12
**12-27-2009** 4:5 60:1
**12:00** 13:8
**15** 19:15 33:6 34:2 34:11,18,21 38:4 62:10 63:1,4 66:17,19 68:16 68:22 72:22 73:17 74:15,22 75:1 83:12
**15-minute** 66:18
**17** 52:7
**1989** 8:15

**2**

**2** 3:16 50:5,11 60:17,20 70:12 78:16 79:15
**2-8** 57:15
**2-8-11** 56:21 57:8 57:9,14,20
**2:00** 14:19 78:1
**2:35** 1:22 5:3
**2:35:12** 5:7
**20** 14:24 23:23 24:2 33:6 72:4 73:17
**2008** 9:10,23 10:13
**2009** 10:14 16:9 51:5 68:3
**2010** 7:17 10:13 11:23 30:19 44:6 44:6,6 50:1,14 51:22 52:2 54:24 55:3 57:14 60:15

60:17 69:17 70:3 70:13 72:4 74:15 75:25,25 76:15 79:14 83:6
**2011** 55:19,23 56:9 56:17,17 57:3,18 57:24 58:8,11,11 58:14,17 79:21 80:5,11,13
**2012** 1:23 5:2,6 9:21,24 82:9
**2013** 85:25
**21** 55:19,23 56:9 79:21
**2160** 2:21
**22** 8:15
**23** 16:9 51:22,25 52:2
**24** 48:10
**248** 2:15
**25** 7:17 79:14
**254-5566** 2:7
**25900** 2:12
**26** 57:2
**2614** 8:1
**27** 51:5 61:16 65:12 66:2 68:3 85:25
**28** 1:23 5:2,6
**29** 21:13 56:22 57:10,24 58:14
**2940** 1:24
**29832** 11:19

**3**

**3** 3:19 51:14 56:17 59:12 70:13
**3-14-2010** 4:9 71:19
**3-30-2010** 4:9 71:19
**3:00** 11:4
**30** 12:11 34:10 52:5,7,9,18,24 53:8,19,23 58:3 63:12 64:19 73:17 75:25 76:5 76:15 83:11,13
**31** 56:17 58:10
**31231** 7:7
**313-567-8100** 2:23
**326** 2:13
**35** 64:7

**4**

**4** 4:2 57:12 59:22 59:23

HANSON RENAISSANCE hansonreporting.com 313-567-8100

**4:21** 84:14
**4:21:48** 84:13
**400** 2:20
**43** 3:13
**45** 34:10,10 53:11
53:15 66:17
**45109** 1:20 2:5
**48076** 11:20
**48093** 7:8
**48237** 2:14
**48243** 2:22
**48310** 8:2
**48317** 2:6

**5**

**5** 3:7 4:6 71:16,23
75:25 76:6,15
**5-21-2011** 57:2
**5-30-2010** 4:13
75:18
**5:00** 12:19 13:1,3
13:4
**5:30** 15:9
**50** 3:16
**586** 2:7
**59** 3:19 4:2

**6**

**6** 4:10 47:20 75:15
75:22
**6-5-2010** 4:13
75:18
**6:00** 78:1

**7**

**7** 44:6 46:24 65:17
**71** 4:6
**75** 4:10

**8**

**8** 57:18 58:17
**85** 1:16

**9**

**9** 44:6 50:14 60:15
**9:00** 11:4 12:19,19
13:8 14:19
**968-5200** 2:15