UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAROSLAW WASKOWSKI,

        Plaintiff,

U.S. District Court Case No. 11-cv-13036

Hon. Sean Cox

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.

_____/

## NOTICE OF FILING DEPOSITION(S) WITH THE CLERK OF THE COURT (RULE 26.2)

This deposition is submitted for the filing with the Court in compliance with Local Rule 26.2 for the following reason:

_____ This deposition is filed in support of a motion, a copy of which is attached.

_____ This deposition will be used at a trial or hearing before the Court.

___X___ This deposition is being filed upon order of this Court.

_____
Attorney's Signature

Name(s) of Deponent(s):

Dr. Stefan Glowacki