UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jaroslaw Waskowski,

    Plaintiff,

v.                                                          Case No. 11-cv-13036

State Farm Mutual Automobile Insurance              Honorable Sean F. Cox
Company,                                            United States District Court Judge

    Defendant.
_____/

## JUDGMENT

This matter having come on for trial and the Court having convened and sworn a jury, and the trial having been concluded and the jury having rendered its verdict, on December 6, 2012, as set forth in the verdict form, which is part of the record in this cause, and the court being further fully advised in the premises.

**NOW THEREFORE, IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant State Farm Mutual Automobile Insurance Company and against Plaintiff Jaroslaw Waskowski. The Plaintiff shall recover nothing from the Defendant.

The jury having found on December 6, 2012:

(1) The Plaintiff sustained an accidental bodily injury on December 23, 2009.

(2) The Plaintiff's accidental bodily injury arose out of the ownership, operation, maintenance or use of a motor vehicle as a motor vehicle on December 23, 2009.

(3) Allowable expenses were incurred by or on behalf of the Plaintiff arising out of the accidental bodily injury, but no allowable expenses are owed to the Plaintiff by the Defendant.

(4) The Plaintiff did sustain work loss arising out of the accidental bodily injury, but no work loss is owed to the Plaintiff by the Defendant.

    (5) Replacement services expenses were incurred by or on behalf of the Plaintiff arising out of the accidental bodily injury, but no replacement services expenses are owed to the Plaintiff by the Defendant.

    (6) There are no overdue payments owed by the Defendant to the Plaintiff for expenses or losses.

(Docket No. 71.)

                                                  S/Sean F. Cox
                                                  Sean F. Cox
                                                  United States District Judge

Dated:  January 23, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 23, 2013, by electronic and/or ordinary mail.

                                                  S/Jennifer McCoy
                                                  Case Manager