UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JAROWSLAW WASKOWSKI,

        Plaintiff(s),         CASE NO. 11-13036

v.         JUDGE Sean F. Cox

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant(s).
_____/

### NOTICE OF CORRECTION

The docket entries entered on **9/9/2013 (Docket Entries 84, 85, 86 and 87)** were corrected. The explanation for the correction is stated below.

| | |
|---|---|
| ☐ | The docket entry was made on the wrong case. |
| ☐ | The corresponding document image was missing or incomplete. |
| ☐ | The wrong document image was associated. |
| ☐ | The wrong judicial officer was listed on the case docket. |
| ☐ | The filer information was inaccurate or omitted from the docket text. |
| ☐ | The judicial officer information was inaccurate or omitted from the docket text. |
| XX | The docket text was changed to reflect the correct volume numbers. |

☐ Other:

No further action is required. If you need further clarification or assistance, please contact Jennifer McCoy, Case Manager (313) 234-2653

        DAVID J. WEAVER, CLERK OF COURT

        By s/Jennifer McCoy
        Deputy Clerk

Date: September 10, 2013