# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 26, 2014

Mr. Thomas A. Biscup
Paul Zebrowski & Associates
45581 Village Boulevard
Shelby Township, MI 48315

    Re:  Case No. 13-1706, *Jaroslaw Waskowski v. State Farm Mutual Automobile*
        Originating Case No. : 2:11-cv-13036

Dear Counsel,

  The Court issued the enclosed (Order/Opinion) today in this case.

                Sincerely yours,

                s/Roy G. Ford
                Case Manager
                Direct Dial No. 513-564-7016

cc:  Ms. Stacey L. Heinonen
    Mr. James F. Hewson
    Mr. David J. Weaver

Enclosure

Mandate to issue

NOT RECOMMENDED FOR FULL-TEXT PUBLICATION

File Name: 14a0461n.06

No. 13-1706

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

FILED
Jun 26, 2014
DEBORAH S. HUNT, Clerk

| | | |
|---|---|---|
| JAROSLAW WASKOWSKI, | ) | |
| | ) | |
| **Plaintiff-Appellant,** | ) | |
| | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR |
| v. | ) | THE EASTERN DISTRICT OF |
| | ) | MICHIGAN |
| | ) | |
| STATE FARM MUTUAL AUTOMOBILE | ) | **MEMORANDUM** |
| INSURANCE COMPANY, | ) | **O P I N I O N** |
| | ) | |
| **Defendant-Appellee.** | ) | |
| | ) | |

**BEFORE: NORRIS, CLAY, and KETHLEDGE, Circuit Judges.**

**PER CURIAM.** Plaintiff Jaroslaw Waskowski was involved in a car accident, and sued State Farm Mutual Automobile Insurance Company in Michigan state court after State Farm terminated his benefits. State Farm removed the action to federal court where, after a five-day trial, the jury returned a verdict that Waskowski was in fact injured in the car accident, but that State Farm owed no additional benefits beyond the amount it had already paid. Waskowski appeals the district court's denial of his motion to amend the judgment to add damages or, in the alternative, his motion for a new trial on damages.

The panel has had the opportunity to consider the arguments advanced by the parties and to conduct our own independent review of the record on appeal. In this case, the district court issued an Opinion and Order which explains in detail the analysis behind the court's denial of plaintiff's motions. *Waskowski v. State Farm Mut. Auto. Ins. Co.*, No. 11-CV-13036, 2013 WL

Case 2:11-cv-13036-SFC-MKM ECF No. 91, PageID.2108 Filed 06/26/14 Page 3 of 3 (3 of 3)
Case: 13-1706 Document: 45-2 Filed: 06/26/2014 Page: 2

*Waskowski v. State Farm Mut. Auto Ins. Co.*
No. 13-1706

1774696 (E.D. Mich. Apr. 25, 2013) (Page ID 1636). We agree with the reasoning of the district court and affirm on that basis.

The judgment of the district court is **affirmed**.