# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 21, 2014

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re:  Case No. 13-1706, *Jaroslaw Waskowski v. State Farm Mutual Automobile*
Originating Case No. : 2:11-cv-13036

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc:  Mr. Thomas A. Biscup
Ms. Stacey L. Heinonen
Mr. James F. Hewson

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 13-1706

_____

Filed: July 21, 2014

JAROSLAW WASKOWSKI

    Plaintiff - Appellant

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

    Defendant - Appellee

MANDATE

Pursuant to the court's disposition that was filed 06/26/2014 the mandate for this case hereby issues today.

COSTS: None